PROPERTY:   1050 Connecticut Avenue, NW
            Washington, DC 20036
            Lot 49 in Square 163

## WITHOUT BENEFIT OF TITLE SEARCH

### DEED
### [No Consideration]

THIS DEED (this "Deed") is made as of the __13th__ day of __May__, 2003, by and between (i) **THE FEDERAL DEPOSIT INSURANCE CORPORATION**, successor in interest to The National Bank of Washington, **TRUSTEE** of the Revocable Trust Agreement of Virginia Di Perna Lenzo and Tindaro Lenzo under agreement dated July 22, 1980 (the "Trust Agreement"), having a mailing address of Dallas Field Operations Branch, 1910 Pacific Avenue, Dallas, Texas 75291, as Grantor, and **VIRGINIA DI PERNA LENZO**, having a mailing address in care of Giuseppe Lenzo, 8925 Collins Avenue, Miami Beach Surfside, Florida, as Grantee, and (ii) **VIRGINIA DI PERNA LENZO**, as Grantor, and **GIUSEPPE LENZO, TRUSTEE** of The Virginia Di Perna Lenzo Trust dated __April 15__, 2003, Grantee as to a fifty percent (50%) interest, and **GIUSEPPE LENZO, TRUSTEE** of The Tindaro Lenzo Trust dated __April 15__, 2003, Grantee as to a fifty percent (50%) interest.

### RECITALS:

R.1.   By Deed dated March 4, 1971 and recorded April 2, 1971 among the Land Records of the District of Columbia, as Instrument Number 6072, Virginia De Perna Lenzo received a one-third (1/3) tenant-in-common interest in a property situate in the District of Columbia, hereinafter defined (the "Property").

R.2.   By Deed, dated July 22, 1980, and recorded July 31, 1980, among the Land Records of the District of Columbia, as Instrument Number 24303, Virginia Di Perna Lenzo conveyed all of her right, title and interest in the Property, being a one-third (1/3) interest in the whole, to National Bank of Washington, as Trustee of the Trust Agreement. The Trust Agreement was a revocable trust established to benefit Virginia Di Perna Lenzo and her husband, Tindaro Lenzo, and to facilitate the construction of a building on the Property. Tindaro Lenzo joined in such Deed to release his right of dower in the Property; other than a dower interest, Tindaro Lenzo held no interest in the Property.

R.3.   The Property is the subject of a ground lease for the benefit of Washington Square Limited Partnership, a District of Columbia limited partnership, as evidenced by a Memorandum of Lease, dated July 22, 1980, and recorded July 31, 1980, among the Land Records of the District of Columbia, as Instrument Number 24300.

R.4.   Upon information and belief, the Trust Agreement, in Section Three, provides, among other things, that the Trust Agreement shall automatically terminate upon completion of construction of, and the issuance of a final certificate of occupancy for, the first new building constructed on the Property. Construction of the first new building on the Property was completed on or about January, 1982. Pursuant to the terms of the Trust Agreement, the Trust

1

Agreement automatically terminated and the property reverted back to Virginia Di Perna Lenzo by operation of law.

R.5. The National Bank of Washington, the Trustee under the Trust Agreement, was closed in August 1990, and The Federal Deposit of Insurance Corporation was appointed as Receiver for The National Bank of Washington. As such Receiver, The Federal Deposit Insurance Corporation is vested with all right, title and interest to all of the assets of The National Bank of Washington, including title to the Property in its capacity as successor Trustee.

R.6. The successor Trustee intends to execute this Deed to confirm termination of the Trust Agreement, and the revesting of legal title to the property described below in Virginia Di Perna Lenzo.

R.7. Effective upon the successor Trustee's execution of this Deed, Virginia Di Perna Lenzo intends to execute this Deed to transfer fifty percent (50%) of her interest in the Property to Giuseppe Lenzo, Trustee of The Virginia Di Perna Lenzo Trust, a revocable trust established by Virginia Di Perna Lenzo for her sole benefit during her life.

R.8. Effective upon the successor Trustee's execution of this Deed, Virginia Di Perna Lenzo intends to execute this Deed to transfer fifty percent (50%) of her interest in the Property to Giuseppe Lenzo, Trustee of The Tindaro Lenzo Trust, a trust established by Virginia Di Perna Lenzo for the sole benefit of her husband, Tindaro Lenzo, during his life, over which Tindaro Lenzo has a right of termination, a right to withdraw a portion or all of such Trust, and a right to appoint the Trust property to any person or persons at his death.

NOW THEREFORE, WITNESSETH, that in and for **NO CONSIDERATION**, the **FEDERAL DEPOSIT INSURANCE CORPORATION, TRUSTEE**, does grant and convey all of its right, title and interest in the Property unto **VIRGINIA DI PERNA LENZO**, and **VIRGINIA DI PERNA LENZO** does grant and convey, with special warranty, to **GIUSEPPE LENZO, TRUSTEE** of The Virginia Lenzo Trust, fifty percent (50%) of her right title and interest in the Property, and to **GIUSEPPE LENZO, TRUSTEE of The Tindaro Lenzo Trust**, fifty percent (50%) of her right, title and interest in the Property, as tenants in common, and their personal representatives, heirs and assigns, in fee simple, all of the land situate, lying and being in the District of Columbia, and as more fully described at Schedule A;

**SUBJECT TO** covenants and restrictions of record;

**TOGETHER WITH** all improvements thereupon, and the rights, alleys, ways, waters, easements, privileges, appurtenances and advantages belonging or appertaining thereto;

**AND BEING** the same property conveyed to the Trustee of the Trust Agreement in a Deed from **Virginia Di Perna Lenzo and Tindaro Lenzo**, dated July 22, 1980, and recorded July 31, 1980, among the Land Records of the District of Columbia, as <u>Instrument Number 24303</u>;

**TO HAVE AND TO HOLD** the same unto and to their use, their personal representatives, heirs and assigns, in fee simple, forever, with express or implied warranty.

