# LAW OFFICES OF BABAK MOVAHEDI, PLLC

### A PROFESSIONAL LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW

Babak Movahedi (DC & MD)

1700 Q STREET, N.W.
WASHINGTON, D.C. 20009
202-234-5522  FAX 202-234-5582

INTERNATIONAL OFFICE:
TEHRAN, IRAN
65 SEOUL STREET
VANAK, TEHRAN, IRI
9821-803-9460
FAX: 9821-804-3924

October 24, 2005

***CERTIFIED MAIL - RETURN RECEIPT REQUESTED***

Lerner Corporation
11501 Huff Court
North Bethesda, MD 20895

Attn:   Ms. Diane R. Finnblade
        Manager of Loan Administration

Re:     1742-44 L Street, N.W., Washington, D.C.

Dear Ms. Finnblade:

Our office now represents two parties interested in the proceeds from the ground lease at the 1742-1744 L Street, N.W. address.  We represent Nunziata Lenzo Romano and Floriana Denise Nestore, who has filed a petition with the Registrar of Wills in the District of Columbia to be appointed Personal Representative under the will of Virginia DiPerna Lenzo's estate.  A copy of that will is attached. Nunziata Romano is one of two beneficiaries under the will of her Mother, Virginia DiPerna Lenzo. The other beneficiary is Ms. Romano's brother Guiseppe Lenzo.

I understand that in the past you have refused to remit 50% of the payment due from Washington Square to Ms. Romano, apparently based on the terms of a questionable trust agreement submitted to you by Mr. Lenzo.  Be that as it may, that Trust Agreement was specifically revoked by Virginia DiPerna Lenzo on October 3, 2004 in a hand written will that has been recorded in the Italian Republic.  A copy of that will and an official translation are attached.

In the will, Virginia DiPerna Lenzo states:

"Any and all papers or documents formally signed by me in relation to the property situated in L St. 1742-1744 N.W. Washington D.C. U.S.A. should be considered null and void."

You have a copy of the Trust Agreement and therefore are aware that it was a revocable trust.

Please make arrangements to have the January 1, 2006 payment and any other funds that become due before an Order is issued, placed into an interest bearing escrow account for the Estate of Virginia DiPerna Lenzo. You should hold the funds until receiving instructions from the Probate Court or other court of jurisdiction concerning disbursement. Should you fail or refuse to do so, we will have no option other than to hold your office liable for any loss incurred by any of the heirs, including any previous payments made in contravention to requests by Ms. Romano.

Please advise me within the next ten days whether or not you are going to comply with this request to establish the escrow account. Your failure to do so will necessitate our seeking a court order to establish the escrow account and to compensate Ms. Romano for your unlawful failure to properly disburse the funds in the past.

Sincerely,

Michael Pollack
Law Offices of Babak Movahedi

LAST WILL AND TESTAMENT
OF
VIRGINIA DiPERNA LENZO

I, VIRGINIA DiPERNA LENZO, a domiciliary of the District
of Columbia, being of sound and disposing mind, do hereby make,
publish and declare this instrument to be my Last Will and
Testament, and do hereby revoke all former wills and codicils
made by me at any time heretofore.


ARTICLE I

I hereby direct my Personal Representatives, hereinafter
named, to pay as promptly as may be practicable after my death,
all my legal debts, all expenses of my last illness and all
funeral expenses, My funeral expenses shall be in such amount
as may be approved by my Personal Representative, notwithstand-
ing any present or future limitations of law thereon.

ARTICLE II

I direct my Personal Representatives to pay out of the assets
of the residuary estate, but not from the portion of the estate
qualifying for the marital deduction under the laws then in effect,
to the extent such assets are available without apportionment,
all estate, inheritance and succession taxes, together with any
interest or penalty thereon, which are assessed by reason of my
death and imposed by the Government of the United States or of

Page one of my Last Will and Testament: _____

any foreign country, in respect of all property required to be included in my gross estate for estate or like tax purposes by any of such governments, whether the property passes under this Will or otherwise.

## ARTICLE III

I give, devise and bequeath all of my estate and property of every kind and character, real, personal and mixed and wheresoever the same may be situated, of which I shall die seised and possessed, including without limitation, all property to which I may become entitled after the execution of this Will, and all property over or concerning which I may have any power of appointment to my husband, TINDARO LINZO, a/k/a LENZO TINDARO, if he shall survive me.

