## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br><br>      Plaintiff,<br><br>      v.<br><br>GIUSEPPE LENZO<br>8925 Collins Avenue<br>Surfside, Florida 33154<br><br>      and<br><br>GIUSEPPE LENZO, as Trustee of<br>The Virginia Lenzo Trust<br>8925 Collins Avenue<br>Surfside, Florida 33154<br><br>      and<br><br>GIUSEPPE LENZO, as Trustee of<br>The Tindaro Lenzo Trust<br>8925 Collins Avenue<br>Surfside, Florida 33154<br><br>      and<br><br>NUNZIATA LENZO ROMANO<br>Via Galimberti 24<br>Biella, 13900 Italy<br><br>      and<br><br>JANE DOE, Personal Representative<br>of Estate of Virginia Di Perna Lenzo<br>c/o Register of Wills of the<br>District of Columbia<br>500 Indiana Avenue, N.W.<br>Washington, D.C. 20001 | Civil Action No. |

```
                                    )
       Defendants.                   )
                                     )
_____ )
```

# MOTION FOR EXPEDITED CONSIDERATION
# OF INTERPLEADER MOTION

Concurrently with this motion, Plaintiff, Washington Square Limited Partnership, R.L.L.P. (hereinafter, "Plaintiff"), has filed a Complaint of Interpleader pursuant to 28 U.S.C. § 1335 and a motion for an order (a) directing the defendants to interplead in this action and (b) directing the deposit of the disputed rental payments into the court registry (the "Interpleader Motion"). By this motion, Plaintiff requests expedited consideration of the Interpleader Motion, and as grounds states:

1.    This is an action for statutory interpleader under 28 U.S.C. § 1335 as set forth more fully in Plaintiff's Complaint of Interpleader ("Complaint"), which is incorporated herein by reference.

2.    Plaintiff owns a commercial office building in Washington, D.C. known as "Washington Square," a portion of which is built on land that Plaintiff leases from multiple parties pursuant to a ground lease. A true, correct and complete copy of the ground lease is attached to the Complaint as Exhibit B and is incorporated herein by reference. The next semi-annual installment of rent under the ground lease comes due on January 1, 2006. (See ¶ 1(p) and ¶ 3(a)(vii) of Exh. B to Complaint)[1]

3.    Plaintiff is now faced with competing claims, by adverse parties, for a portion of the January 1, 2006 rental payment, as more fully described in the Complaint

---

[1]    Under paragraph 3(a) of the Ground Lease, Plaintiff is required to pay rent in semi-annual installments on the first day of each "Semi-Annual Period." The term "Semi-Annual Period" is defined in the Ground Lease as a six month period beginning on January 1, 1981 and following sequentially thereafter. (¶ 1(p) of Ground Lease, Exh. B to Complaint)

and Interpleader Motion. Those adverse claims were not fully asserted until December 6, 2005. (See Exh. F to Complaint)

4. Plaintiff risks an "event of default" under its ground lease if Plaintiff fails "in the due and punctual payment of Rent . . . when and as the same shall become due and payable." (See ¶ 10 to Exh. B to Complaint) Conversely, if Plaintiff makes the referenced payments to one of the adverse claimants, it risks liability on the same obligation if the other claimants were to establish their entitlement to the same funds. Either option subjects Plaintiff to unacceptable risks which, as a neutral party to the competing claims, Plaintiff should not have to bear.

5. Plaintiff stands ready to meet its obligations under its ground lease. In that regard, Plaintiff respectfully requests that the Court consider the Interpleader Motion as expeditiously as its schedule allows so that Plaintiff can, in satisfaction of its obligations under the ground lease, deposit the disputed funds into the court registry for ultimate disposition by this Court.

6. Plaintiff, through its counsel, has contacted counsel for the claimant, Nunziata Lenzo Romano, and has been advised that Ms. Romano consents to the relief requested in this motion. Plaintiff has attempted unsuccessfully to reach a representative of Giuseppe Lenzo to seek his consent to the relief requested in this motion.

7. The Certificate of Service that appears below reflects Plaintiff's efforts to provide the claimants with a copy of this motion in an expedited fashion.

8. A proposed Order is attached.

## Points And Authorities

Plaintiff incorporates by reference the memorandum of law submitted in support of the Interpleader Motion which is being filed concurrently with this motion.

Date: December 16, 2005                Respectfully submitted,

 

_____
Jeremy S. Simon, D.C. Bar No. 447956
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006
(202) 772-5170 (phone)
(202) 772-5180 (fax)

Counsel for Interpleader Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of December 2005, I caused to be served a true and correct copy of the foregoing and proposed Order, via first-class mail, postage prepaid, and through the additional methods indicated below, on the following:

1. Michael Pollack, Esq. (via first-class mail and electronic mail)
   Law Offices of Babak Movahedi, PLLC
   1700 Q. Street, N.W.
   Washington, D.C. 20009

   Counsel for Nunziata Lenzo Romano

2. Giuseppe Lenzo (via regular mail and overnight federal express)
   8925 Collins Avenue
   Surfside, FL 33154

/s/ Jeremy S. Simon