# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br>1050 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br><br>    Plaintiff,<br><br>    v.<br><br>GIUSEPPE LENZO<br>8925 Collins Avenue<br>Surfside, Florida 33154<br><br>    and<br><br>GIUSEPPE LENZO, as Trustee of<br>The Virginia Lenzo Trust<br>8925 Collins Avenue<br>Surfside, Florida 33154<br><br>    and<br><br>GIUSEPPE LENZO, as Trustee of<br>The Tindaro Lenzo Trust<br>8925 Collins Avenue<br>Surfside, Florida 33154<br><br>    and<br><br>NUNZIATA LENZO ROMANO<br>Via Galimberti 24<br>Biella, 13900 Italy<br><br>    and<br><br>JANE DOE, Personal Representative<br>of Estate of Virginia Di Perna Lenzo<br>c/o Register of Wills of the<br>District of Columbia<br>500 Indiana Avenue, N.W.<br>Washington, D.C. 20001 | Civil Action No. |

|                    | )  |
|--------------------|----|
| Defendants.        | )  |
|                    | )  |

## **ORDER**

Having considered the Motion For Order Interpleading Defendants And Directing The Deposit Of Funds Into The Court Registry, the applicable statutes and case law, and the evidence and argument presented, it is hereby:

ORDERED that the Motion For Order Interpleading Defendants And Directing The Deposit Of Funds Into The Court Registry (the "Interpleader Motion") is granted; and it is

FURTHER ORDERED that Plaintiff shall, as it comes due, deposit into the registry of the Court the semi-annual installment of rent under the Lease Agreement attached as Exhibit B to the Complaint that is allocable to the interests in the leased property that are the subject of the Complaint and Interpleader Motion, commencing with the rental payment of $100,000 that is due with respect to these interests on January 1, 2006; and it is

FURTHER ORDERED that the Clerk of the Court shall receive and invest the funds deposited into the court registry so that interest may accrue, for ultimate disposition by order of this Court in the above-captioned action; and it is

FURTHER ORDERED that summonses shall issue to the defendants named in the Complaint directing the defendants to respond to the Complaint and interplead in this action within 20 days of service; and it is

FURTHER ORDERED that Plaintiff shall serve a copy of this order on all defendants named in this action at the time of service of the summons and complaint.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006

Michael Pollack, Esq.
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Giuseppe Lenzo
8925 Collins Avenue
Surfside, FL 33154