UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED, PARTNERSHIP, R.L.L.P.<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.,<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

**ORDER**

Upon careful consideration of plaintiff's motion to interplead defendants pursuant to 28 U.S.C. § 1335 and deposit the interpleaded funds into the registry of the Court, the Court will permit plaintiff to proceed with the interpleader action on a provisional basis until such time as all parties have received notice of the action and have been afforded an opportunity to be heard on the issue of whether the Court's exercise of interpleader jurisdiction pursuant to § 1335 is appropriate in this case. Accordingly, it is hereby

**ORDERED** that plaintiff's motion to file interpleader action and to deposit funds into the registry of the court is GRANTED until further order of this Court; and it is

**FURTHER ORDERED** that plaintiff deposit into the registry of the court by January 1, 2006, the semi-annual installment of rent payments totaling $100,000 under the Lease Agreement attached as Exhibit B to plaintiff's complaint; and it is

**FURTHER ORDERED** that plaintiff serve a copy of this order on all defendants named in this action; and it is

**FURTHER ORDERED** that all defendants named in this action are hereby restrained from instituting or prosecuting any action in any state or federal district court relating to the rental payments involved in this interpleader action until further order of this Court; and it is

**FURTHER ORDERED** that all defendants named in this action are directed to respond to the complaint as well as to address the basis for this Court's jurisdiction under 28 U.S.C. § 1335 by no later than **JANUARY 12, 2006**.

**IT IS SO ORDERED.**

SIGNED:   EMMET G. SULLIVAN
          UNITED STATES DISTRICT JUDGE
          December 21, 2005

```
======NO REFUND WITHOUT RECEIPT======
   CHECK TENDERED $         $100,000.00
       100,000.00
===== T O T A L =====
       100,000.00
 604700    REGISTRY FUND
 CASE # 05-2420        1
             WASH SQ LTD VS G LENZO
======NO REFUND WITHOUT RECEIPT======
 DC   1-1 TAM          Receipt # 140916
 12/23/05                    1:12:37 PM
             WASHINGTON D.C.
         U.S. DISTRICT COURT
```

