IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIUSEPPE LENZO, et al.,<br><br>　　　　Defendants. | Civ. Action No. 05-2420 (EGS) |

## NOTICE OF SERVICE

Plaintiff, Washington Square Limited Partnership, R.L.L.P. ("Washington Square"), hereby provides notice of the following.

1. On December 22, 2005, counsel for Washington Square caused to be served a true and correct copy of the court's order of December 21, 2005 on the following persons in the manner stated below:

    a.    Michael Pollack, Esq. (via first-class mail and facsimile)
           Law Offices of Babak Movahedi, PLLC
           1700 Q. Street, N.W.
           Washington, D.C. 20009

           Counsel for defendant Nunziata Lenzo Romano and counsel for Floriana Nestore, who has applied to be appointed Personal Representative of the estate of Virginia Lenzo

    b.    Giuseppe Lenzo (via first-class mail and overnight federal express)
           8925 Collins Avenue
           Surfside, FL 33154

2. On December 29, 2005, counsel for Washington Square caused to be served a true and correct copy of the court's order of December 21, 2005 on the following by first-class mail:

    a.    Jane Doe, Personal Representative of
           Estate of Virginia Di Perna Lenzo

        c/o Register of Wills
        500 Indiana Avenue, N.W.
        Washington, D.C. 20001

    3. On December 16, 2005, counsel for Washington Square provided a true and correct copy of the complaint in the above-captioned proceeding to the following persons in the manner stated below:

    a.    Michael Pollack, Esq. (via first-class mail and electronic mail)
        Law Offices of Babak Movahedi, PLLC
        1700 Q. Street, N.W.
        Washington, D.C. 20009

        Counsel for defendant Nunziata Lenzo Romano and counsel for Floriana Nestor, who has applied to be appointed Personal Representative of the estate of Virginia Lenzo

    b.    Giuseppe Lenzo (via overnight federal express)
        8925 Collins Avenue
        Surfside, FL 33154

    4. A copy of the court's order of December 21, 2005 also will be provided with the complaint when it is formally served.

Dated: Washington, DC
       December 29, 2005

        Respectfully submitted,

        /s/ Jeremy S. Simon
        Jeremy S. Simon, D.C. Bar No. 447956
        Thompson, Loss & Judge LLP
        1919 Pennsylvania Ave., N.W.
        Suite M-200
        Washington, D.C. 20006
        (202) 772-5170 (phone)
        (202) 772-5180 (fax)

        Counsel for Plaintiff, Washington Square

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 29th day of December 2005, I caused to be served a true and correct copy of the foregoing via first-class mail, postage prepaid, on the following:

Michael Pollack, Esq.
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Giuseppe Lenzo
8925 Collins Avenue
Surfside, FL 33154

Jane Doe, Personal Representative of
Estate of Virginia Di Perna Lenzo
c/o Register of Wills
500 Indiana Avenue, N.W.
Washington, D.C. 20001

/s/ Jeremy S. Simon
Jeremy S. Simon