IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

### ORDER

Having considered the Motion For Order Authorizing Service of Process by Commercial Carrier and Ordinary Mail, any opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that the Plaintiff is authorized, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, to effectuate service of the summons and complaint in this matter on Giuseppe Lenzo, individually and as Trustee of the Tindaro Lenzo Trust and the Virginia Lenzo Trust, through a commercial carrier service (such as, by way of example only, DHL or Federal Express or any equivalent service) by enclosing in a single envelope, addressed to Giuseppe Lenzo, Via I Stella C.P. No. 62, 36011 Arsiero (VI) Italy, a copy of the summonses directed to Mr. Lenzo in his respective capacities, a single copy of the Complaint with exhibits, a single copy of the court's Order dated December 21, 2005, and a single copy of the materials provided by the clerk for service at the time this action was filed (i.e., the Initial Electronic Case Filing Order, the

Electronic Case Files Attorney/Participant Registration Form, and the Notice of Right to Consent to Trial Before a United States Magistrate Judge); and it is

FURTHER ORDERED that Plaintiff is authorized, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, to effectuate service of the summons and complaint in this matter on Giuseppe Lenzo, individually and as Trustee of the Tindaro Lenzo Trust and the Virginia Lenzo Trust, through ordinary mail, postage pre-paid, by enclosing in a single envelope, addressed to Giuseppe Lenzo, Via I Stella C.P. No. 62, 36011 Arsiero (VI) Italy, a copy of the summonses directed to Mr. Lenzo in his respective capacities, a single copy of the Complaint with exhibits, a single copy of the court's Order dated December 21, 2005, and a single copy of the materials provided by the clerk for service at the time this action was filed (i.e., the Initial Electronic Case Filing Order, the Electronic Case Files Attorney/Participant Registration Form, and the Notice of Right to Consent to Trial Before a United States Magistrate Judge) (the referenced enclosures are hereinafter referred to collectively as the "Service Papers"); and it is

FURTHER ORDERED that the service methods provided for herein may be employed concurrently, or alternatively, and that either method alone is sufficient to effectuate service of process on Mr. Lenzo in his respective capacities; and it is

FURTHER ORDERED that the Plaintiff may make Proof of Service satisfactory to the court under Rule 4(l) of the Federal Rules of Civil Procedure with respect to service effectuated by the method of commercial carrier, as authorized herein, by having its counsel of record certify in the Return of Service form that such method was employed, the name of the commercial carrier utilized, and the date on which the Service Papers were provided to such commercial carrier, and by attaching to the Return of

Service form a copy of the delivery receipt, if any, generated by such commercial carrier; and it is

FURTHER ORDERED that Plaintiff may make Proof of Service satisfactory to the court under Rule 4(l) of the Federal Rules of Civil Procedure with respect to service effectuated by the method of ordinary mail, as authorized herein, by having its counsel of record certify in the Return of Service form that the Service Papers were deposited into the mail, postage pre-paid, and addressed to Mr. Lenzo at the address in Italy specified herein; and it is

FURTHER ORDERED that this Order does not prohibit Plaintiff from attempting any other method of service on Mr. Lenzo in his respective capacities as may be authorized by the Federal Rules of Civil Procedure or applicable law either separately or concurrently with the methods provided for herein.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006

Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Giuseppe Lenzo
8925 Collins Avenue
Surfside, FL 33154

Giuseppe Lenzo

Via I Stella C.P. No. 62
36011 Arsiero (VI) Italy

4