IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.,<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

**DECLARATION OF DOUGLAS R. FREW**

I, Douglas R. Frew, declare as follows:

1. I am employed as a private process server. On December 28, 2005, and in connection with the above-captioned matter, I attempted to serve a summons and complaint, and order dated December 21, 2005, on Giuseppe Lenzo, both individually and as Trustee of the Virginia Lenzo Trust and Tindaro Lenzo Trust, at his residence at the Mirage Condominiums, 8925 Collins Avenue, Surfside, Florida 33154.

2. I was advised by the property manager at the Mirage that, although Mr. Lenzo is a resident of the Mirage, he was presently out of the country, that he was not expected to return for several months, and that his exact return date was not known. I was further advised that the management of the Mirage was, during Mr. Lenzo's absence, temporarily forwarding mail addressed to Mr. Lenzo at the referenced address (8925 Collins Avenue, Surfside, Florida 33154) to an address overseas and, in particular, that certain legal papers addressed to Mr. Lenzo at the Collins Avenue address, which had recently been delivered by either mail or overnight courier, had been forwarded to Mr.

Lenzo at that overseas address. The property manager at the Mirage would not release that address to me without a subpoena.

3. I independently confirmed on December 28, 2005, that Mr. Lenzo was not present at his condominium unit in the Mirage.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 23, 2006, in the State of Florida.

Douglas R. Frew