```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                                       )
WASHINGTON SQUARE LIMITED,             )
     PARTNERSHIP, R.L.L.P.             )
                                       )
                    Plaintiff,         )
                                       )
     v.                                )    Civ. Action No. 05-2420
                                       )    (EGS)
                                       )
GIUSEPPE LENZO, et al.,                )
                                       )
                    Defendants.        )
_____)
```

### ORDER

Upon consideration of Plaintiff's Motion for Order Authorizing Service of Process by Commercial Carrier and Ordinary Mail, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Plaintiff is authorized, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, to effectuate service of the summons and Complaint in the above captioned matter on Giuseppe Lenzo, individually and as Trustee of the Tindaro Lenzo Trust and the Virginia Lenzo Trust, through a commercial carrier service (such as, by way of example only, DHL or Federal Express or any equivalent service) and through ordinary fist class mail, postage pre-paid, to Mr. Lenzo's known address in Italy as stated in the Declaration of Jeremy S. Simon attached as Exhibit Four to Plaintiff's Motion, a copy of the summonses directed to Mr. Lenzo in his respective capacities, a

copy of the Complaint with exhibits, a copy of the Court's Order dated December 21, 2005, and a copy of the materials provided by the Clerk of the Court for service at the time this action was filed (i.e. Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, and Notice of Right to Consent to Trial before a United States Magistrate Judge); and it is

**FURTHER ORDERED** that the Plaintiff's counsel of record is to certify in the Return of Service form what method was employed, the name of the commercial carrier utilized, the date on which the Service Papers were provided to such commercial carrier, and attach to the Return of Service form a copy of the delivery receipt generated by such commercial carrier upon successful completion of delivery; and it is

**FURTHER ORDERED** that this Order does not prohibit Plaintiff from attempting any other method of service on Mr. Lenzo in his respective capacities as may be authorized by the Federal Rules of Civil Procedure or applicable law either separately or concurrently with the methods provided for herein.

**IT IS SO ORDERED.**


**SIGNED:    EMMET G. SULLIVAN**
            **UNITED STATES DISTRICT JUDGE**
            **JANUARY 31, 2006**

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave. N.W.
Suite M-200

Washington, D.C. 20006
Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q Street N.W.
Washington, D.C. 20009

Giuseppe Lenzo
8925 Collins Avenue
Surfside, FL 33154

Giuseppe Lenzo
Via I Stella C.P. No. 62
36011 Arsiero (VI) Italy