AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Washington Square
Limited Partnership, R.L.L.P.

**SUMMONS IN A CIVIL CASE**

V.

Giuseppe Lenzo, et. al.

CASE NUMBER  1:05CV02420

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

DATE STAMP: 12/16/2005

TO: (Name and address of Defendant)

Giuseppe Lenzo
8925 Collins Avenue
Surfside, FL 33154

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy S. Simon
Thompson, Loss & Judge, LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 1 6 2005

CLERK                                DATE

_Janette Stewart-Curch_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE February 3, 2006 ||
| NAME OF SERVER *(PRINT)* Jeremy Simon | TITLE Counsel for Plaintiff ||
| *Check one box below to indicate appropriate method of service* |||

☐  Served personally upon the defendant. Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): *\* Pursuant to the court's order of January 31, 2006, as described more fully below.*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/10/06
                    Date              Signature of Server

**THOMPSON, LOSS & JUDGE, LLP**
**1919 PENNSYLVANIA AVENUE, NW**
*Address of Server*    **SUITE M-200**
       **WASHINGTON, DC 20006-**

\*Pursuant to the court's order of January 31, 2006 (attached), Giuseppe Lenzo was served, individually, by delivery of the service papers, as described in the attached order, to his address in Italy by both Federal Express International Priority Delivery and Global Priority Mail (i.e., first-class international mail), postage pre-paid. The service papers were provided to Federal Express on January 31, 2006 and separately were deposited into the mail on the same date. Attached is the delivery receipt by email and letter from Federal Express following the successful delivery of the service papers on February 3, 2006.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Customer Relations  Telephone 901.346.9308
3875 Airways Boulevard, 3rd Floor  Fax 901.922.1639
Memphis, TN 38116-4634


Express

*VIA FACSIMILE*
202-772-5180

February 10, 2006

Mr. Jeremy Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Avenue, NW, #M200
Washington, DC 20006

Dear Mr. Simon:

The following is the proof of delivery you requested with tracking number **791848457272**.

## Delivery Information:

| | | |
|---|---|---|
| **Status:** | Delivered | **Delivery date:** Feb 3, 2006 12:23 PM |
| **Signed for by:** | BIONDI | |
| **Service type:** | Priority Pak | |

Attached is a copy of the FedEx delivery record to reflect the signature for this shipment.

## Shipping Information:

| | | |
|---|---|---|
| **Tracking number:** | 791848457272 | **Ship date:** Jan 31, 2006 |
| | | **Weight:** 1.5 lbs. |

**Recipient:**
Guiseppe Lenzo
VIA I Stella C.P. No. 62
Arsiero (VI) 36011

**Shipper:**
Saphira Meas
Thompson, Loss & Judge LLC
1919 Pennsylvania Ave NW, #M200
Washington, DC 20006

I hope this information is helpful. We are grateful for the opportunity to transport your shipments and we look forward to the privilege of serving you in the future.

Sincerely,

*Teresa R. Jordan*
Teresa R. Jordan
Customer Relations

trj

# DELIVERY RECORD

| Signature | Print Name | Sender's Account Number | Package Tracking Number | Recipient Address | Time | Status |
|---|---|---|---|---|---|---|
| [signature] | BIONDI, Luigi | | 791848457272 | Alviero | 11.33 | |
| [signature] | CARALLO, Alou | | 855299751363 | KBC | 9.40 | |

Handwritten across form: 03-01-06   C. A. SIMONA PANESSR DI

FAX 001 202 772 [...]

001 732 560 [...]

**Saphira Meas**

---

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, February 03, 2006 3:34 PM
**To:** Saphira Meas
**Subject:** FedEx Shipment 791848457272 Delivered

Our records indicate that the following shipment has been delivered:

Tracking number:           791848457272
Reference:                 9405.05
Ship (P/U) date:           Jan 31, 2006
Delivery date:             Feb 3, 2006 12:23 PM
Sign for by:               .BIONDI
Delivered to:              Receptionist/Front Desk
Service type:              FedEx International Priority
Packaging type:            FedEx Pak
Number of pieces:          1
Weight:                    1.5 LB

Shipper Information                  Recipient Information
SAPHIRA MEAS                         GIUSEPPE LENZO
THOMPSON, LOSS    JUDGE, LLP         VIA I STELLA C.P. NO. 62
1919 PENNSYLVANIA AVE NW             ARSIERO (VI)
STE M200                             IT
WASHINGTON                           36011
DC
US
20006

Special handling/Services:
Deliver Weekday

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:06 PM   CST on 02/03/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED, PARTNERSHIP, R.L.L.P.<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.,<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

### ORDER

Upon consideration of Plaintiff's Motion for Order Authorizing Service of Process by Commercial Carrier and Ordinary Mail, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Plaintiff is authorized, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, to effectuate service of the summons and Complaint in the above captioned matter on Giuseppe Lenzo, individually and as Trustee of the Tindaro Lenzo Trust and the Virginia Lenzo Trust, through a commercial carrier service (such as, by way of example only, DHL or Federal Express or any equivalent service) and through ordinary fist class mail, postage pre-paid, to Mr. Lenzo's known address in Italy as stated in the Declaration of Jeremy S. Simon attached as Exhibit Four to Plaintiff's Motion, a copy of the summonses directed to Mr. Lenzo in his respective capacities, a

copy of the Complaint with exhibits, a copy of the Court's Order dated December 21, 2005, and a copy of the materials provided by the Clerk of the Court for service at the time this action was filed (i.e. Initial Electronic Case Filing Order, Electronic Case Files Attorney/Participant Registration Form, and Notice of Right to Consent to Trial before a United States Magistrate Judge); and it is

**FURTHER ORDERED** that the Plaintiff's counsel of record is to certify in the Return of Service form what method was employed, the name of the commercial carrier utilized, the date on which the Service Papers were provided to such commercial carrier, and attach to the Return of Service form a copy of the delivery receipt generated by such commercial carrier upon successful completion of delivery; and it is

**FURTHER ORDERED** that this Order does not prohibit Plaintiff from attempting any other method of service on Mr. Lenzo in his respective capacities as may be authorized by the Federal Rules of Civil Procedure or applicable law either separately or concurrently with the methods provided for herein.

**IT IS SO ORDERED.**


SIGNED:    **EMMET G. SULLIVAN**
           **UNITED STATES DISTRICT JUDGE**
           **JANUARY 31, 2006**

2

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave. N.W.
Suite M-200

Washington, D.C. 20006
Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q Street N.W.
Washington, D.C. 20009

Giuseppe Lenzo
8925 Collins Avenue
Surfside, FL 33154

Giuseppe Lenzo
Via I Stella C.P. No. 62
36011 Arsiero (VI) Italy