AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Washington Square
Limited Partnership, R.L.L.P.

**SUMMONS IN A CIVIL CASE**

V.

Giuseppe Lenzo, et. al.

CASE NUMBER  1:05CV02420

JUDGE: Emmet G. Sullivan

DECK TYPE: General Civil

DATE STAMP: 12/16/2005

TO: (Name and address of Defendant)

Nunziata Lenzo Romano
Via Galimberti 24
Biella, 13900 Italy

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy S. Simon
Thompson, Loss & Judge, LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington. DC 20006

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON _____ DEC 1 6 2005 _____

CLERK                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE January 3 1 2006 |
|---|---|
| NAME OF SERVER (PRINT)  Jeremy Simon | TITLE  Plaintiff's Counsel (by attached letter) sent by messenger |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify):  _Service accepted by counsel (see below)_

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  __2/15/06__
    Date

Signature of Server

Thompson, Loss & Judge, LLP
1919 Pennsylvania Avenue, N.W., Ste M-200
Washington, DC 20006
    Address of Server

I, Michael Pollack, hereby accept service of the complaint in the matter, Washington Square Limited Partnership v. Giuseppe Lenzo, et. al. (Civ. Act. No. 05-2420), on behalf of my client, defendant Nunziata Lenzo Romano.

Executed on  __1/31/2006__
    Date

Michael Pollack, Esq.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# THOMPSON, LOSS & JUDGE, LLP

1919 PENNSYLVANIA AVENUE, NW
SUITE M-200
WASHINGTON, DC 20006-3458
(202) 772-5170
FACSIMILE: (202) 772-5180
TLJLAW.COM

JEREMY S. SIMON
(202) 772-5169
JSIMON@TLJLAW.COM

January 5, 2006

**VIA HAND DELIVERY**

Michael Pollack, Esq.
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Re:    Washington Square v. Giuseppe Lenzo, et al. (05-2420)

Dear Mr. Pollack:

Enclosed please find the summons and complaint in the referenced matter directed to defendant Nunziata Lenzo Romano. You have agreed to accept service on her behalf and, in that regard, I ask that you please execute the acknowledgment of receipt on the "Return of Service" attached to the summons and promptly return the signed acknowledgment to me. I also have enclosed with the summons and complaint the standard notices and orders provided by the clerk at the time of filing, as well as an order entered by the court on December 22, 2005, which previously has been provided to you. That order directs a response to the complaint by January 12, 2006.

Please feel free to contact me if you have any questions.

Very truly yours,

Jeremy S. Simon

Enclosure