AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

WASHINGTON SQUARE LIMITED  
PARTNERSHIP, R.L.L.P.,   )  
      Plaintiff(s)   )   **APPEARANCE**  
    )  
    )  
    vs.   )   CASE NUMBER 1:05CV02420  
    )  
GIUSEPPE LENZO, et al.,   )  
      Defendant(s)   )  

To the Clerk of this court and all parties of record:

Please enter the appearance of   __Michael A. Dymersky__   as counsel in this  
                                      (Attorney's Name)

case for: __Giuseppe Lenzo__  
                (Name of party or parties)

__February 23, 2006__                     _[signature]_  
Date                                      Signature  

                                            Michael A. Dymersky  
__D.C. Bar #370593__                  Print Name  
BAR IDENTIFICATION           Furey, Doolan & Abell, LLP  
                                       8401 Connecticut Avenue, Suite 1100  
                                       Address  

                                       Chevy Chase, MD 20815  
                                       City        State        Zip Code  

                                       (301) 652-6880  
                                       Phone Number