IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P., <br><br> *Plaintiff*, <br><br> v. <br><br> GIUSEPPE LENZO, individually; GIUSEPPE LENZO, as Trustee of The Virginia Lenzo Trust; GIUSEPPE LENZO, as Trustee of The Tindaro Lenzo Trust; NUNZIATA LENZO ROMANO; and JANE DOE, as Personal Representative of Estate of Virginia Di Perna Lenzo, <br><br> *Defendants*. | Case No.: 1:05CV02420 <br> Judge Emmet G. Sullivan <br> Deck Type: General Civil <br> Date Stamp: 01/12/2006 |

## MOTION FOR ADMISSION OF JOSEPH DEGANCE, *PRO HAC VICE*

COMES NOW, Michael A. Dymersky, D.C. Bar No. 370593, a member in good standing of the Bar of this Court and local counsel for Defendant GIUSEPPE LENZO, in his individual capacity and in his capacity as Trustee of the Virginia Lenzo and Tindaro Lenzo Trusts, and respectfully moves the admission, *pro hac vice*, of Joseph DeGance, an attorney in good standing before the Supreme Court of the State of Florida, in accordance with L.Cv.R. 83.2 of the Local Rules of the United States District Court for the District of Columbia, for the limited purpose of representing Defendant GIUSEPPE LENZO, individually and as the Trustee of the Virginia Lenzo and Tindaro Lenzo Trusts, and submits the following pursuant to L.Cv.R. 83.2(d).

1. Joseph DeGance is a member in good standing of the bar of the State of Florida (and other jurisdictions), as noted on the Verified Declaration of Joseph DeGance which is filed contemporaneously with this Motion.

2. Joseph DeGance has previously served as counsel to GIUSEPPE LENZO during the period of time while such Defendant formerly resided in Florida before moving back to his native home in Italy.

3. Joseph DeGance has retained Attorney Michael A. Dymersky, Esquire, a member in good standing of the bar of this Court, to appear as local co-counsel on behalf of Defendant GIUSEPPE LENZO, and all papers submitted on behalf of such Defendant will be signed by both Mr. DeGance and Attorney Dymersky.

4. Contemporaneously with this Motion, Joseph DeGance has filed a Verified Declaration setting forth the information required to be disclosed by Rule 83.2(d) of the Rules of the United States District Court for the District of Columbia.

WHEREFORE, Movant Michael A. Dymersky respectfully prays that the Court admit Joseph DeGance *pro hac vice* in this action on behalf of Defendant GIUSEPPE LENZO, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: _____/s/_____
Joseph DeGance, *Pro Hac Vice* Applicant
3471 N. Federal Highway
Suite 300
Fort Lauderdale, Florida 33306
Tel: (954) 566-1531
Fax: (954) 566-2382
Email: jldegance@hotmail.com

*Attorney for Defendant*
*GIUSEPPE LENZO*

/s/
---
Michael A. Dymersky
D.C. Bar #370593
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland 20815
Tel: (301) 652-6880
Fax: (301) 652-8972
Email: mdymersky@fdalaw.com

*Local Counsel for Defendant*
*GIUSEPPE LENZO*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February 2006, copies of the foregoing were served by filing with the Court's CM/ECF System upon the following: Jeremy S. Simon, Esquire, Thompson, Loss & Judge LLP, 1919 Pennsylvania Avenue, N.W., Suite M-200, Washington, D.C., 20006, and Michael J. Pollack, Esquire, Law Offices of Babak Movahedi, PLLC, 1700 Q Street N.W., Washington, D.C., 20009.

/s/
---
Michael A. Dymersky