IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON SQUARE LIMITED
PARTNERSHIP, R.L.L.P.,

    Plaintiff,

vs.

CASE NO.: 1:05CV02420
JUDGE: Emmet G. Sullivan
DECK TYPE: General Civil
DATE STAMP: 01/12/2006

GIUSEPPE LENZO, individually;
GIUSEPPE LENZO, as Trustee of
The Virginia Lenzo Trust;
GIUSEPPE LENZO, as Trustee of
The Tindaro Lenzo Trust;
NUNZIATA LENZO ROMANO;
and JANE DOE, as Personal
Representative of Estate of Virginia
Di Perna Lenzo,

    Defendants.
_____/

## VERIFIED DECLARATION OF JOSEPH DEGANCE IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Joseph DeGance, Esquire, submits the following verified declaration pursuant to Rule 83.2 of the United States District Court for the District of Columbia, in support of his Motion for Leave to Appear *Pro Hac Vice* in the above-styled action on behalf of Defendant GIUSEPPE LENZO.

1.    My name is Joseph DeGance. My office address is 3471 N. Federal Highway, Suite 601, Fort Lauderdale, Florida, 33306. My telephone number is 954-566-1531.

2. I am currently admitted to practice law before the highest courts and/or bars in the following jurisdictions:

State of Florida since 1973

United States District Court for the Southern District of Florida since 1973

United States District Court for the Middle District of Florida since 1993

3. I have not been previously disciplined by any court or bar association by which I have been admitted to practice law.

4. I have not been admitted to appear *pro hac vice* before the United States District Court for the District of Columbia on any occasion within the last two years.

5. I have retained local attorney Michael A. Dymersky, who is a member in good standing of the bar of this Court, to appear as co-counsel in this action on behalf of GIUSEPPE LENZO.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 22nd day of February 2006.

_____
Joseph DeGance

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to Jeremy S. Simon, Esquire, 1919 Pennsylvania Avenue, N.W., Suite M-200, Washington, D.C., 20006, and to Michael J. Pollack, Esquire, 1700 Q Street N.W., Washington, D.C., 20009 this 23 day of February, 2006.

_____
Joseph DeGance, Esq.