IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P., <br><br> *Plaintiff,* <br><br> v. <br><br> GIUSEPPE LENZO, individually; GIUSEPPE LENZO, as Trustee of The Virginia Lenzo Trust; GIUSEPPE LENZO, as Trustee of The Tindaro Lenzo Trust; NUNZIATA LENZO ROMANO; and JANE DOE, as Personal Representative of Estate of Virginia Di Perna Lenzo, <br><br> *Defendants.* | Case No.: 1:05CV02420 <br> Judge Emmet G. Sullivan <br> Deck Type: General Civil <br> Date Stamp: 01/12/2006 |

## *ORDER*

This matter came before the Court upon Michael A. Dymersky's Motion For Admission of Joseph DeGance, *Pro Hac Vice*. Upon consideration of Mr. Dymersky's Motion, it is

ORDERED that Joseph DeGance be and the same hereby is ADMITTED *PRO HAC VICE* to appear and participate as counsel on behalf of Defendant Giuseppe Lenzo individually and as Trustee of the Virginia Lenzo and Tindara Lenzo Trusts in the above-captioned action.

IT IS SO ORDERED.

_____
United States District Judge

Copies to:

Jeremy S. Simon, Esquire
Thompson, Loss & Judge LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Michael Pollack, Esquire
Law Offices of Babak Movahedi, PLLC
1700 Q Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esquire
3471 N. Federal Highway
Suite 300
Fort Lauderdale, Florida 33306

Michael A. Dymersky, Esquire
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland 20815