IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P., <br><br> *Plaintiff,* <br><br> v. <br><br> GIUSEPPE LENZO, individually; GIUSEPPE LENZO, as Trustee of The Virginia Lenzo Trust; GIUSEPPE LENZO, as Trustee of The Tindaro Lenzo Trust; NUNZIATA LENZO ROMANO; and JANE DOE, as Personal Representative of Estate of Virginia Di Perna Lenzo, <br><br> *Defendants.* | Case No.: 1:05CV02420 <br> Judge Emmet G. Sullivan <br> Deck Type: General Civil <br> Date Stamp: 01/12/2006 |

## *ORDER*

This matter came before the Court upon the Motion of Defendant GIUSEPPE LENZO to Dismiss for Lack of Subject-Matter Jurisdiction, or in the Alternative, to Stay or Abate Action Pending Resolution of Previously-Filed Related Proceedings in Another Court. Upon consideration of Defendant's Motion and the points and authorities in support thereof, as well as the points and authorities in opposition to such Motion filed by other parties to this action, it is

ORDERED AND ADJUDGED that Defendant's Motion is granted, and this action is stayed pending resolution of the proceedings presently pending in the Superior Court of the District of Columbia, Probate Division, relating to the Estate of Virginia Di Perna Lenzo (Administration No. 1173-05). Upon final termination of such probate proceedings, this Court will entertain a motion to lift the stay and allow this action to proceed further.

IT IS SO ORDERED.

_____
United States District Judge

Copies to:

Jeremy S. Simon, Esquire
Thompson, Loss & Judge LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Michael Pollack, Esquire
Law Offices of Babak Movahedi, PLLC
1700 Q Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esquire
3471 N. Federal Highway
Suite 300
Fort Lauderdale, Florida 33306

Michael A. Dymersky, Esquire
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland 20815