COUNTRY OF ITALY
CITY OF VICENZA

BEFORE ME, the undersigned authority having personally appeared, GIUSEPPE LENZO, and first being duly sworn, deposes and states:

1. During the month of November 2000, the Affiant moved from South Florida back to Italy, at first to the City of Biella, and then to Vicenza towards the end of 2002 with the intent to reside there in Vicenza permanently. Affiant is an Italian citizen holding an Italian passport. Affiant now resides at Contra Do Rode # 41 36100 Vicenza, Italy.

2. Affiant has traveled back and forth between Italy and the United States since the year 2000 for brief periods staying in the United States for periods of time not exceeding 2 or 3 weeks.

Under penalties of perjury Affiant swears and affirms the facts stated above are true and correct.

_____
GIUSEPPE LENZO

SWORN TO AND SUBSCRIBED before me this __21__ day of February, 2006 by GIUSEPPE LENZO who produced __PASSPORT__ as identification or who is personally known to me and who did take an oath.

_____
Notary Public
My Commission Expires:

LEXIT
Avv. FEDERICO LAMESSO
Via Zamenhof 897 - 36100 VICENZA
Tel. 0444/239510 - Fax 0444/239494