UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P. ) ) )       Planitiff, ) )     v. ) ) GIUSEPPE LENZO, *et al.* ) )       Defendants. ) ) AND ) ) NUNZIATA LENZO ROMANO ) )       Cross-Claimant, ) )     v. ) ) GIUSEPPE LENZO ) )       Cross-Defendant. ) | CASE NUMBER 1:05CV02420<br><br>JUDGE: Emmet G. Sullivan<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 2/23/2006 |

## MOTION FOR LEAVE TO FILE CROSS-CLAIM

Defendant/cross-claimant, Nunziata Lenzo Romano (Nunziata), through counsel, hereby files this Motion for Leave to File Cross-Claim in the above captioned matter.

In support thereof, Nunziata states as follows:

1. The cross-claims arise out of the same transaction and occurrence that is the subject matter of the underlying

interpleader complaint and/or the property that is the subject matter of the original action.

2. It is in the interests of judicial economy to allow the cross-claim, filed concurrently herewith, to proceed with the underlying interpleader complaint as opposed to proceeding in a separate action.

3. By Order dated December 21, 2005 this Court ordered, among other things, "that all defendants named in this action are hereby restrained from instituting or prosecuting any action in any state or federal district court relating to the rental payments involved in this interpleader action until further order of this Court," thereby precluding cross-claimant from filing this action in any other court.

4. There would be no prejudice suffered by cross-defendant by allowing this cross-claim to proceed in the current action.

5. The Plaintiff, Washington Square Limited Partnership, R.L.L.P., has no objection to this motion for leave to file cross claim.

WHEREFORE, the Court is respectfully requested to grant this Motion for Leave to File Cross-Claim.

Respectfully Submitted:

_/s/ Michael Pollack 1/13/h_
Michael J. Pollack, Esq.
Law Office of Babak Movahedi, PLLC
1700 Q Street, N.W.
Washington, D.C. 20009
202-234-5522
202-234-5582 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion on this Twenty third day of February 2006 was served by regular mail postage prepaid to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Washington, D.C. 20006

Giuseppe Lenzo
8925 Collins Avenue
Surfside, FL 33154

Giuseppe Lenzo
Via I Stella C.P. No. 62
36011 Arsiero (VI) Italy

_____
Michael J. Pollack, Esq.
Law Office of Babak Movahedi, PLLC
1700 Q Street, N.W.
Washington, D.C. 20009
202-234-5522
202-234-5582 (fax)