UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P. | )<br>)<br>) |
| Planitiff, | )<br>) |
| v. | )<br>) |
| GIUSEPPE LENZO, *et al.* | ) CASE NUMBER 1:05CV02420<br>)<br>) JUDGE: Emmet G. Sullivan |
| Defendants. | )<br>) DECK TYPE: General Civil<br>) |
| AND | ) DATE STAMP:<br>) |
| NUNZIATA LENZO ROMANO | )<br>) |
| Cross-Claimant, | )<br>) |
| v. | )<br>) |
| GIUSEPPE LENZO | )<br>) |
| Cross-Defendant. | ) |

### ORDER

Upon consideration of the Motion for Leave to File Cross-Claim, and any opposition thereto, it is hereby

ORDERED, that said Motion is Granted.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Washington, D.C. 20006

Giuseppe Lenzo
8925 Collins Avenue
Surfside, FL 33154

Giuseppe Lenzo
Via I Stella C.P. No. 62
36011 Arsiero (VI) Italy