IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON SQUARE LIMITED )
PARTNERSHIP, R.L.L.P.          )
                               )
    Plaintiff,                )
                               )   Civ. Action No. 05-2420 (EGS)
    v.                        )
                               )
GIUSEPPE LENZO, et al.         )
                               )
    Defendants.               )

**JOINT MOTION FOR EXTENSION
TO RESPOND TO MOTION TO DISMISS AND
MOTION FOR LEAVE TO FILE CROSS-CLAIM**

    The parties, through undersigned counsel, hereby jointly move for an extension for the filing of any response to the motion to dismiss filed by Giuseppe Lenzo (docket entry number 16) and the motion for leave to file cross-claim filed by Nunizata Lenzo Romano (docket entry number 17), and as grounds state:

    1.    On February 23, 2006, defendant Giuseppe Lenzo, individually, and as trustee of the Virginia Lenzo Trust and Tindaro Lenzo Trust, filed a Motion to Dismiss for Lack of Subject-Matter Jurisdiction, or in the Alternative to Stay or Abate Action Pending Resolution of Previously Filed Related Proceedings in other Courts ("Motion to Dismiss").

    2.    On February 23, 2006, defendant Nunziata Lenzo Romano filed a Motion for Leave to File Cross-Claim ("Motion for Leave").

    3.    Responses to both of these motions would be due on March 9, 2006, if no extension were granted.

4.   The non-moving parties to the Motion to Dismiss request a two week extension, to and including March 23, 2006, to file any response to that motion, and counsel for the movant consents to that request.

5.   The non-moving parties to the Motion for Leave request a corresponding extension to file any response to that motion, and counsel for the movant consents to that request.

6.   A proposed Order is attached.

| | |
|---|---|
| /s/ Michael Pollack | /s/ Jeremy S. Simon |
| Michael Pollack, Esq. | Jeremy S. Simon, Esq. |
| D.C. Bar No. 425184 | D.C. Bar No. 447956 |
| Babak Movahedi, PLLC | Thompson, Loss & Judge LLP |
| 1700 Q. Street, N.W. | 1919 Pennsylvania Ave., N.W. |
| Washington, D.C. 20009 | Suite M-200 |
| (202) 234-5522 (phone) | Washington, D.C. 20006 |
| (202) 234-5582 (fax) | (202) 772-5170 (phone) |
| | (202) 772-5180 (fax) |
| Counsel for Nunziata Lenzo Romano | Counsel for Plaintiff Washington Square Limited Partnership, R.L.L.P. |
| /s/ Joseph DeGance | /s/ Michael A. Dymersky |
| Joseph DeGance, Esq. | Michael A. Dymersky, Esq. |
| Admitted Pro Hac Vice | D.C. Bar No. 370593 |
| 3471 N. Federal Highway | Furey, Doolan & Abell, LLP |
| Suite 300 | 8401 Connecticut Avenue |
| Fort Lauderdale, FL 33306 | Suite 1100 |
| (954) 566-1531 (phone) | Chevy, Chase, Maryland 20815 |
| (954) 566-2382 (fax) | (301) 652-6880 (phone) |
| | (301) 652-8972 (fax) |
| Lead Counsel for Giuseppe Lenzo | Local Counsel for Giuseppe Lenzo |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 3rd day of March 2006, I caused to be served a true and correct copy of the foregoing, via first-class mail, postage prepaid on the following:

1. Michael Pollack, Esq.
   Law Offices of Babak Movahedi, PLLC
   1700 Q. Street, N.W.
   Washington, D.C. 20009

2. Joseph DeGance, Esq.
   3471 N. Federal Highway
   Suite 300
   Fort Lauderdale, FL 33306

3. Michael A. Dymersky, Esq.
   Furey, Doolan & Abell, LLP
   8401 Connecticut Avenue
   Suite 1100
   Chevy Chase, MD 20815

/s/ Jeremy S. Simon
Jeremy S. Simon