IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P., | : |
| *Plaintiff,* | : |
| v. | : Case No.: 1:05CV02420 |
| GIUSEPPE LENZO, individually; GIUSEPPE LENZO, as Trustee of The Virginia Lenzo Trust; GIUSEPPE LENZO, as Trustee of The Tindaro Lenzo Trust; NUNZIATA LENZO ROMANO; and JANE DOE, as Personal Representative of Estate of Virginia Di Perna Lenzo, | : Judge Emmet G. Sullivan<br>: Deck Type: General Civil<br>: Date Stamp: 01/12/2006 |
| *Defendants.* | : |

## *PRAECIPE*

THE CLERK WILL PLEASE TAKE NOTICE of the accompanying Supplemental Affidavit of Giuseppe Lenzo, filed herewith in further support of Mr. Lenzo's Motion to Dismiss [Paper No. 16].

Respectfully submitted,

By: _____/s/_____
Joseph DeGance, *Pro Hac Vice*
3471 N. Federal Highway
Suite 300
Fort Lauderdale, Florida 33306
Tel: (954) 566-1531
Fax: (954) 566-2382
Email: jldegance@hotmail.com

*Attorney for Defendant*
*GIUSEPPE LENZO*

                    /s/
Michael A. Dymersky
D.C. Bar #370593
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland 20815
Tel: (301) 652-6880
Fax: (301) 652-8972
Email: mdymersky@fdalaw.com

*Local Counsel for Defendant*
*GIUSEPPE LENZO*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of March 2006, copies of the foregoing were served by filing with the Court's CM/ECF System upon the following: Jeremy S. Simon, Esquire, Thompson, Loss & Judge LLP, 1919 Pennsylvania Avenue, N.W., Suite M-200, Washington, D.C., 20006, Babak Movahedi, Esquire, 1700 Q Street, N.W., Washington, DC 20009, and Michael J. Pollack, Esquire, Cohen & Buckley, LLP, 1301 York Road, Suite 706, Baltimore, MD 21093.

                    /s/
Michael A. Dymersky