STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME the undersigned authority having personally appeared GIUSEPPE LENZO, and first being duly sworn, deposes and states:

1. In the affidavit dated February 21, 2006 stated truly that he was a citizen of the Republic of Italy. That is the country of affiant's birth and Italian is affiant's first language.

2. When I made that statement I was not asked whether I was a citizen of the United States of America as well. Affiant is also a citizen of the United States as of 1966.

3. Affiant does own residential property in the State of Florida located at 8925 Collins Ave. Apt 3C, Surfside (Miami Beach ), Florida. That location is a vacation home only as the Affiant moved back to Italy as previously stated in November 2000.

4. Unknown to the affiant and without affiant's permission, affiant's wife, Patrizia Lenzo, made claim of Homestead Exemption under the laws of the State of Florida in the year 2005 for the tax year of 2004 in an attempt to ultimately reduce the real estate taxes on affiant's apartment. It is not known whether said wife signed her own name or that of affiant. Affiant is making inquiry in writing of the property tax department to get a copy of the application. Since speaking with affiant's attorney and understanding that a homestead exemption is only to be made by one claiming permanent residency, affiant has cancelled said Homestead Status and no longer has said status.

5. Affiant has never claimed homestead for said property which was purchased on or about July 17, 1995. Affaint has claimed homestead for property in Washington DC in 2003 or 2004 and has not changed that status as yet although Affiant intends to change that status as well..

6. As a citizen of the United States of America affiant has never participated in any election.

GIUSEPPE LENZO

SWORN TO AND SUBSCRIBED before me this 6th day of March 2006 by GIUSEPPE LENZO who produced an Italian Passport as identification or who is personally known to me and who did take an oath.

Notary Public

JOSEPH LAMONTE DEGANCE
MY COMMISSION # DD502140
EXPIRES: Feb. 8, 2010
(407) 398-0153   Florida Notary Service.com