IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>*Plaintiff,*<br><br>v.<br><br>GIUSEPPE LENZO, individually;<br>GIUSEPPE LENZO, as Trustee of<br>The Virginia Lenzo Trust;<br>GIUSEPPE LENZO, as Trustee of<br>The Tindaro Lenzo Trust;<br>NUNZIATA LENZO ROMANO;<br>and JANE DOE, as Personal<br>Representative of Estate of Virginia<br>Di Perna Lenzo,<br><br>*Defendants.* | Case No.: 1:05CV02420<br>Judge Emmet G. Sullivan<br>Deck Type: General Civil<br>Date Stamp: 01/12/2006 |

## ***PRAECIPE***

THE CLERK WILL PLEASE TAKE NOTICE of the accompanying Declaration of Zanon Adriano, filed herewith in further support of Mr. Lenzo's Motion to Dismiss [Paper No. 16].

                                                      Respectfully submitted,

By: _____/s/_____
    Joseph DeGance, *Pro Hac Vice*
    3471 N. Federal Highway
    Suite 300
    Fort Lauderdale, Florida 33306
    Tel: (954) 566-1531
    Fax: (954) 566-2382
    Email: jldegance@hotmail.com

    *Attorney for Defendant*
    *GIUSEPPE LENZO*

>                                /s/
> Michael A. Dymersky
> D.C. Bar #370593
> Furey, Doolan & Abell, LLP
> 8401 Connecticut Avenue
> Suite 1100
> Chevy Chase, Maryland 20815
> Tel: (301) 652-6880
> Fax: (301) 652-8972
> Email: mdymersky@fdalaw.com
>
> *Local Counsel for Defendant*
> *GIUSEPPE LENZO*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March 2006, copies of the foregoing were served by filing with the Court's CM/ECF System upon the following: Jeremy S. Simon, Esquire, Thompson, Loss & Judge LLP, 1919 Pennsylvania Avenue, N.W., Suite M-200, Washington, D.C., 20006, Babak Movahedi, Esquire, 1700 Q Street, N.W., Washington, DC 20009, and Michael J. Pollack, Esquire, Cohen & Buckley, LLP, 1301 York Road, Suite 706, Baltimore, MD 21093.

>                /s/
> Michael A. Dymersky