# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

WASHINGTON SQUARE LIMITED

PARTNERSHIP, R.L.L.P.,

    *Plaintiff*,

v.

GIUSEPPE LENZO, individually;

GIUSEPPE LENZO, as Trustee of

  The Virginia Lenzo Trust;

GIUSEPPE LENZO, as Trustee of

  The Tindaro Lenzo Trust;

NUNZIATA LENZO ROMANO;

and

JANE DOE, as Personal

  Representative of Estate of Virginia

  Di Perna Lenzo,

    *Defendants*.

Case No.: 1:05CV02420

Judge Emmet G. Sullivan

Deck Type: General Civil

Date Stamp: 01/12/2006

## DECLARATION OF ZANON ADRIANO

Zanon Adriano declares as follows:

1.      That my name is Zanon Adriano.  I am over eighteen years of age, I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would testify to the following under oath or affirmation:

2.      Declarant resides at Ctra. Vittoria Veneto 17 (Vicenza, Italia), and his professional address is Corso Padova W43 -- Vincenza, Italia. Declarant is a medical doctor licensed to practice medicine in the country of Italy. Declarant is a general medical practitioner. Declarant is a citizen of the Republic of Italy, and does not hold dual citizenship.

3.  I am Giuseppe Lenzo's personal physician and I have known him since at least 2000.

4.  During the month of November 2000, Giuseppe Lenzo moved from South Florida back to Italy with the intention of establishing his domicile in Italy. Giuseppe Lenzo lived at first to the City of Biella, and then he moved to Vicenza towards the end of 2002, with the intent to reside there in Vicenza permanently. Guiseppe Lenzo is an Italian citizen holding an Italian passport, and now resides at Contra Do Rode #41 36100 Vicenza, Italy.

5.  While living in the city of Vicenza, I regularly saw Giuseppe Lenzo, Virginia DiPerna Lenzo, his mother, and Tindaro Lenzo, his father, on a regular professional basis at least twice a month through the end of 2003, and more frequently beginning in 2004.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration is executed by me this 13th day of March, 2006.

_____
Zanon Adriano

STATE OF MARYLAND
COUNTY OF MONTGOMERY

On this 13th day of March, 2006, before me, the undersigned officer duly authorized in the aforesaid jurisdiction to take acknowledgments, personally appeared Zanon Adriano, known to me to be the person whose name is subscribed to the foregoing document and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

My commission expires:                    _____
                                          Notary public

March 1, 2008