IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON SQUARE LIMITED
PARTNERSHIP, R.L.L.P.,

    *Plaintiff,*

v.

GIUSEPPE LENZO, individually;
GIUSEPPE LENZO, as Trustee of
The Virginia Lenzo Trust;
GIUSEPPE LENZO, as Trustee of
The Tindaro Lenzo Trust;
NUNZIATA LENZO ROMANO;
and JANE DOE, as Personal
Representative of Estate of Virginia
Di Perna Lenzo,

    *Defendants.*

Case No.: 1:05CV02420
Judge Emmet G. Sullivan
Deck Type: General Civil
Date Stamp: 01/12/2006

## *PRAECIPE*

THE CLERK WILL PLEASE TAKE NOTICE of the accompanying Affidavits of Nidia Gantus and Gian Piero Vergelli filed herewith in further support of Mr. Lenzo's Motion to Dismiss [Paper No. 16].

Respectfully submitted,

By: _____/s/_____
Joseph DeGance, *Pro Hac Vice*
3471 N. Federal Highway
Suite 300
Fort Lauderdale, Florida 33306
Tel: (954) 566-1531
Fax: (954) 566-2382
Email: jldegance@hotmail.com

*Attorney for Defendant*
*GIUSEPPE LENZO*

FDADB/66845/1/7692/01 3/13/2006 2:05 PM

/s/
Michael A. Dymersky
D.C. Bar #370593
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland 20815
Tel: (301) 652-6880
Fax: (301) 652-8972
Email: mdymersky@fdalaw.com

*Local Counsel for Defendant*
*GIUSEPPE LENZO*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March 2006, copies of the foregoing were served by filing with the Court's CM/ECF System upon the following: Jeremy S. Simon, Esquire, Thompson, Loss & Judge LLP, 1919 Pennsylvania Avenue, N.W., Suite M-200, Washington, D.C., 20006, Babak Movahedi, Esquire, 1700 Q Street, N.W., Washington, DC 20009, and Michael J. Pollack, Esquire, Cohen & Buckley, LLP, 1301 York Road, Suite 706, Baltimore, MD 21093.

/s/
Michael A. Dymersky