# Affidavit

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME the undersigned personally appeared Nidia Gantus and having been first duly sworn, deposes and states:

1. Affiant is Nidia Gantus. The affiant is the building manager located at 8925 Collins Ave., Surfside, Florida. Affiant began this position in the year 2001.

2. Affiant knows Giuseppe Lenzo and knows he owns apartment 3C in the same building as set forth in #1 above.

3. Affiant knows of her own knowledge that since affiant has been building manager Giuseppe Lenzo uses the apartment for brief periods and it is not his primary residence.

FURTHER AFFIANT SAYETH NOT.

Sworn to and Subscribed before me this    March 2006 and used the following for identification:

State Florida
Miami Dade City

Notary Public
3/14/06

Victor Moran
My Commission DD237036
Expires July 31, 2007