## Affidavit in support of Giuseppe Lenzo

STATE OF FLORIDA
COUNTY OF BROWARD

BEFORE ME the undersigned personally appeared Gian Piero Vergelli and having been first duly sworn, deposes and states:

1. Affiant is Gian Piero Vergelli. The affiant is retired as an engineer in the aero space industry with a degree in physics. Affiant's residence is 9511 Collins Ave., Surfside, Florida 33154. Affiant lives close to the apartment owned by Giuseppe Lenzo (about two or three blocks). His apartment is located at 8925 Collins Ave. Apt 3C Surfside, Florida.

2. Affiant is a neighbor and friend of Giuseppe Lenzo and knew him before the year 2000.

3. Affiant knows of his own knowledge that Giuseppe Lenzo moved back to Italy in the latter part of 2000.

4. Affiant knows that Giuseppe Lenzo comes back to his apartment in Miami-Dade and stays only for brief periods. This apartment is not Giuseppe Lenzo's primary residence.

FURTHER AFFIANT SAYETH NOT.

_____
Gian Piero Vergelli

Sworn to and subscribed before me this /0 day of March 2006 and who was known to the notary or presented the following as identification. Passport # 700728450 U.S.A.

_____
Notary Public

Victor Moran
My Commission DD237036
Expires July 31, 2007