IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.**,

    Plaintiff,

vs.

**GIUSEPPE LENZO**, individually;
**GIUSEPPE LENZO**, as Trustee of
The Virginia Lenzo Trust;
**GIUSEPPE LENZO**, as Trustee of
The Tindaro Lenzo Trust;
**NUNZIATA LENZO ROMANO**;
and **JANE DOE**, as Personal
Representative of Estate of Virginia
Di Perna Lenzo,

    Defendants.
_____/

CASE NO.: 1:05CV02420
JUDGE: Emmet G. Sullivan
DECK TYPE: General Civil
DATE STAMP: 01/12/2006

## PROPOSED ORDER

This matter came before the Court upon the Motion of Defendant NUNZIATA LENZO ROMANO for leave to file a Cross-Claim against Defendant GIUSEPPE LENZO. Upon consideration of Defendant NUNZIATA LENZO ROMANO's Motion and the Points and Authorities in Opposition to such Motion filed by Defendant GIUSEPPE LENZO, it is

    ORDERED AND ADJUDGED that Defendant NUNZIATA LENZO ROMANO's Motion for leave to file a Cross-Claim against Defendant GIUSEPPE LENZO be, and the same hereby is DENIED.

    IT IS SO ORDERED.

- 2 -

_____
United States District Judge

Notice to:

Jeremy S. Simon, Esq.
THOMPSON, LOSS & JUDGE LLP
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Michael J. Pollack, Esq.
COHEN & BUCKLEY, LLP
1301 York Road
Suite 706
Baltimore, MD 21093

Babak Movahedi, Esq.
1700 Q Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esq.
3471 N. Federal Highway
Suite 300
Fort Lauderdale, Florida 33306

Michael A. Dymersky, Esq.
FUREY, DOOLAN & ABELL, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland 20815