IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.,<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

**DECLARATION OF JEREMY S. SIMON**

I, Jeremy S. Simon, declare as follows:

1. I am counsel of record for the Plaintiff in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of a letter dated March 7, 2006, from the Department of Property Appraisal for Miami-Dade County, Florida, submitted in response to a subpoena issued by the Plaintiff in this matter.

3. Attached hereto as Exhibit B is a true and correct copy of a 2006 Property Tax Exemption Application form obtained from the web-site of the Department of Property Appraisal for Miami-Dade County, Florida.

4. Attached hereto as Exhibit C is a true and correct copy of information regarding the application process for "homestead exemption" obtained from the web-site of the Department of Property Appraisal for Miami-Dade County, Florida.

5. Attached hereto as Exhibit D is a true and correct copy of a Certification of Registration received from the Supervisor of Elections for Miami-Dade County, Florida.

6. Attached hereto as Exhibit E is a true and correct copy, with redactions of information relating to social security numbers, of excerpts of a report on Giuseppe Lenzo prepared by Capitol Process Service on December 9, 2005, in connection with this matter.

7. Attached hereto as Exhibit F is a true and correct copy of a letter, dated February 28, 2006, from the undersigned to counsel for Giuseppe Lenzo.

8. Attached hereto as Exhibit G is a true and correct copy of a letter dated December 6, 2005, received from counsel for Nunziata Lenzo Romano. This letter also was attached to the complaint in this matter.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge, information and belief. Executed on March 23, 2006, in the District of Columbia.

_____
Jeremy S. Simon

2