**EXHIBIT "A"**



**MIAMI-DADE COUNTY
DEPARTMENT OF PROPERTY APPRAISAL
PUBLIC SERVICE SECTION**

Thompson, Loss & Judge, LLP
C/O Jeremy Simon
1919 Pennsylvania Avenue, NW, # M-200
Washington, DE 20006-3458

Date: 3/7/06

Re: FOLIO  14 2235 030 0240  PROP ADDR  8925 COLLINS AVE        3C
Current Owner of record: Giuseppe Lenzo

Dear Mr. Jeremy Simon:

Pursuant to the faxed subpoena received 2/28/06-requesting production of records regarding the homestead application filed on the above-described parcel, the following information is provided below:

According to Florida Statutes, section 193.074, 193.114 and 201.022 the homestead application itself is considered confidential and exempt from the provisions of Chapter 119.07, Florida Statutes. Therefore in order to produce a copy of the homestead application, a court order or a letter of authorization signed by owner will need to be submitted for review.

However, I have enclosed certified public records (printouts) from this department for your review. These documents reflect current owner of record is Giuseppe Lenzo with a 2005 tax year granted homestead exemption. In addition our records reveal Mr. Giuseppe Lenzo filed and signed a 2005 tax year homestead application on February 3rd, 2005, with a move in date reflecting October 1st, 2004 on the above-described parcel.

The 2006-homestead application reflecting on our web site www.miamidade.gov in reference to **section Box G** noted on application - is the same written language within the 2005 application filed. The homestead exemption on the above-described parcel would have continued automatically to the 2006 tax roll if Mr. Lenzo hadn't requested to cancel the exemption. Our records reflect Mr. Giuseppe Lenzo and his wife came to this office on March 3rd, 2006 not prior to this date, to cancel the exemption on the above property, at the same time March 3rd, 2006 he requested in writing to remove the 2005 exemption. If you have any questions, or need further assistance please call me at (305) 375-2480.

Sincerely,

Ms. Julie Almeida
Supervisor
Miami-Dade Property Appraiser Department

THIS IS A TRUE COPY OF THE RECORDS
ON FILE IN THE OFFICE OF THE
METROPOLITAN DADE COUNTY PROPERTY APPRAISER
BY

03/07/2006        * * *    **PUBLIC VALUE INQUIRY**  * * *                **PTXM0186**

FOLIO  14 2235 030 0240      PROP ADDR  8925 COLLINS AVE              3C
                                                                     MCD  1400

        NAME AND LEGAL                        VALUE HISTORY
GIUSEPPE LENZO                    YEAR        2004        2005    03/06/2006
                                  LAND
VIA I STELLA C P N 62             BLDG
36011 ARSIERO (VI) ITALY          MARKET      291150      349380
                   999999999      =======================================
MIRAGE CONDO                      ASSESS      291150      349380
UNIT 3C                           HEX                     25000
UNDIV 0.00871 %                   WVDB
INT IN COMMON ELEMENTS            TOT EX
OFF REC 16853-0710                TAXABLE     291150      324380
OR 16880-2498 0795 1
                                  STATE EXEMPT:

                                  SALE DATE  07/1995      SALE AMT     250000
                                  SALE TYPE  1     I/V  I SALE O/R  16880-2498

PF1-MORE LEGAL PF2-PARCEL INFO PF3-FOL SRCH PF5-TAX COLL PF7-PREV OWNER PF8-MENU
                                            **PF13-OCCUP LIC**

C/O Jermy Simon

THIS IS A TRUE COPY OF THE RECORDS
ON FILE IN THE OFFICE OF THE
METROPOLITAN DADE COUNTY PROPERTY APPRAISER

* * *   PARCEL INFORMATION * * *

PTXM0187

FOLIO  14 2235 030 0240      PROPERTY ADDRESS  8925 COLLINS AVE          3C

CLUC  CONDOMINIUM - RESIDENTIAL          SLUC  RESIDENTIAL - TOTAL VALUE

PRI ZONE  HOTELS & MOTELS - GENERAL      SEC ZONE

LOT SIZE                    SQ FT        YEAR BLT  1995

EXTRA FEA  NO XF                         LIVING UNITS        1

BEDROOM        2                         BATH        2              1/2 BATH

ADJ SQFTG          1480                  NO FLOORS

ZONING RESOLUTION                        LEASE AREA SQFTG


LOC CODE  INTERIOR - OBSTRUCTED VIEW     SD

ENTER - VALUE INQUIRY              PF8 - MENU

THIS IS A TRUE COPY OF THE RECORDS
ON FILE IN THE OFFICE OF THE
METROPOLITAN DADE COUNTY PROPERTY APPRAISER
RD

c/o
Jeromy Simon

# EXHIBIT "B"

MIAMI-DADE COUNTY

# Property Tax Exemption Application 2 0 0 6

Check all Exemptions that apply. See Exemption Requirements for eligibility.

**FILING DEADLINE MARCH 1**

FOLIO

Owner's Name _____

Property Address _____

City & Zip _____

Legal Description: _____

Date of Deed _____  Book _____  Page _____

## BOX A

**Start here then go ➜**

Applicant/Owner Name _____

Florida Driver's License or Florida ID NUMBER _____

Florida Voter's or Auto Tag NUMBER _____

**Birth Date** ☐☐☐☐

**Issue Date** ☐☐☐☐

**Issue Date** ☐☐☐☐

## BOX B

**Continue ➜**

Complete your Social Security Number ☐☐☐☐

Complete your previous address _____

**Marital Status**

Circle one of the following:

Single
Married
Divorced
Separated
Widow/Widower

Date you moved into the property: ☐☐☐☐

Date you became a permanent Resident of Florida: ☐☐☐☐

Did you receive Homestead Exemption at this address?

YES    NO

**HOMESTEAD EXEMPTION**
☐ **$25,000 Exemption**
Complete A B & G

**WIDOW/WIDOWER EXEMPTION**
☐ **$500 Exemption**
Complete A B C & G

**SENIOR EXEMPTION**
☐ **Senior Citizen Exemption**
Complete A B E F & G

**DISABILITY EXEMPTIONS**
☐ **$500 CIVILIAN or Blind Persons Disability**
Complete A B D & G

☐ **$5,000 VETERAN**
Complete A B D & G

☐ **Total & Permanent VETERAN**
Complete A B D & G

☐ **Total & Permanent Civilian**
Complete A B D & G

See instructions for more information.

Are you a U.S. Citizen? (Circle which applies)

YES        NO

If NO, then Complete Green Card Number & Issue Date

A _____

**A COPY OF THE GREEN CARD, FRONT AND BACK MUST BE SUBMITTED WITH THIS APPLICATION**

Issue Date ☐☐☐☐

**Now go to BOX B**

Complete your Spouse's or additional residing owner's Name & Social Security Number ☐☐☐☐

Complete your Spouse's or other residing owner's previous address _____

For additional owners, please attach an additional sheet detailing their information

## BOX C (WIDOW/WIDOWER)

Attach a Copy of the **Death Certificate** and mail with this application

## BOX D (ALL DISABILITIES)

Indicate the type of disability: Circle or write your response

Quadriplegia      Hemiplegia      Service-Connected Disabled Veteran

Paraplegia      Legally blind      Other: _____

**TURN OVER & SIGN!**

S09.02.31 10/04

## BOX E (SENIOR EXEMPTION)

Attach Additional Sheets, if necessary

| | Indicate whether each person listed to the left files a Federal Income Tax Return? (Circle which applies) | Birth date of each household member: |
|---|---|---|
| 1 Applicant | YES     NO | Month    Day    Year |
| 2 Household Member | YES     NO | Month    Day    Year |
| 3 Household Member | YES     NO | Month    Day    Year |

You **DO NOT** need to submit your Federal Income Tax Return unless you are asked to by this office

## BOX F (INCLUDE INCOME FOR ALL RESIDING OWNERS)

| | | | | |
|---|---|---|---|---|
| Earned Income | $ | Income From Pensions | $ | |
| Taxable Investment Income | $ | Income From Trust Funds | $ | |
| Interest Income | $ | Capital Gains (losses) | $ | |
| Rents | $ | Taxable Veterans Administration Benefits | $ | |
| Royalties | $ | Other (specify) | $ | |
| Dividends | $ | | | |
| Annuities | $ | **Total Household Income For All Household Members** | $ | |
| Social Security Benefits | $ | | | |
| Income From Retirement Plans | | **OR Adjusted Gross Income Per All Income Tax Returns** | $ | |

## BOX G

**Social Security Disclosure Note:** Disclosure of your social security number is mandatory. It is required by section 196.011, Florida Statutes. The social security number will be used to verify taxpayer identity, homestead exemption information submitted to property appraisers, and intangible tax information submitted to the Department of Revenue.

