IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

**ORDER**

Having considered the Motion To Dismiss For Lack Of Subject-Matter Jurisdiction, Or In The Alternative To Stay Or Abate Action Pending Resolution Of Previously Filed Related Proceedings In Other Courts, oppositions thereto, and the evidence and argument presented, it is hereby:

ORDERED that the motion is denied.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon, Esq.
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006

Michael Pollack, Esq.
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esq.
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL 33306

Michael A. Dymersky, Esq.
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, MD 20815