**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P. | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civ. Action No. 05-2420 (EGS) |
| v. | ) ) ) | |
| GIUSEPPE LENZO, et al. | ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF'S RESPONSE TO MOTION
FOR LEAVE TO FILE CROSS-CLAIM
OF DEFENDANT NUNZIATA ROMANO**

Plaintiff, Washington Square Limited Partnership, R.L.L.P. ("Plaintiff"), in response to the motion for leave to file a cross-claim by defendant Nunziata Romano, states the following.

As an interpleader action, this litigation involves two stages. Star Insurance Company v. Cedar Valley Express, LLC, 273 F. Supp.2d 38, 40-41 (D.D.C. 2002). The first stage addresses the rights and interests of the interpleader plaintiff to protect itself from the risk of multiple liability in the face of competing claims regarding a single obligation. The second stage considers the competing claims of the interpleader defendants to the interpleaded funds. Id. As the motion for leave addresses the second stage of this action, Plaintiff takes no position on that motion, other than to state that, for reasons set forth in Plaintiff's concurrently filed response to the motion to dismiss of Giuseppe Lenzo, this court has jurisdiction over this

interpleader action, including any cross-claims that the defendants may assert against each other with respect to its subject matter.


Date: March 23, 2006                              Respectfully submitted,


                                                  /s/ Jeremy S. Simon
                                                  Jeremy S. Simon
                                                  D.C. Bar No. 447956
                                                  Thompson, Loss & Judge LLP
                                                  1919 Pennsylvania Ave., N.W.
                                                  Suite M-200
                                                  Washington, D.C. 20006
                                                  (202) 772-5170 (phone)
                                                  (202) 772-5180 (fax)

                                                  Counsel for Interpleader Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 23rd day of March 2006, I caused to be served a true and

correct copy of the foregoing, via first-class mail, postage prepaid on the following:

1.    Michael Pollack, Esq.
      Law Offices of Babak Movahedi, PLLC
      1700 Q. Street, N.W.
      Washington, D.C. 20009

2.    Joseph DeGance, Esq.
      3471 N. Federal Highway
      Suite 300
      Fort Lauderdale, FL 33306

3.    Michael A. Dymersky, Esq.
      Furey, Doolan & Abell, LLP
      8401 Connecticut Avenue
      Suite 1100
      Chevy Chase, MD 20815


                              /s/ Jeremy S. Simon
                              Jeremy S. Simon