**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br><br>  Plaintiff,<br><br>  v.<br><br>GIUSEPPE LENZO, et al.<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civ. Action No. 05-2420 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

Having considered the Unopposed Motion For Order Extending The Period For Service Under Rule 4(M) By Sixty Days, the lack of opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that the period for Plaintiff to effectuate service set forth in Rule 4(m) of the Federal Rules of Civil Procedure is extended an additional sixty days from the date of this order, or from the date that the service period in Rule 4(m) would otherwise have expired, whichever is later, without prejudice to the Plaintiff seeking a further extension upon a showing of good cause.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.

Suite M-200
Washington, D.C. 20006

Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esq.
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL 33306

Michael A. Dymersky, Esq.
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, MD 20815