IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P., <br><br> Plaintiff, <br><br> v. <br><br> GIUSEPPE LENZO, et al. <br><br> Defendants. | Civ. Action No. 05-2420 (EGS) |

## ORDER

Having considered the Unopposed Motion For Order Extending The Service Period An Additional Sixty Days, the lack of opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that the period for Plaintiff to effectuate service set forth in Rule 4(m) of the Federal Rules of Civil Procedure is extended to, and including, August 15, 2006; and it is

FURTHER ORDERED that the relief granted herein is without prejudice to the pending motion to dismiss filed by Giuseppe Lenzo.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.

Suite M-200
Washington, D.C. 20006

Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esq.
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL 33306

Michael A. Dymersky, Esq.
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, MD 20815