IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

**UNOPPOSED MOTION FOR ORDER DIRECTING THE
DEPOSIT OF FUNDS INTO THE COURT REGISTRY**

Plaintiff, Washington Square Limited Partnership, R.L.L.P. (hereinafter, "Plaintiff"), hereby moves this Court for an order directing the deposit of the next semi-annual installment of rent that is the subject of this interpleader action, and which comes due on July 1, 2006, into the court registry, and as grounds, Plaintiff states:

1.  This is an action for statutory interpleader under 28 U.S.C. § 1335 as set forth more fully in Plaintiff's Complaint of Interpleader ("Complaint"), which is incorporated herein by reference.

2.  As described more fully in the Complaint, Plaintiff leases a parcel of land on which its office building in Washington, D.C. is located under the terms of a Lease Agreement dated July 24, 1980, which is attached as Exhibit B to the Complaint (the "Ground Lease"). The parcel of land under lease, defined in the Complaint as the "Ground Lease Parcel," has multiple owners who, pursuant to the terms of the Ground

Lease, are entitled to semi-annual payments of rent from Plaintiff in accordance with their respective interests.

3. This interpleader action involves two, one-sixth (1/6) interests in the Ground Lease Parcel which were formerly held of record in the name of Virginia Di Perna Lenzo, who died on February 26, 2005. According to the public record, prior to her death, and specifically by Deed dated May 13, 2003, Virginia Di Perna Lenzo conveyed legal title to these interests to two Trusts, the Virginia Lenzo Trust and the Tindaro Lenzo Trust, which name her son, Giuseppe Lenzo as Trustee and sole beneficiary.

4. Defendants have made competing claims to the semi-annual rental payments allocable to this one-third (1/3) interest in the Ground Lease Parcel. On the one hand, Virginia Di Perna Lenzo's son, Defendant Giuseppe Lenzo, is the Trustee and sole beneficiary of the two Trusts that, according to the public record, hold legal title to the interests formerly held by Virginia Di Perna Lenzo in the leased property. In contrast, Virginia Di Perna Lenzo's daughter, Defendant Nunziata Lenzo Romano, asserts that title to the Ground Lease Parcel held in those Trusts reverted back to Virginia Di Perna Lenzo prior to her death and that she is entitled to a share of the rental payments as Virginia Lenzo's heir.

5. Under the terms of the Ground Lease, the current semi-annual payment of rent allocable to these interests totals $100,000, or $50,000 for each one-sixth (1/6) interest respectively. Plaintiff stands neutral in this dispute and is unable to determine the respective rights of the Defendants to the rental payments at issue.

6. By order dated December 21, 2005, this Court provisionally accepted jurisdiction of this interpleader action and directed Plaintiff to deposit into the court registry the semi-annual payment of rent that was then due on January 1, 2006 with respect to these interests. Plaintiff deposited $100,000 into the court registry on December 23, 2005 in accordance with that order. That order did not make any provision for the deposit of subsequent rental payments into the court registry. The next semi-annual installment of rent comes due on July 1, 2006. (See ¶ 1(p) and ¶ 3(a)(vii) of Exh. B to Complaint).[1]

7. Plaintiff stands ready to make the rental payments at issue when they come due on July 1, 2006. To avoid the risk of an event of default under the Ground Lease, Plaintiff seeks an order authorizing and directing the deposit of the disputed rental payments into the court registry for ultimate disposition by further order of this Court.

8. Plaintiff, through its counsel, has contacted counsel for defendant Nunziata Lenzo Romano, and has been authorized to represent that Ms. Romano consents to the relief requested in this motion. Plaintiff, through its counsel, has contacted counsel for defendant Giuseppe Lenzo, in his respective capacities, and has been authorized to represent that Mr. Lenzo consents to the relief requested in this motion on the condition that this motion, and the accompanying proposed Order, reference that Mr. Lenzo's consent is without prejudice to his pending motion to dismiss.

9. A proposed Order is attached.

---

[1] Under paragraph 3(a) of the Ground Lease, Plaintiff is required to pay rent in semi-annual installments on the first day of each "Semi-Annual Period." The term "Semi-Annual Period" is defined in the Ground Lease as a six month period beginning on January 1, 1981 and following sequentially thereafter. (¶ 1(p) of Ground Lease, Exh. B to Complaint)

3

WHEREFORE, Plaintiff moves this Court for an order authorizing and ordering Plaintiff to cause to be deposited into the court registry, until ultimate disposition of this action by further order of this Court, the semi-annual installment of rent under the Ground Lease in the amount of $100,000 that is due on July 1, 2006, with respect to the referenced interests in the Ground Lease Parcel, and to authorize the deposit of future rental payments into the court registry with respect to these interests in accordance with the terms of the Ground Lease.

## POINTS AND AUTHORITIES

28 U.S.C. § 1335

Star Ins. Co. v. Cedar Valley Express, LLC, 273 F. Supp.2d 38 (D.D.C. 2002)

Date: June 8, 2006

Respectfully submitted,

/s/ Jeremy S. Simon
Jeremy S. Simon
D.C. Bar No. 447956
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006
(202) 772-5170 (phone)
(202) 772-5180 (fax)

Counsel for Interpleader Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 8th day of June, 2006, I caused to be served a true and correct copy of the foregoing and proposed Order, via first-class mail, postage prepaid on the following:

1. Michael Pollack, Esq.
   Law Offices of Babak Movahedi, PLLC
   1700 Q. Street, N.W.
   Washington, D.C. 20009

2. Joseph DeGance, Esq.
   3471 N. Federal Highway
   Suite 300
   Fort Lauderdale, FL 33306

3. Michael A. Dymersky, Esq.
   Furey, Doolan & Abell, LLP
   8401 Connecticut Avenue
   Suite 1100
   Chevy Chase, MD 20815

/s/ Jeremy S. Simon
Jeremy S. Simon