IN WITNESS WHEREOF, the Federal Deposit Insurance Corporation has executed this Deed under seal and has caused it to be signed in its corporate name by James L. Faison, its Attorney-In-Fact attested by Nenita A. Acierto, its customer service technician, ~~and its corporate seal hereunto affixed; and the Grantor does hereby constitute and appoint said _____ its true and lawful attorney-in-fact for it and in its name to acknowledge these presents as its act and deed, as of the date and year first above written,~~ and Virginia Di Perna Lenzo does also execute this Instrument under seal as of the date and year first above written.

                                      **GRANTORS:**

                                      THE FEDERAL DEPOSIT INSURANCE CORPORATION, successor in interest to The National Bank of Washington, Trustee

**WITNESS:**

_____  BY: _____(SEAL)
                                  Name: James L. Faison, Attorney-In-Fact
                                  Its: _____

                                        _____
                                        VIRGINIA DI PERNA LENZO

[Balance of page intentionally left blank.]

3

STATE OF Texas :
: ss:
COUNTY OF Dallas :

I, Geraldine Brinson, a Notary Public in and for the said jurisdiction, do hereby certify that hereby certify that James L. Faison, Attorney-in-Fact of **The Federal Deposit Insurance Corporation**, who is personally well known to me as (or proved by the oath of credible witnesses to be) the person named as attorney-in-fact in the foregoing Deed, bearing date as of the _____, 2003, to acknowledge the same personally appeared before me in said jurisdiction, and as attorney-in-fact as aforesaid, and by virtue of the authority vested in him/her by said **The Federal Deposit Insurance Corporation**, acknowledged the same to be the act and deed of **The Federal Deposit Insurance Corporation**, party hereto and delivered the same as such.

GIVEN under my hand and official seal this 13 day of May, 2003.

(SEAL)

MY COMMISSION EXPIRES:

Notary Public

OFFICE OF THE STAFF JUDGE ADVOCATE
HQ, USASETAF (ABN)         )
UNIT 31401, BOX 7          ) ss:
APO AE 09630               )



I, Mark Christensen, a Military Notary in and for the jurisdiction aforesaid, do hereby certify that **Virginia Di Perna Lenzo**, party to the foregoing Deed and hereto annexed personally appeared before me in the said jurisdiction and acknowledged same to her act and deed.

Given under my hand and seal this 15 day of April, 2003.

Title: Mark Christensen
Department of the Army Civilian
Attorney Advisor

My Commission Expires:

**AFTER RECORDATION PLEASE RETURN TO:**

Ellen K. Harrison, Esq.
Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
703.770.7791

4

## SCHEDULE A

## LEGAL DESCRIPTION

Lot Numbered Fifty-Five (55) in Square One Hundred Sixty-Three (163), as per plat recorded March 6, 1981, in the Office of the Surveyor for the District of Columbia, in Book 168 at Page 18, less and except all of said Lot Numbered Fifty-Five (55) in Square One Hundred Sixty-Three (163) except for that part known and described as former Lot 49 in Square 163 in the District of Columbia, in the subdivision made by Wilhelmina Hense, as per plat recorded in Liber No. 48 at Folio 105, of the Records of the District of Columbia, said parcel conveyed being more particularly described by metes and bounds as follows: Beginning at a point on the south line of L Street, N.W., 70 feet east of the intersection of the south line of L Street, N.W., and of the east line of 18th Street, N.W., and being the northwest corner of former Lot 49 in Square 163, thence the following four (4) courses and distances:

1. East 40 feet along the south line of L Street, N.W., to the northeast corner of former Lot 40; thence

2. South 54 feet along the east line of former Lot 49 to the southeast corner of former Lot 49; thence

3. West 40 feet along the south line of former Lot 49 to the southwest corner of former Lot 49; thence

4. North 54 feet along the west line of former Lot 49 to the south line of L Street, N.W., being the northwest corner of former Lot 49 and the point and place of beginning.

Document #: 1222074 v.2

CSI

PARTIES TO THE INSTRUMENT:

The Federal Deposit Insurance Corporation
Dallas Field Operations Branch
1910 Pacific Avenue
Dallas, Texas 75291

Virginia Di Perna Lenzo
C/ Giuseppe Lenzo
8925 Collins Avenue
Miami Beach Surfside, FL

Giuseppe Lenzo, Trustee
8925 Collins Avenue
Miami Beach Surfside, FL

123

RETURN TO:
Commercial Settlements, Inc.
1015 15th Street, N.W., Suite 300
Washington, DC 20005
Attn: Susan L. Trapkin