## ARTICLE IV

In the event my said husband shall predecease me, then I give, devise and bequeath, in fee simple, my real property (the rambler) situated at 3409 Broad Branch Terrace, N.W., Washington, D.C.,to my daughter NUNZIATINA LENZO ROMANO, a/k/a LENZO NUNZIATINA ROMANO, now residing in Via Galimberti 24, Biella, 13051 Italy.

In the event my said daughter shall predecease me, then I give, devise and bequeath said Broad Branch Terrace property to her lineal descendants who survive me per stirpes and not per capita. If neither my said daughter or any of her descendants survive me, then I give said property to my son, GIUSEPPE LENZO, a/k/a/ LENZO GIUSEPPE.

Page two of My Last Will and Testament: _____

## ARTICLE V

In the event my said husband shall predecease me, then I give, devise and bequeath in fee simple, my real property situated at 5149 Linnean Terrace, Washington, D.C. to my son, GIUSEPPE LENZO, a/k/a LENZO GIUSEPPE, currently residing at Via Galimberti 24, Biella, 13051 Italy.  In the event my said son shall predecease me, then  I give, devise and bequeath said Linnean Terrace property to his lineal descendants who survive me per stirpes and not per capita.  If neither my said son nor his lineal descendants survive me, then I give said property to my daughter, NUNZIATINA LENZO ROMANO, a/k/a LENZO NUNZIATINA ROMANO.

## ARTICLE VI

All the rest, residue and remainder of my estate and property, of every kind and character, real, personal and mixed and wheresoever the same may be situated, of which I shall die seised and possessed, including without limitation, all property to which I may become entitled after the execution of this Will, and all property over or concerning which I may have any power of appointment, I give, devise and bequeath unto my husband, LENZO TINDARO, if he shall survive me, and if he does not survive me, then to my two children, NUNZIATINA LENZO ROMANO, a/k/a LENZO NUNZIATINA ROMANO and GIUSEPPE LENZO, a/k/a/ LENZO GIUSEPPE, in equal parts, share and share alike, if both of them shall be living at the time of my death, or if one of them shall predecease me leaving issue surviving me, then such

Page three of my Last Will and Testament:_____

issue shall take by right of representation, <u>per stirpes</u> and not <u>per capita</u> the share that my predeceasing child or children would have taken had she or he survived me. In the event either of my two children predecease me leaving  no lineal descendants, I give, devise and bequeath the remainder of my residuary estate to the survivor of my two children.

Any distribution of property under this my Will to be made in respect of a minor may be made, in the sole discretion of my Personal Representative, to the guardian of the person or property of such minor, or to any competent adult person with whom such minor may reside, without bond.  The receipt of such guardian or other person shall be a sufficient discharge for my Personal Representative.

<u>ARTICLE VII</u>

I hereby nominate, constitute  and appoint my husband, TINDARO LENZO, a/k/a LENZO TINDARO, as Personal Representative under this My Last Will and Testament and in the event he shall predecease me or renounce or cease or fail to qualify or resign or otherwise cease or fail to be Personal Representative hereof, I nominate, constitute and appoint my two children, my daughter NUNZIATINA LENZO RPMANO, a/k/a LENZO NUNZIATINA ROMANO, and my son, GIUSEPPE LENZO, a/k/a  LENZO GIUSEPPE  to be co-Personal Representatives under this my Will.

I direct that no bond or other security shall be required of any Personal Representative in any jurisdiction for the faithful performance of her of his duties as such Personal Representative.

Page four of My Last Will and Testament:_____

I direct that my estate be administered as an "unsupervised estate".

## ARTICLE VIII

Should any taker under this Will, including any Taker under power of appointment exercised herein, become an adverse party in proceeding for its probate, such taker shall forfeit his or her entire interest hereunder and such interest shall pass as part of the residue of my estate.  However, if such taker is one of the takers of the residue, his/her interest shall be divided proportionately among the other takers of the residue.  This paragraph shall not be construed to limit the appearance by any taker as a witness in any proceeding for the probate of the will or to limit his or her appearance in any capacity for its construction.


IN TESTIMONY WHEREOF, I have hereunto set my hand and seal to this my Last Will and Testament, this _3rd_ day of _July_ 1995.