**I understand that section 196.131 (2) Florida Statutes** provides that any person that shall knowingly give false information for the purpose of claiming homestead exemption is guilty of a misdemeanor of the first degree, punishable by a term of imprisonment not exceeding 1 year or a fine not exceeding $5,000 or both. Further, under penalties of perjury, I declare that I have read the foregoing application and the facts in it are true.

**I hereby authorize this agency to obtain information, from utility companies or any other source,** necessary to determine my eligibility for the exemption(s) applied for. If all information is not received by March 1st, my application will be processed for whatever exemptions I qualify for on that date.

**I hereby make application for the exemptions indicated** and affirm that I do qualify for the same under Florida Statutes. I am a permanent resident of the State of Florida and I own and occupy the property described above.

**I understand** that if I file this application before January 1 of the year for which I am applying and subsequently move out of the property before January 1, then I will notify the Property Appraiser's Office promptly as required by law.

**I also certify** that if filing for the additional Senior Citizen Exemption that I am at least 65 years of age as of January 1st of the year for which this exemption is applied and the total prior year adjusted gross income of all persons residing, excluding renters and boarders, on the property as of January 1st does not exceed statutory limits (see filing instructions).

**Notice: A Tax Lien can be imposed on your property pursuant to Section 196.161, Florida Statutes. Section 196.161 (1) provides:** (1)(a) When the estate of any person is being probated or administered in another state under allegation that such person was a resident of that state and the estate of such person contains real property situate in this state upon which homestead exemption has been allowed pursuant to s. 196.031 for any year or years within 10 years immediately prior to the death of the deceased, then within 3 years after the death of such person the property appraiser of the county where the real property is located shall, upon knowledge of such fact, record a notice of tax lien against the property among the public records of that county, and the property shall be subject to the payment of all taxes exempt thereunder, a penalty of 50 percent of the unpaid

taxes for each year, plus 15 percent interest per year, unless the circuit court having jurisdiction over the ancillary administration in this state determines that the decedent was a permanent resident of this state during the year or years an exemption was allowed, whereupon the lien shall not filed or, if filed, shall be canceled of record by the property appraiser of the county where the real estate is located. (b) In addition, upon determination by the property appraiser that for any year or years within the prior 10 years a person who was not entitled to a homestead exemption was granted a homestead exemption from ad valorem taxes, it shall be the duty of the property appraiser making such determination to serve upon the owner a notice of intent to record in the public records of the county a notice of tax lien against any property owned by that person in the county, and such property shall be identified in the notice of tax lien. Such property which is situated in this state shall be subject to the taxes exempted thereby, plus a penalty of 50 percent of the unpaid taxes for each year and 15 percent interest per annum. However, if a homestead exemption is improperly granted as a result of a clerical mistake or omission by the property appraiser, the person improperly receiving the exemption shall not be assessed penalty and interest. Before any such lien may be filed, the owner so notified must be given 30 days to pay the taxes, penalties, and interest.

**WILL SUBMIT: (OFFICE USE ONLY)**

Signature X _____  Date _____

Signature X _____

Daytime Phone Number _____  Deputy _____

E-mail _____

**EXHIBIT "C"**

## Property Appraiser

Search 



**Property Appraiser - Home**

Main Menu

What's New

FAQ

Property Search

Real Property

Public Info

Personal Property

Exemptions

Important Dates

Agricultural Classification

Seniors

Forms

Related Links

Glossary

Tax Estimator

Amendment 10

Millage Tables

Resident    Visitor    Business    Employee    Governme

### $25,000 Homestead Exemption

Every U.S. citizen or legal resident that has legal or equitable title to real property in the State of Florida and who resides thereon and in good faith makes it their permanent home as of January 1st, is entitled to this exemption.

Applicants are required to furnish their social security number, and shoul have available evidence of ownership such as warranty deed or a tax bill in your name. If property is held jointly by husband and wife, either party may come in to apply for exemption. If filing an application for exemption be prepared to provide two proofs of Florida residency dated prior to January 1st from the following list:

| If you own a car: | If you do not own a car: (any two o the following) |
|---|---|
| Florida Driver's License | Florida Voters registration |
| Florida automobile registration (License tag number) in your name | Florida Intangible Tax Return |
|  | Children School Records and/or a moving van receipt |
|  | Letter of recommendation from your doctor, or employer |

**Social Security Number**:

For the 2000 tax year and subsequent tax rolls a Social Security Number will be <u>required</u> to file, and to maintain your current Homestead Exemption.

The Florida Legislature has changed Florida Statutes to now require Property Appraisers statewide to obtain and maintain social security numbers for all residing property owners who receive a homestead exemption.

This law (reference Chapter 196.011, Florida Statutes), provides that social security numbers are required for all homestead exemptions for th year 2000 assessment roll and thereafter and must be submitted to the Department of Revenue as part of the tax roll approval process.

**Important: your social security number will be kept <u>confidential</u> by the property appraiser's office.**

Social security numbers are confidential and exempt from state public records laws. Unauthorized disclosure of this information is subject to civ and criminal penalties. Copies of any documents containing the numbers

which are provided for public inspection must exclude the social security numbers.

The purpose of this law is to provide a means to ensure that the homestead exemption is fairly and equitably applied to all Florida citizens. The large number of vacation homes and visitors in Florida makes it difficult to determine whether an application meets statutory requirements. The use of the social security number will help ensure that only those citizens entitled to the exemption will receive it.

Click on these link for details on: **Where to File**, **Application Requirements** and **Filing Instructions\*** for Homestead Exemptions.
\***English** | **Español** | **Kreyol**

Back to Exemptions Page

Date Last Edited : Thu Mar 2 13:59:57 2006

Property Appraiser - Home | What's New | FAQ | Property Search | Real Property | Public Info | Personal Property | Exemptions | Important Dates | Agricultural Classification | Seniors | Forms | Related Links | Glossary | Tax Estimator | Amendment 10

Home | Using Our Site | About | Phone Directory | Privacy | Disclaimer

E-mail your comments, questions and suggestions to Webmaster

Web Site
© 2006 Miami-Dade County.
All rights reserved.

# Property Appraiser

Search  . . .

<span>●</span> Property Appraiser - Home

## Main Menu

What's New

FAQ

Property Search

Real Property

Public Info

Personal Property

Exemptions

Important Dates

Agricultural Classification

Seniors

Forms

Related Links

Glossary

Tax Estimator

Amendment 10

Millage Tables

<span>●</span> Resident <span>●</span> Visitor <span>●</span> Business <span>●</span> Employee <span>●</span> Governme

## Exemptions


**Homestead exemption deadline!!** **March 1**

**Important Information affecting your Homestead Exemption.**

Click here for the latest news and information.
(English,Español and Creole)

---

**Special Notice:**

The Limited Income Senior Citizen Exemption article on our Exemption newsletter we mailed December 28, 2005, incorrectly lists the adjusted gross income lines for IRS 1040 and 1040 A. The correct adjusted gross income lines for 2005 IRS forms are as follows:

1040 -  adjusted gross income line is 37
1040 A -  adjusted gross income line is 21
1040 EZ-  adjusted gross income line is 4

We apologize for any inconvenience this may have caused you.