_Virginia DiPerna Lenzo_  (SEAL)

The foregoing instrument, consisting of five typewritten pages, each bearing the signature or initials of VIRGINIA DiPERNA LENZO  was signed, sealed, published and declared by the said virginia DiPERNA  LENZO as and for her Last Will and Testament, in our presence, and we, at her request, and in her presence, and in the presence of each other, have hereunto affixed our signatures as witnesses thereto.

_Gilpin Walker_ residing at _3446 Conn Ave NW_

_Mary Faulkner_    _Gilpin C. Walker_

residing at

N° 123185              File N° 17888



Office of the Notary
Massimo Ghirlanda
Via Lamarmora ,21- 13900 BIELLA
Tel.015.8556711- Fax 015.8556705
VAT N° 01284930029

*Registered in BIELLA
on 1st June 2005
under N° ———— .Ц3б
E  168,00   (Notarial stamp)*

## RECORD

### of the publication of Mrs Virginia DI PERNA's Holograph Will

### ITALIAN REPUBLIC

This 25th ( twenty-fifth) day of the month of May 2005 ( two thousand and five) , in Biella, via Lamarmora n° 21, in my office.
Before me, Massimo GHIRLANDA,  Notary Public , registered in the Rolls of the Notarial District in and for the town of Biella, with the assistance of the following witnesses :

- Mrs POZZATO Savina, born in Biella on 12th November 1962, residing in Biella, employee;

- Mrs PEROTTI Ilaria, born in Biella on 9th July 1978, residing in Biella, employee;

there has appeared :

-Mr ROMANO Salvatore, born in Biella (BI) on 2nd november 1960, residing in Biella (BI) via Torrione n° 22, employee, intervening in the present deed in his quality as agent with general authority of  :

-Mrs LENZO Nunziata , born in Raccuja (ME) on 15th febraury 1936, residing in Biella (BI) , n° 24 via Galimberti, retired, widow ;
Fiscal Code N°: LNZ  NZT 36B55  H151I;

by virtue of the general power of attorney conferred on him by this notarial deed dated 6th October 2004, Rep. n° 120.616/16.902, registered in Biella on 11th October 2004 under N°  100.682.

The appearing party, of whose personal identity I the Notary am certain, does hereby declare that on 26th February 2005, died in Messina (ME) Mrs DI PERNA Virginia , born in Raccuja (ME) on 29th January 1914, during her lifetime residing in Biella ( BI) n° 14 via Galimberti ( Fiscal Code N° : DPR  VGN  14A69  H151T ) retired, widow of LENZO TINDARO ; in order to prove this point, she exhibits to me, the Notary, the abstract from  the Register of Death Certificates issued by the Registrar General of births, deaths and marriages of the Town-Hall of Biella on 23rd May 2005- Part 2 –Series C – N° 25, year 2005 , which I enclose under the letter "A" , without reading the document by dispensation given by the appearing party.
The Holograph Will of the deceased is handed over to me, in the presence of the witnesses, by the appearing party , for publication in accordance with the law.
The Will in question is drawn up on one sheet of  stamped paper, it  takes up the second  page for eight lines, the third and the fourth pages  entirely, whilst the first page is blank. The testamentary provision opens up on the second line of the fourth page with  "Biella 10-03-2004", it continues on the third page and closes on the eight line of the second page with the signature of the testator "Virginia Di Perna Lenzo".
The testamentary card, appears to be written in biro black ink by the same person, the handwriting is clear and uniform, it bears no sign of erasures or alterations.
Its literal tenor is as follows:

"Biella, 10-03-2004
The undersigned Virginia Di Perna Lenzo, born in Raccuja  / Me on 20 –01-1914 –in full possession of all her faculties , writes as follows:

I bequeath all my personal and real estate, wherever they are, including the income issuing out of the property inherited from my father Nunzio Di Perna and located in L Street n° 1742-1744 N.W. Washington D.C. to my 2 children Nunziata Lenzo and Giuseppe Lenzo, to be divided in equal parts, 50 % each.

I bequeath moreover to the Church of Zappa Messina the amount of one thousand dollars a year for the celebration of the feast of Saint Michael the archangel, in memory of my husband Tindaro Lenzo and of myself.

Any and all papers or documents formerly signed by me  in relation to the property situated in L. St. 1742-1744 N.W. Washington D.C. U.S.A. should be considered  null and void.

The foregoing is my irrevocable last will and testament.