---

### State of Florida

Property Tax Exemption Eligibility Criteria

**When to file:**  Applications for all exemptions may be made anytime up to March 1 of the tax year.  The Homestead Exemption will be automatically renewed annually until the property is sold or until the property is no longer the primary residence. If you purchase a residence after January 1st, you typically inherit the previous owner's homestead exemption if they were entitled to it. You will be required to file a new application for homestead exemption in the subsequent year. Your homestead exemption does not transfer from your previous property to your new property. Failure to apply by March 1 of the tax year constitutes a waiver of the exemption privilege for that year.  The Property Appraiser has the option of accepting applications after March 1, but they will be held for use the following year.

**Where to file:  You may apply for your Exemption(s) by mail, the form may be downloaded here**. Where to file in person:**Sites**

**Property Owner's Responsibility:**  Florida Law prescribes that it is the duty of the owner of any property to notify the Property Appraiser promptly, whenever the use of the property or the status or condition of the owner changes, so as to change the exempt status of the

property. <u>Click here</u> to download the form.

If any owner fails to so notify the Property Appraiser and the Property Appraiser determines that for any year within the prior ten years the owner was not entitled to receive such exemption, the property shall be subject to the taxes exempted as a result of such failure, plus 15 percent interest per annum, and a penalty of 50 percent of the taxes exempted. Reference Sec.196.131 and 196.161, F.S.

**Exemption Types**: (Click on an exemption for details)

<u>Homestead Exemption</u>

❯ **<u>Homestead Exemption Requirements</u>**

    Click on these link for details on: **Where to File**, **Application Requirements** and **Filing Instructions*** for Homestead Exemptions.
***<u>English</u> | <u>Español</u> | <u>Kreyol</u>**

❯ **Homestead Exemption Application (PDF)**

❯ **<u>Senior Citizen Exemption</u>**

❯ **<u>Widow's Exemption</u>**

❯ **<u>Widower's Exemption</u>**

❯ **<u>$500 Disability Exemption</u>**

❯ **<u>$5,000 Veterans Disability Exemption</u>**

❯ **<u>Granny Flat Exemption</u>**

❯ **<u>Blind Person's Exemption</u>**

❯ **<u>Service-Connected Total and Permanent Disability</u>**

❯ **<u>Totally and Permanently Disabled Persons Exemption</u>**

❯ **<u>Institutional Exemptions</u>**

❯ **<u>Exemption Cancellation form</u>**



**If you cannot view PDF files, you can download <u>Acrobat Reader</u> for free from Adobe Systems, Inc. In order to use PDF files, you must have Acrobat installed on your computer.**

Date Last Edited : Wed Mar 1 10:37:27 2006

<u>Property Appraiser - Home</u> | <u>What's New</u> | <u>FAQ</u> | <u>Property Search</u> | <u>Real Property</u> | <u>Public Info</u> | <u>Personal Property</u> | <u>Exemptions</u> | <u>Important Dates</u> | <u>Agricultural Classification</u> | <u>Seniors</u> | <u>Forms</u> | <u>Related Links</u> | <u>Glossary</u> | <u>Tax Estimator</u> | <u>Amendment 10</u>

<u>Home</u> | <u>Using Our Site</u> | <u>About</u> | <u>Phone Directory</u> | <u>Privacy</u> | <u>Disclaimer</u>

E-mail your comments, questions and suggestions to <u>Webmaster</u>

Web Site
© 2006 Miami-Dade County.

All rights reserved.

**Property Appraiser**

Search 

🌐 Property Appraiser - Home

🌐 Resident  🌐 Visitor 🌐  Business 🌐 Employee 🌐 Governme

**Main Menu**

What's New

FAQ

Property Search

Real Property

Public Info

Personal Property

Exemptions

Important Dates

Agricultural Classification

Seniors

Forms

Related Links

Glossary

Tax Estimator

Amendment 10

Millage Tables

### Homestead Exemption Requirements

When applying, please bring the following documents **in your name**, otherwise your application cannot be processed.

**\*\* You may now apply for your Exemption(s) by mail. The form may be downloaded** here**. \*\***

Note:  For the 2000 tax year and subsequent tax rolls a Social Security Number will be required to file and to maintain your current Homestead Exemption

Any **one** of the following **Proofs of Ownership**:

1.   Warranty Deed.
2.   Property Tax bill.
3.   Notice of Proposed Property Taxes.
4.   Homestead Exemption Automatic Renewal Receipt.
5.   Computer Public Value Inquiry printout.

🔺TOP

Any **two** of the following **Proofs of Florida Residence**:

1.   Driver's License
2.   Automobile Registration (not leased)
3.   Voter Registration
4.   1040 Income Tax Return filed in Florida or W-2 Form addressed in Florida
5.   Intangible Tax Return filed from Florida
6.   Florida Unemployment Compensation Registration
7.   Employment letter with Employer's letterhead
8.   Child School report card or School letter attesting child's registration
9.   Moving van receipt from another county or state
10.   Doctor's letter with Doctor's letterhead
11.   Church letter with Church letterhead
12.   SSA-1099 fiscal year Social Security Statement addressed in Florida

Also See Homestead Application Filing Instructions

Back to Exemptions Page

Date Last Edited : Fri Oct 1 08:29:14 2004

Property Appraiser - Home | What's New | FAQ | Property Search | Real
Property | Public Info | Personal Property | Exemptions | Important Dates |
Agricultural Classification | Seniors | Forms | Related Links | Glossary | Tax
Estimator | Amendment 10

Home | Using Our Site | About | Phone Directory | Privacy | Disclaimer

E-mail your comments, questions and suggestions to Webmaster

Web Site
© 2006 Miami-Dade County.
All rights reserved.

**EXHIBIT "D"**



**MIAMI-DADE COUNTY**

Elections
2700 NW 87th Avenue
Miami, Florida 33172
T 305-499-VOTE F 305-499-8547
TTY: 305-499-8480

miamidade.gov

ADA Coordination
Agenda Coordination
Animal Services
Art in Public Places
Audit and Management Services
Aviation
Building
Building Code Compliance
Business Development
Capital Improvements
Citizens' Independent Transportation Trust
Commission on Ethics and Public Trust
Communications
Community Action Agency
Community & Economic Development
Community Relations
Consumer Services
Corrections & Rehabilitation
Cultural Affairs
**Elections**
Emergency Management
Employee Relations
Empowerment Trust
Enterprise Technology Services
Environmental Resources Management
Fair Employment Practices
Finance
Fire Rescue
General Services Administration
Historic Preservation
Homeless Trust
Housing Agency
Housing Finance Authority
Human Services
Independent Review Panel
International Trade Consortium
Juvenile Services
Medical Examiner
Metro-Miami Action Plan
Metropolitan Planning Organization
Park and Recreation
Planning and Zoning
Police
Procurement Management
Property Appraisal
Public Library System
Public Works
Safe Neighborhood Parks
Seaport
Solid Waste Management
Strategic Business Management
Team Metro
Transit
Task Force on Urban Economic Revitalization
Vizcaya Museum And Gardens
Water & Sewer

# Certification of Registration

STATE OF FLORIDA)

COUNTY OF MIAMI-DADE)

I, LESTER SOLA , SUPERVISOR OF ELECTIONS of Miami-Dade County, Florida, do hereby certify that the following information is a true and correct copy of the voter registration record on file in this office for:

**Name:**                    LENZO, GIUSEPPE

**Date of Registration:**   11-24-2004

**Certification Number:**   02556887

**Status:**                  CANCELED    (by voter on 3/2/06 th)

**Address**                  8925 COLLINS AVE, UNIT #3C, SURFSIDE  FL 33154

**Precinct Number:**        9

**Sex:**                     M

**Race:**                    W

**Date of birth:**          07-23-1940

Witness my hand and

official seal at Miami,

Miami-Dade County, Florida

on March 6, 2006 .