 Virginia Di Perna Lenzo ""


The original testamentary card, duly signed by the appearing party, by the witnesses and by myself the Notary, is  enclosed with the present document under the letter "B" , while its reading is omitted in accordance with the wishes of the appearing party.

For registration purposes, the appearing party declares that the estate in question  included real assets which come within the jurisdiction of the Office of the Territory of Messina.

And I the Notary have read out the present deed to the witnesses and to the appearing party who ratifies and approves it.

It takes up approx. four pages of one sheet only, in part handwritten by myself the Notary and in part type-written and handwritten by a trustworthy person, under my personal direction.

The original being signed by:

-ROMANO Salvatore

-Savina POZZATO

-Ilaria PEROTTI

-Massimo GHIRLANDA – Notary Public –



Comune di Biella
Provincia di Biella

**ALLEGATO " A " AL N° 17888 DI RACCOLTA**

E S T R A T T O   P E R   R I A S S U N T O
=================================================

LL'ATTO DI MORTE Num. 25 Parte 2 Serie C Anno 2005

- - - o o o o o o - - -

1 Registro degli Atti di Morte di questo Comune risulta che

giorno 26 del mese Febbraio anno 2005 alle ORE 19:45

l Comune di MESSINA ME e' morta

| | |
|---|---|
| gnome | DI PERNA |
| ome | VIRGINIA |
| sesso | FEMMINILE |
| ta il | 29/01/1914 in RACCUJA ME |

to Num. 19 Parte 1 Anno 1914

era di stato civile VEDOVA di  LENZO TINDARO

RESIDENTE IN BIELLA

N GI SONO ANNOTAZIONI



rilascia per GLI USI CONSENTITI DALLA LEGGE

BIELLA, Li 23/05/2005


Death Certificate

L' Ufficiale di Stato Civile

ALLEGATO " B " AL N° _17888_ DI RACCOLTA



Pagina in Bianco ANNULLATA

Biella    10-03-2004

La sottoscritta
Virginia Diperna Fenzo
nata a Roccia Imo
il 29-01-1914 nelle sue
piene facoltà mentale
scrivo questo segno
lascio tutto quello
che posseggo di beni
mobili e immobili

ovunque siano citati
fa rendita della
mia proprietà
ereditata da mio padre
nuzio diperna e
situata in L'Aquila
al numero 1742-1744 N.W.
Washington D.C. D.C.
ai miei 2 figli
nunziata fenzo e
giuseppe fenzo

da dividere in parte
uguale al 50% e 50%
è bene.

Do inoltre disposizione
di donare alla chiesa
di Zappa messina
mille dollari Lamio

per le celebrazioni
della festa di San
Michele arcangelo

in memoria di me
e mio marito Ignazio Gorla
Do anche disposizione
affinché vengano annullati

ogni scritto o documento
da me precedentemente
firmato riguardante
la rendita di list.
1742 - 1744 N.W.
in Washington. D.C.

sono le

I le mie ultime e
irrevocabili volontà.

Virginia Spernor

Enzo

Biella 25 maggio 2005

Visto per la annessione ed il reperto

Renzo Pattaro

Saucio Pivoto

Aoria Piotti

E' copia conforme all'originale debitamente firmato in ogni foglio ed agli allegati.

Biella    ·0 7 GIU 2005





**A P O S T I L L E**
(Convention de la Haye du 5'octobre 1981)

1. Stato: _Repubblica Italiana_

Il presente atto pubblico

2. è stato firmato da _Massimo Ghirlando_

3. operante in qualità di _Notaio in Biella_

4. è munito del sigillo bollo di _Stato_

**Attestato**

5. in _Biella_    6. il _2 4 GIU. 2005_

7. da _____
IL PROCURATORE DELLA REPUBBLICA
_(Dott. Ugo Adinolfi)_

8. col numero _62/2005_

9. Sigillo / bollo    10. Firma
IL PROCURATORE DELLA REPUBBLICA
_(Dott. Ugo Adinolfi)_

Municipality of Biella

Province of Biella

ANNEX "A" - File N° 17888

## ABSTRACT

### OF DEATH CERTIFICATE N° 25 Part 2 Series C Year 2005

***** °°°°°°°°°°°°°°°°°°°°°°°°°°°° *********

From the Register of Death Certificates of this Town-Hall it appears that

on 26th February 2005 at 19:45 P.M.

in the Municipality of MESSINA (ME) died

Family name:  **DI PERNA**

Name :        **VIRGINIA**

Sex:          **Female**

Date and place of birth:   **29/01/1914 in RACCUJA  ( ME)**

Civil status: widow of Mr LENZO TINDARO

during her lifetime residing in BIELLA

died on 26th **February 2005 at 19:45 P.M.**

in the Municipality of MESSINA (ME)

**Deed N°  19 Part 1  Year 1914**


NOTATIONS : ---------

Issued for the uses allowed by the law.