LESTER SOLA
SUPERVISOR OF ELECTIONS
MIAMI-DADE COUNTY, FLORIDA

By

# EXHIBIT "E"

Comprehensive Report                                                    Page 1 of 16

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Comprehensive Report

**Comprehensive Report
Date:** 12/09/05

**Report processed by:**
Capitol Process Service
1827 18th Street NW
Washington, DC 20009-5526
(202) 667-0050 Main Phone
(202) 332-0741 Fax

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

### Subject Information

Name: GIUSEPPE P LENZO
Date of Birth: **07/23/1940**
Age: **65**
SSN: ▓▓▓▓▓▓ issued in **District of Columbia between 01/01/1957 and 12/31/1960**

### AKAs (Names Associated with Subject)

GIUSEPPE P LENZO
   DOB: 07/01/1940  Age: 65  SSN: ▓▓▓▓-xxxx
GIUSEPPE P LENZO
   DOB: 07/23/1940  Age: 65  SSN: ▓▓▓▓-xxxx
GILISEPPE LENZO
   DOB: 07/1940  Age: 65  SSN: ▓▓▓▓-xxxx
GILLSEPPE P LENZO
   DOB: 07/1940  Age: 65  SSN: ▓▓▓▓-xxxx
GIUSSEPPE LENZO
   DOB: 07/1940  Age: 65  SSN: ▓▓▓▓-xxxx
PIPPO P LENZO
   DOB: 07/23/1940  Age: 65  SSN: ▓▓▓▓-xxxx
PIPPO P LENZO
   DOB: 07/01/1940  Age: 65  SSN: ▓▓▓▓-xxxx
PIPPO P LENZO
   DOB: 07/23/1940  Age: 65  SSN: ▓▓▓▓-xxxx
GILLSEPPE L LENZO
   SSN:
LENZO GIUSEPPE
   DOB: 07/1940  Age: 65  SSN: ▓▓▓▓-xxxx
PIPPO LENZO GIUSEPPE
   DOB: 07/01/1940  Age: 65  SSN: ▓▓▓▓-xxxx

### Indicators

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **Yes**

### Address Summary

✔ 8925 COLLINS AVE APT 3C, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Jul 1995 - Oct 2005)
Phone at address: (305) 864-2404  **LENZO GIUSEPPE**
Neighborhood Profile (2000 Census)
Average Age: **42**   Median Household Income: **$55,441**   Median Home Value: **$203,000**   Average Years of Education: **15**

✔ 8925 COLLINS AVE # 3, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Jul 1995 - Jun 2005)
Phone at address: (305) 864-2404  **LENZO GIUSEPPE**
Neighborhood Profile (2000 Census)
Average Age: **42**   Median Household Income: **$55,441**   Median Home Value: **$203,000**   Average Years of Education: **15**

✔ 8925 COLLINS AVE APT 3L, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Dec 1996 - Jun 2005)
Phone at address: (305) 864-2404  **LENZO GIUSEPPE**
Neighborhood Profile (2000 Census)

Comprehensive Report                                                                 Page 2 of 16

Average Age: 42    Median Household Income: **$55,441**    Median Home Value: **$203,000**    Average Years of Education: 15

3409 BROAD BRANCH TER NW # TC, WASHINGTON DC 20008-2020, D.C. COUNTY (Jan 1975 - Oct 2005)
Neighborhood Profile (2000 Census)
Average Age: 47    Median Household Income: **$154,951**    Median Home Value: **$581,200**    Average Years of Education: 18

5149 LINNEAN TER NW APT B, WASHINGTON DC 20008-2049, D.C. COUNTY (Apr 1996 - Oct 2005)
Phone at address: (202) 244-5472  **NAHAS ALBERT G**
Neighborhood Profile (2000 Census)
Average Age: 47    Median Household Income: **$154,951**    Median Home Value: **$581,200**    Average Years of Education: 18

62 CP, ARSIERO DC 36011 ( 2005)
[No Data Available]

PO BOX 30316, TAMPA FL 33630-3316, HILLSBOROUGH COUNTY (Jul 1995 - 2002)
Neighborhood Profile (2000 Census)
Average Age: 40    Median Household Income: **$28,750**    Median Home Value: **$71,600**    Average Years of Education: 12

5149 LINNEAN TE B NW, WASHINGTON DC 20008, D.C. COUNTY (Apr 1996 - Oct 2000)
Neighborhood Profile (2000 Census)
Average Age: 40    Median Household Income: **$53,555**    Median Home Value: **$138,100**    Average Years of Education: 17

MIRAGE MIAMI BCH, SURFSIDE FL 33154, MIAMI-DADE COUNTY (Nov 1992 - Apr 2000)
Neighborhood Profile (2000 Census)
Average Age: 44    Median Household Income: **$38,021**    Median Home Value: **$93,700**    Average Years of Education: 14

8925 COLLINSAVEMIRAGE, MIAMI BEACH FL 33154, MIAMI-DADE COUNTY (Mar 2000)
Neighborhood Profile (2000 Census)
Average Age: 44    Median Household Income: **$38,021**    Median Home Value: **$93,700**    Average Years of Education: 14

8925 COLLINSAVEMIR, MIAMI BEACH FL 33154, MIAMI-DADE COUNTY (Feb 1999)
Neighborhood Profile (2000 Census)
Average Age: 44    Median Household Income: **$38,021**    Median Home Value: **$93,700**    Average Years of Education: 14

UNIT B, WASHINGTON DC 20008, D.C. COUNTY (Jun 1997)
Neighborhood Profile (2000 Census)
Average Age: 40    Median Household Income: **$53,555**    Median Home Value: **$138,100**    Average Years of Education: 17

5149 KINNEAN B TE # B, WASHINGTON DC 20005, D.C. COUNTY (Mar 1997)
Neighborhood Profile (2000 Census)
Average Age: 36    Median Household Income: **$28,409**    Median Home Value: **$151,100**    Average Years of Education: 14

3409 BROAD BRANCH TER NW # TE, WASHINGTON DC 20008-2020, D.C. COUNTY (Oct 1995)
Neighborhood Profile (2000 Census)
Average Age: 47    Median Household Income: **$154,951**    Median Home Value: **$581,200**    Average Years of Education: 18

3509 BROAD BRANCH TER, WASHINGTON DC 20008, D.C. COUNTY (Oct 1992 - Dec 1992)
Neighborhood Profile (2000 Census)
Average Age: 40    Median Household Income: **$53,555**    Median Home Value: **$138,100**    Average Years of Education: 17

3509 BROAD BRANCH TE, WASHINGTON DC 20008, D.C. COUNTY (Oct 1992)
Neighborhood Profile (2000 Census)
Average Age: 40    Median Household Income: **$53,555**    Median Home Value: **$138,100**    Average Years of Education: 17

VIA T GALIMBERT, DELPHI FALLS NY 13051, ONONDAGA COUNTY (Feb 1985 - Apr 1986)

Comprehensive Report                                                                                    Page 9 of 16

Neighborhood Profile (2000 Census)
Average Age: 34   Median Household Income: $45,958   Median Home Value: $98,300   Average Years of Education: 14

1744 L ST NW, WASHINGTON DC 20036-5406, D.C. COUNTY (Jan 1983 - Apr 1986)
Neighborhood Profile (2000 Census)
Average Age: 0   Median Household Income: $0   Median Home Value: $0   Average Years of Education: 0

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
   [None Found]