Stamp: Registry Office * Biella *

The Registrar General

 signed: illegible

BIELLA, 23/ 05/ 2005

(Notarial Stamp: Massimo GHIRLANDA- Notary Public.)

-BLANK PAGE MADE VOID-

**ANNEXE " B"**   to File N° 17888

Notarial Stamp

MUMBELLARDI GIUSEPPINA
CONSULENTE TECNICO
Iscritta al n. 4 della Categ.
"Interpreti - Traduttori"
presso il TRIBUNALE DI BIELLA

Biella, 10-03-2004

The undersigned Virginia Di Perna Lenzo, born in Raccuja / Me on 20 –01-1914 –in possession of all her faculties , writes as follows:

I bequeath all I possess of personal and real estate, wherever they are situated, including the income issuing out of the property inherited from my father Nunzio Di Perna and located in L Street n° 1742-1744 N.W. Washington D.C. to my 2 children Nunziata Lenzo and Giuseppe Lenzo.

Signed:  Savina Pozzato

       Ilaria Perotti

       Romano Salvatore

       Massimo Ghirlanda ( Notary Public) -  ( Notarial Stamp)

MOMBELLARDI GIUSEPPINA
CONSULENTE TECNICO
Iscritto al N/A della Categ.
" Interpreti - Traduttori ,,
presso TRIBUNALE DI BIELLA

to be divided in equal parts , 50% each.

I bequeath moreover to the Church of Zappa Messina the amount of one thousand dollars a year for the celebration of the feast of Saint Michael the archangel, in memory of my husband Tindaro Lenzo and of myself.

Any and all papers or documents formerly signed by me  in relation to the property situated in L. St. 1742-1744 N.W. Washington D.C. U.S.A. should be considered  null and void.

*( handwritten by the deceased )*





*THIS IS MY IRREVOCABLE LAST WILL AND TESTAMENT.*

*VIRGINIA DI PERNA LENZO*

*Biella, 25th May 2005*

*Annexed and filed with the record.*

Signed:  *Romano Salvatore*

　　　　*Savina Pozzato*

　　　　*Ilaria Perotti*

　　　　*Massimo GHIRLANDA – Notary Public -*

　　( Notarial Stamp)



Tribunale di Biella

Verbale di asseverazione di traduzione

L'anno 2005 ed alli 13 del mese di Giugno in Biella Tribunale.

Davanti al Cancelliere sottoscritto è personalmente comparsa la signorina

Mombellardi Giuseppina, nata a Pollone il gennaio 1939 e residente a Biella,

la quale chiede di asseverare con giuramento la retro-estesa

traduzione.

Aderendo alla fattaci richiesta abbiamo ammesso la suddetta a prestare          Cron. n° 192.

giuramento, cosa che essa fa pronunziando la formula di rito:" Giuro di avere

bene e fedelmente proceduto nelle funzioni affidatemi al solo intento di fare

conoscere ai Giudici la verità".

Letto, confermato e sottoscritto

Il Cancelliere                                                  Il Perito

IL CANCELLIERE C1                                    MOMBELLARDI GIUSEPPINA
Turco Antonella                                          CONSULENTE TECNICO
                                                              scritto al n. 4 della categ.
                                                              "Interpreti e traduttori"
                                                              del TRIBUNALE DI BIELLA

A P O S T I L L E
(Convention de la Haye du 5 Octobre 1961)
1. Stato: Repubblica Italiana
   Il presente atto pubblico
2. è stato firmato da Turco Antonella
3. operante in qualità di Canc. C1
4. è munito del sigillo bollo di Tribunale
   Biella
                            Attestato  2 2 GIU. 2005
5. in Biella         6. il
7. da          IL PROCURATORE DELLA REPUBBLICA
                        (Dott. Ugo Adinolfi)

8. col numero  59/2005
9. Sigillo/bollo   IL PROCURATORE DELLA REPUBBLICA   10. Firma
                        (Dott. Ugo Adinolfi)