## Comprehensive Report Summary: (Click on Link to see detail)
   Bankruptcies:
     None Found
   UCC Filings:
     None Found
   People at Work:
     1 Found
   Driver's License:
     2 Found
   Address(es) Found:
     3 Verified and 15 Non-Verified Found
   Possible Properties Owned:
     3 Found
   Motor Vehicles Registered:
     6 Found
   Possible Criminal Records:
     None Found
   Florida Accidents:
     None Found
   Possible Associates:
     1 Found
   Possible Relatives:
     1st Degree - 10 Found
     2nd Degree - 3 Found
     3rd Degree - 4 Found
   Neighbors:
     1st Neighborhood - 5 Found
     2nd Neighborhood - 5 Found
     3rd Neighborhood - 5 Found
     4th Neighborhood - None Found

## Bankruptcies:
   [None Found]

## UCC Filings:
   [None Found]

## People at Work:
   Name: LENZO GIUSEPPE
   Title: PRESIDENT
   SSN: xxx-xx-xxxx
   Company: RACCUJA CORPORATION
   Address: 8925 COLLINS AVE, SURFSIDE FL 33154-3530
   Phone:
   FEIN:
   Dates: Aug 23, 1996
   Confidence: High

## Driver's License Information:
   Name: GIUSEPPE LENZO
   DL Number: xxxx-xxx-xx-xxx-x
   State: Florida
   License Address: 8925 COLLINS AVE, MIAMI BEACH FL 33154-3530, MIAMI-DADE COUNTY
   DOB: 07/23/1940
   Sex: M

Race: H
Restrictions:  Corrective Lenses
Expiration Date: 07/23/2009
Issue Date: 08/30/2003
License Type: Non-Commercial - Regular Operator License
Height: 6'00

Name: GIUSEPPE LENZO
DL Number: xxxx-xxx-xxx-xx-xxx-x
State: Florida
License Address: 8925 COLLINS AVE, MIAMI BEACH FL 33154-3530, MIAMI-DADE COUNTY
DOB: 07/23/1940
SSN: 579-54-xxxx
Sex: M
Race: H
Restrictions:  Corrective Lenses
Expiration Date: 07/23/2003
Issue Date: 12/04/1996
License Type: Non-Commercial - Regular Operator License
Height: 6'00

## Address Summary:

✔ 8925 COLLINS AVE APT 3C, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Jul 1995 - Oct 2005)

✔ 8925 COLLINS AVE # 3, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Jul 1995 - Jun 2005)

✔ 8925 COLLINS AVE 3L, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Dec 1996 - Jun 2005)
3409 BROAD BRANCH TER NW # TC, WASHINGTON DC 20008-2020, D.C. COUNTY (Jan 1975 - Oct 2005)
5149 LINNEAN TER NW APT B, WASHINGTON DC 20008-2049, D.C. COUNTY (Apr 1996 - Oct 2005)
62 CP, ARSIERO DC 36011 ( 2005)
PO BOX 30316, TAMPA FL 33630-3316, HILLSBOROUGH COUNTY (Jul 1995 - 2002)
5149 LINNEAN TE B NW, WASHINGTON DC 20008, D.C. COUNTY (Apr 1996 - Oct 2000)
MIRAGE MIAMI BCH, SURFSIDE FL 33154, MIAMI-DADE COUNTY (Nov 1992 - Apr 2000)
8925 COLLINSAVEMIRAGE, MIAMI BEACH FL 33154, MIAMI-DADE COUNTY (Mar 2000)
8925 COLLINSAVEMIR, MIAMI BEACH FL 33154, MIAMI-DADE COUNTY (Feb 1999)
UNIT B, WASHINGTON DC 20008, D.C. COUNTY (Jun 1997)
5149 KINNEAN B TE # B, WASHINGTON DC 20005, D.C. COUNTY (Mar 1997)
3409 BROAD BRANCH TER NW # TE, WASHINGTON DC 20008-2020, D.C. COUNTY (Oct 1995)
3509 BROAD BRANCH TER, WASHINGTON DC 20008, D.C. COUNTY (Oct 1992 - Dec 1992)
3509 BROAD BRANCH TE, WASHINGTON DC 20008, D.C. COUNTY (Oct 1992)
VIA T GALIMBERT, DELPHI FALLS NY 13051, ONONDAGA COUNTY (Feb 1985 - Apr 1986)
1744 L ST NW, WASHINGTON DC 20036-5406, D.C. COUNTY (Jan 1983 - Apr 1986)

## Active Address(es):

LENZO GIUSEPPE  - ✔ 8925 COLLINS AVE APT 3C, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Jul 1995 -
Oct 2005)
        **Current phones listed at this address:**
            LENZO GIUSEPPE  (305) 864-2404
            MIRAGE CONDOMINIUMS THE   (305) 864-0825
            MIRAGE CONDOMINIUMS THE   (305) 864-1940
            SHAPIRO & WEIL  (305) 864-2369
            SHAPIRO & WEIL ATTY  (305) 864-2369
            WEIL MURRAY B JR   (305) 864-2369
            WEIL MURRAY B JR ATTY  (305) 864-2369
        **Neighborhood Profile (2000 Census)**
            Average Age: 42
            Median Household Income: $55,441
            Median Owner Occupied Home Value: $203,000
            Average Years of Education: 15


GIUSSEPPE LENZO  - ✔ 8925 COLLINS AVE # 3, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Jul 1995 -
Jun 2005)
        **Current phones listed at this address:**
            LENZO GIUSEPPE  (305) 864-2404
            MIRAGE CONDOMINIUMS THE   (305) 864-0825
        **Property Ownership Information for this Address**
            **Property:**
                Parcel Number - 14-2235-030-0240
                Name Owner 1 - LENZO GIUSEPPE
                Address - 8925 COLLINS AVE APT 3C, SURFSIDE FL 33154-3531, MIAMI-DADE COUNTY
                Land Usage - CONDOMINIUM
                Subdivision Name - MIRAGE CONDO
                Total Value - $291,150

Comprehensive Report

Page 5 of 16

Land Value - $0
Improvement Value - $0
Building Size - 1,480
Year Built - 1995
Sale Price - $250,000
Legal Description - MIRAGE CONDO UNIT 3C UNDIV 0.00871 % INT IN COMMON ELEMENTS OFF
REC 16853-0710 OR 16880-2498 0795 1 RICHELIEU TOWERS ASSOCIATES
**Neighborhood Profile (2000 Census)**
Average Age: 42
Median Household Income: $55,441
Median Owner Occupied Home Value: $203,000
Average Years of Education: 15

GIUSEPPE LENZO - ❤ 8925 COLLINS AVE APT 3L, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Dec 1996 -
Jun 2005)
LENZO GIUSEPPE  (305) 864-2404
**Neighborhood Profile (2000 Census)**
Average Age: 42
Median Household Income: $55,441
Median Owner Occupied Home Value: $203,000
Average Years of Education: 15

# Previous And Non-Verified Address(es):
LENZO GIUSEPPE - 3409 BROAD BRANCH TER NW # TC, WASHINGTON DC 20008-2020, D.C. COUNTY
(Jan 1975 - Oct 2005)
**Neighborhood Profile (2000 Census)**
Average Age: 47
Median Household Income: $154,951
Median Owner Occupied Home Value: $581,200
Average Years of Education: 18

GIUSEPPE LENZO - 5149 LINNEAN TER NW APT B, WASHINGTON DC 20008-2049, D.C. COUNTY (Apr 1996 -
Oct 2005)
NAHAS ALBERT G  (202) 244-5472
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 2028-0000-0010
Lot Number - 10
Name Owner 1 - LENZO GIUSEPPE
Address - 5149 LINNEAN TER NW, WASHINGTON DC 20008-2049, D.C. COUNTY
Owner's Address - MIAMI BEACH, FL 33154
Land Usage - SFR
Total Value - $690,740
Land Value - $289,650
Improvement Value - $401,090
Land Size - 5,000
Building Size - 4,646
Year Built - 1982
Sale Price - $0
**Neighborhood Profile (2000 Census)**
Average Age: 47
Median Household Income: $154,951
Median Owner Occupied Home Value: $581,200
Average Years of Education: 18

GIUSEPPE LENZO - 62 CP, ARSIERO DC 36011 ( 2005)

GIUSEPPE LENZO - PO BOX 30316, TAMPA FL 33630-3316, HILLSBOROUGH COUNTY (Jul 1995 -  2002)
**Neighborhood Profile (2000 Census)**
Average Age: 40
Median Household Income: $28,750
Median Owner Occupied Home Value: $71,600
Average Years of Education: 12

PIPPO P LENZO - 5149 LINNEAN TE B NW, WASHINGTON DC 20008, D.C. COUNTY (Apr 1996 - Oct 2000)
**Neighborhood Profile (2000 Census)**
Average Age: 40
Median Household Income: $53,555
Median Owner Occupied Home Value: $138,100
Average Years of Education: 17

GILLSEPPE P LENZO - MIRAGE MIAMI BCH, SURFSIDE FL 33154, MIAMI-DADE COUNTY (Nov 1992 - Apr 2000)
**Neighborhood Profile (2000 Census)**
Average Age: 44
Median Household Income: $38,021

Median Owner Occupied Home Value: $93,700
Average Years of Education: 14

GIUSEPPE LENZO  - 8925 COLLINSAVEMIRAGE, MIAMI BEACH FL 33154, MIAMI-DADE COUNTY (Mar 2000)
**Neighborhood Profile (2000 Census)**
Average Age: 44
Median Household Income: $38,021
Median Owner Occupied Home Value: $93,700
Average Years of Education: 14

LENZO GIUSEPPE  - 8925 COLLINSAVEMIR, MIAMI BEACH FL 33154, MIAMI-DADE COUNTY (Feb 1999)
**Neighborhood Profile (2000 Census)**
Average Age: 44
Median Household Income: $38,021
Median Owner Occupied Home Value: $93,700
Average Years of Education: 14

PIPPO LENZO  - UNIT B, WASHINGTON DC 20008, D.C. COUNTY (Jun 1997)
**Neighborhood Profile (2000 Census)**
Average Age: 40
Median Household Income: $53,555
Median Owner Occupied Home Value: $138,100
Average Years of Education: 17

GIUSEPPE P LENZO  - 5149 KINNEAN B TE # B, WASHINGTON DC 20005, D.C. COUNTY (Mar 1997)
**Neighborhood Profile (2000 Census)**
Average Age: 36
Median Household Income: $28,409
Median Owner Occupied Home Value: $151,100
Average Years of Education: 14

PIPPO L GIUSEPPE  - 3409 BROAD BRANCH TER NW # TE, WASHINGTON DC 20008-2020, D.C. COUNTY
(Oct 1995)
**Neighborhood Profile (2000 Census)**
Average Age: 47
Median Household Income: $154,951
Median Owner Occupied Home Value: $581,200
Average Years of Education: 18

GIUSEPPE LENZO  - 3509 BROAD BRANCH TER, WASHINGTON DC 20008, D.C. COUNTY (Oct 1992 - Dec 1992)
**Neighborhood Profile (2000 Census)**
Average Age: 40
Median Household Income: $53,555
Median Owner Occupied Home Value: $138,100
Average Years of Education: 17

GIUSEPPE LENZO  - 3509 BROAD BRANCH TE, WASHINGTON DC 20008, D.C. COUNTY (Oct 1992)
**Neighborhood Profile (2000 Census)**
Average Age: 40
Median Household Income: $53,555
Median Owner Occupied Home Value: $138,100
Average Years of Education: 17

LENZO GIUSEPPE  - VIA T GALIMBERT, DELPHI FALLS NY 13051, ONONDAGA COUNTY (Feb 1985 - Apr 1986)
**Neighborhood Profile (2000 Census)**
Average Age: 34
Median Household Income: $45,958
Median Owner Occupied Home Value: $98,300
Average Years of Education: 14

GILISEPPE LENZO  - 1744 L ST NW, WASHINGTON DC 20036-5406, D.C. COUNTY (Jan 1983 - Apr 1986)
VERIZON WIRELESS   (202) 296-4400
**Neighborhood Profile (2000 Census)**
Average Age: 0
Median Household Income: $0
Median Owner Occupied Home Value: $0
Average Years of Education: 0

## Possible Properties Owned by Subject:
**Property:**
Parcel Number - 2028-0000-0008
Lot Number - 8
Name Owner 1 - LENZO GIUSEPPE
Address - 3409 BROAD BRANCH TER NW, WASHINGTON DC 20008-2020, D.C. COUNTY
Owner's Address - 62 CP, ARSIERO DC 36011

Land Usage - SFR
Subdivision Name - FOREST HILLS
Total Value - $589,780
Land Value - $312,480
Improvement Value - $277,300
Land Size - 6,000
Building Size - 4,610
Year Built - 1950
Sale Price - $62,919

**Property:**
Parcel Number - 2028-0000-0010
Lot Number - 10
Name Owner 1 - LENZO GIUSEPPE
Address - 5149 LINNEAN TER NW, WASHINGTON DC 20008-2049, D.C. COUNTY
Owner's Address - MIAMI BEACH, FL 33154
Land Usage - SFR
Total Value - $690,740
Land Value - $289,650
Improvement Value - $401,090
Land Size - 5,000
Building Size - 4,646
Year Built - 1982
Sale Price - $0

**Property:**
Parcel Number - 14-2235-030-0240
Name Owner 1 - LENZO GIUSEPPE
Address - 8925 COLLINS AVE APT 3C, SURFSIDE FL 33154-3531, MIAMI-DADE COUNTY
Land Usage - CONDOMINIUM
Subdivision Name - MIRAGE CONDO
Total Value - $291,150
Land Value - $0
Improvement Value - $0
Building Size - 1,480
Year Built - 1995
Sale Price - $250,000
Legal Description - MIRAGE CONDO UNIT 3C UNDIV 0.00871 % INT IN COMMON ELEMENTS OFF REC 16853-
0710 OR 16880-2498 0795 1 RICHELIEU TOWERS ASSOCIATES

# Motor Vehicles Registered To Subject:
**Vehicle:**
Description: Gray 2005 KIA Sportage - 4 Dr Wagon Sport Utility
License Plate: P487FC
License Plate Type: Sunshine License Plates (Sunshine State)
VIN: KNDJF723957069254
State of Origin: Florida
Vehicle Use: Private
Mileage: 60
Title Number: 0092969825
Title Date: 04/25/2005
Title Status: Original New
Decal Year: 2006
Engine Size: 165
Number of Cylinders: 4
Body: 4 Dr Wagon Sport Utility
Record Type: Current
Expiration Date: 07/23/2006
*Owner(s)*
Name: LENZO GIUSEPPE DOB: 07/23/1940 Age: 65 Sex: Male
DL #: xxxxxxxxxxxxxx
Address: 8925 COLLINS AVE MIAMI BCH FL 33154, MIAMI-DADE COUNTY

Name: ZANETTI LENZO PATRIZIA DOB: 03/07/1960 Age: 45 Sex: Female
DL #: xxxxxxxxxxxxxx
Address: 2260 NE 67 STREET FT LAUDERDALE FL 33308-1278, BROWARD COUNTY

*Registrant(s)*
Name: LENZO GIUSEPPE DOB: 07/23/1940 Age: 65 Sex: Male
DL #: xxxxxxxxxxxxxx
Address: 8925 COLLINS AVE MIAMI BCH FL 33154, MIAMI-DADE COUNTY

Name: ZANETTI LENZO PATRIZIA DOB: 03/07/1960 Age: 45 Sex: Female
DL #: xxxxxxxxxxxxxx
Address: 2260 NE 67 STREET FT LAUDERDALE FL 33308-1278, BROWARD COUNTY

*Lien Holder*
None

**Vehicle:**
Description: 1984 BMW 733I Automatic - Sedan 4 Door
License Plate: 717484
VIN: WBAFF8403E9284743
State of Origin: District of Columbia
Title Number: J974138
Title Date: 06/06/1994
Engine Size: 196
Number of Cylinders: 6
Body: Sedan 4 Door
Record Type: Historical
Expiration Date: 11/04/2004
*Owner(s)*
    Name: GIUSEPPE LENZO
        GIUSEPPE LENZO  SSN: ███-██-xxxx
    Address: 3409 BROAD BRANCH TER NW WASHINGTON DC 20008, D.C. COUNTY

*Registrant(s)*
    Name: GIUSEPPE LENZO
        GIUSEPPE LENZO  SSN: ███-██-xxxx
    Address: 3409 BROAD BRANCH TER NW WASHINGTON DC 20008, D.C. COUNTY

*Lien Holder*
None

**Vehicle:**
Description: 1993 - 4 Door
License Plate: UJN58D
License Plate Type: Car & Pickup Tags (County Name)
VIN: SCAZN02D7PCX46289
State of Origin: Florida
Vehicle Use: Private
Mileage: 240
Title Number: 0070142018
Title Date: 02/26/1996
Title Status: Original New
Decal Year: 0000
Body: 4 Door
Record Type: Historical
Expiration Date: 07/23/1997
*Owner(s)*
    Name: LENZO GIUSEPPE DOB: 07/23/1940 Age: 65 Sex: Male
    Address: 8925 COLLINS AVE MIAMI BEACH FL 33154-3530, MIAMI-DADE COUNTY

*Registrant(s)*
    Name: LENZO GIUSEPPE DOB: 07/23/1940 Age: 65 Sex: Male
    Address: 8925 COLLINS AVE MIAMI BEACH FL 33154-3530, MIAMI-DADE COUNTY

*Lien Holder*
None

**Vehicle:**
Description: 1983
VIN: CCN87E2DT036175
State of Origin: District of Columbia
Title Number: G784748
Title Date: 01/27/1983
Record Type: Historical
*Owner(s)*
    Name: GIUSEPPE LENZO
        GIUSEPPE LENZO  SSN: ███-██-xxxx
    Address: 3409 BROAD BRANCH TER NW WASHINGTON DC 20008, D.C. COUNTY

*Lien Holder*
None

**Vehicle:**
Description: 1990 - Travel Trailer
License Plate: GI132A
License Plate Type: Car & Pickup Tags (County Name)
VIN: 2ABTT7TB1LGA01308
State of Origin: Florida

Vehicle Use: Private
Title Number: 0048826161
Title Date: 03/22/1999
Title Status: Transfer
Decal Year: 2000
Body: Travel Trailer
Record Type: Historical
Expiration Date: 07/23/2000
*Owner(s)*
    Name: LENZO GIUSEPPE DOB: 07/23/1940 Age: 65 Sex: Male
        GIUSEPPE LENZO  SSN: 579-54-xxxx
    DL #: xxxxxxxxxxxxxx
    Address: 8925 COLLINS AVE MIAMI BCH FL 33154, MIAMI-DADE COUNTY

*Registrant(s)*
    Name: LENZO GIUSEPPE DOB: 07/23/1940 Age: 65 Sex: Male
        GIUSEPPE LENZO  SSN: xxxx-xxxx
    DL #: xxxxxxxxxxxxxx
    Address: 8925 COLLINS AVE MIAMI BCH FL 33154, MIAMI-DADE COUNTY

*Lien Holder*
    None

**Vehicle:**
    Description: 1986 Oldsmobile Cutlass Ciera Brougham - Sedan 4 Door
    License Plate: 614635
    VIN: 1G3AM19W0GG400051
    State of Origin: District of Columbia
    Engine Size: 173
    Number of Cylinders: 6
    Body: Sedan 4 Door
    Record Type: Historical
    Expiration Date: 06/08/1998
    *Registrant(s)*
        Name: GIUSEPPE LENZO
        GIUSEPPE LENZO  SSN: xxxx-xxxx
        Address: 3409 BROAD BRANCH TER NW WASHINGTON DC 20008, D.C. COUNTY

    *Lien Holder*
    None

## Possible Criminal Records:
    [None Found]

## Florida Accidents:
    [None Found]

## Possible Associates:
    VICTORIA UPCHURCH  Age:
    xxxxxx issued in Delaware  between  01/01/1936  and  01/01/1951
    **Previous And Non-Verified Address(es):**
    💲3409 BROAD BRANCH TER NW APT TE, WASHINGTON DC 20008-2020, D.C. COUNTY (Jun 1995 -
Jan 1997)
    💲5149 LINNEAN TER NW, WASHINGTON DC 20008-2049, D.C. COUNTY (Apr 1996)
    💲8925 COLLINS AVE, SURFSIDE FL 33154-3530, MIAMI-DADE COUNTY (Sep 1995)
    💲3409 BROAD BRANCH TER NW, WASHINGTON DC 20008-2020, D.C. COUNTY (May 1995)

## Possible Relative Summary: *(Click on name to link to more details within this report - No Charge)*
    > **D** VIRGINIA DIPERNALENZO , Age 91
      >> **D** VIRGINIA GIVSEPPE  - (AKA), Age 91
      >> **D** V D LENZO  - (AKA), Age 91
      >> **D** VIRGINIA D LENZO  - (AKA), Age 91
    > TINDARO LENZO , Age 95
    > P KOHUT
      >> PATRICIA ZANETTI KOHUT  - (AKA), Age 45
      >> PATRIZIA ZANETTI KOHUT  - (AKA), Age 45
      >> PATRIZIA ZANETTI LENZO  - (AKA), Age 45

**EXHIBIT "F"**

# THOMPSON, LOSS & JUDGE, LLP

1919 PENNSYLVANIA AVENUE, NW
SUITE M-200
WASHINGTON, DC 20006-3458
(202) 772-5170
FACSIMILE: (202) 772-5180
TLJLAW.COM

JEREMY S. SIMON
(202) 772-5169
JSIMON@TLJLAW.COM

February 28, 2006

**VIA FACSIMILE**
**AND FIRST-CLASS MAIL**

Joseph DeGance, Esq.
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL 33306

Re:     Washington Square v. Giuseppe Lenzo, et al. (05-2420)

Dear Mr. DeGance:

I am writing to follow up on our telephone conversation today, in which we discussed the representations made in the affidavit of Giuseppe Lenzo that was submitted in support of the pending motion to dismiss the complaint in the referenced matter for lack of subject matter jurisdiction. In that affidavit, Mr. Lenzo attests that he moved from South Florida to Italy in November 2000 "at first to the City of Biella and then to Vicenza towards the end of 2002 with the intent to reside there in Vicenza permanently." Mr. Lenzo further attests that, since the year 2000, Mr. Lenzo only has returned to the United States for "brief periods . . . not exceeding 2 or 3 weeks." Although the affidavit states that Mr. Lenzo is an Italian citizen, it is silent as to whether he is, or is not, a United States citizen.

As I advised you during our telephone conversation, Mr. Lenzo's representations, under oath, regarding his alleged lack of residence in Florida are contradicted by the public record, which shows, among other things that Mr. Lenzo is the current owner of the property at 8925 Collins Avenue, Surfside, Florida, and that Mr. Lenzo claimed a homestead exemption for that property in the year 2005. For your convenience, I attach a print-out from the Miami-Dade County website reflecting this information. As I assume you know, a Florida homestead exemption only is available to persons who attest to being a permanent resident of Florida.

We also understand, from the public record, that Mr. Lenzo registered to vote in Florida in or about February 2004, a right afforded only to United States citizens, was issued a Florida

# THOMPSON, LOSS & JUDGE, LLP

Joseph DeGance, Esq.
February 28, 2006
Page 2

driver's license on or about August 30, 2003 with an expiration date of July 23, 2009, and is listed as the registrant of an automobile titled in Florida on or about April 25, 2005.

As you know, we are in the process of obtaining, by subpoena, further information regarding the homestead exemption claimed by Mr. Lenzo for his Florida property in 2005. We also are prepared to issue additional subpoenas, to the extent we deem it necessary, to further establish the information we have obtained from public sources. However, to avoid the expense of such inquiries, for which we plan to seek reimbursement from the interpleaded funds at an appropriate time, we request that you advise us, by close of business on Friday, March 3, 2006, whether Mr. Lenzo denies (a) being a United States citizen; (b) having applied for, and obtained, a homestead exemption for his condominium at 8925 Collins Avenue in the year 2005; (c) registering to vote in Florida in the year 2004 or thereafter; (d) being issued a Florida driver's license on or about August 30, 2003; and (e) being the registrant of an automobile titled in Florida on or about April 25, 2005.

Based on our conversation today, I understand that you will be meeting with your client this week, will raise these issues with him, and will update me before the end of this week to either confirm or deny the information presented in this letter. Assuming the record is as we understand it, we can discuss at that time the appropriate way to address the pending motion to dismiss.

We appreciate your prompt attention to this matter. Please feel free to contact me if you have any questions.

Very truly yours,

Jeremy S. Simon

Enclosure

**My Home**



ACTIVE TOOL: SELECT

N

**Show Me:**

Property Information

**Search By:**

Select Item

 Text only

 Property Appraiser Tax Estimator

### Summary Details:

| Folio No.: | 14-2235-030-0240 |
|---|---|
| Property: | 8925 COLLINS AVE 3C |
| Mailing Address: | GIUSEPPE LENZO<br>VIA I STELLA C P N 62<br>36011 ARSIERO (VI) ITALY<br>99999-9999 |

### Property Information:

| Primary Zone: | 5000 MULTI-FAMILY, HIGH DENSITY RESIDENTIAL |
|---|---|
| CLUC: | 0007 RESIDENTIAL - CONDOMINIUM |
| Beds/Baths: | 2/2 |
| Floors: | 0 |
| Living Units: | 1 |
| Adj Sq Footage: | 1,480 |
| Lot Size: | 0 SQ FT |
| Year Built: | 1995 |
| Legal Description: | MIRAGE CONDO UNIT 3C UNDIV 0.00871 % INT IN COMMON ELEMENTS OFF REC 16853-0710 OR 16880-2498 0795 1 |

### Sale Information:

| Sale O/R: | 16880-2498 |
|---|---|
| Sale Date: | 7/1995 |
| Sale Amount: | $250,000 |

### Assessment Information:

| Year: | 2005 | 2004 |
|---|---|---|
| Land Value: | $0 | $0 |
| Building Value: | $0 | $0 |
| Market Value: | $349,380 | $291,150 |
| Assessed Value: | $349,380 | $291,150 |
| Homestead Exemption: | $25,000 | $0 |
| Total Exemptions: | $25,000 | $0 |
| Taxable Value: | $324,380 | $291,150 |



Digital Orthophotography - 2005                    0 ——— 130 ft

We appreciate your feedback, please take a minute to complete our survey

My Home | Property Information | Property Taxes
| My Neighborhood | Property Appraiser

Home | Using Our Site | About | Phone Directory | Privacy | Disclaimer

If you experience technical difficulties with the Property Information application, please click here to let us know.

E-mail your comments, questions and suggestions to Webmaster

Web Site
© 2002 Miami-Dade County
All rights reserved

**EXHIBIT "G"**

# LAW OFFICES OF BABAK MOVAHEDI, PLLC

## A PROFESSIONAL LIMITED LIABILITY COMPANY

BABAK MOVAHEDI (DC & MD)

**ATTORNEYS AT LAW**

1700 Q STREET, N.W.
WASHINGTON, D.C. 20009
202-234-5522  FAX 202-234-5582

INTERNATIONAL OFFICE:
TEHRAN, IRAN
65 SEOUL STREET
VANAK, TEHRAN, IRI
9821-803-9460
FAX: 9821-804-3924

December 6, 2005

Jeremy Simon, Esq.
Thompson, Loss & Judge, LLP
Suite M-200
1919 Pennsylvania Ave., N.W.
Washington, DC  20036-3458

Dear Mr. Simon,

It is our understanding that you represent the Washington Square Limited Partnership in regard to an interpleader action involving the payment of the portion of rent due to Virginia DiPerna Lenzo (now deceased). This firm represents Mrs. Lenzo's daughter, Nunziata Lenzo Romano, and we also represent Floriana Denise Nestore, who has filed a petition with the Registrar of Wills in the District of Columbia to be appointed Personal Representative under the will of Virginia DiPerna Lenzo's estate. We are authorized to accept service on behalf of Nunziata Lenzo Romano and Foltiana Nestore in connection with the interpleader action.

Nunziata Lenzo Romano is one of two beneficiaries under the will of her Mother, Virginia DiPerna Lenzo. The other beneficiary is Ms Romano's brother, Guiseppe Lenzo. In the year 2003, Virginia Lenzo purportedly created two trusts involving the proceeds of the rent from Washington Square Limited Partnership: The Virginia Lenzo Trust and the Tindaro Lenzo Trust. On October 3, 2004, in a hand-written document, Virginia Lenzo states:

> "Any and all papers or documents formally signed by me in relation to the property situated in L St. 1742-1744 N.W. Washington D.C. U.S.A. should be considered null and void."

This document, therefore revokes both the Virginia Lenzo Trust and the Tindaro Lenzo Trust.

The Virginia Lenzo Trust is specifically revocable. The Tindaro Lenzo Trust was revoked by Virginia Lenzo in the October 3, 2004 written instrument, because she was the settlor of the trust and none of the actions that Tindaro Lenzo could have taken under the Trust (as described in the May 13, 2003 deed from the FDIC to Virginia DiPerna Lenzo) to adversely effect the corpus were taken to divest ownership of the proceeds from the trust prior to it being revoked.

While we are confident that the Trusts were revoked, if the revocation of the Tindaro Lenzo trust is found to be invalid, Nunziata Lenzo Romano may have an additional claim to 50% of the Tindaro Lenzo Trust because upon Tindaro Lenzo's death, his interest

www.movahedilaw.com

would have gone to Virginia DiPerna Lenzo and then 50% of that interest would go to Nunziata Lenzo Romano.

In addition, our clients expect to put forward claims against Guiseppe Lenzo for mishandling and misappropriating proceeds from prior payments made by Washington Square Limited Partnership pursuant to the Trust agreements. Virginia DiPerna Lenzo made written demands to Washington Square Limited Partnership that payment of the rents be divided between Nunziata and Guiseppe. His misdeeds, together with those written demands, we contend, also provide further evidence of written revocation of both Trusts.

For all of these reasons, we believe both trusts to be invalid, and thus urge that you make arrangements to have the January 1, 2006 payment and any other funds that become due before an Order of the Court is issued, placed into an interest bearing escrow account, or be paid into the DC Court and included in the interpleader action that you have indicated will be filed. Should the Washington Square Limited Partnership choose not to take this prudent step to insure that all future payments ultimately reach the correct party or parties in interest and the Court ultimately determines that payments should have been made to our clients by Washington Square Limited Partnership, our clients would avail themselves of all legal remedies.

Sincerely,

Michael J. Pollack

cc: Joel Simon, Esq.