IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

### ORDER

Having considered the Unopposed Motion For Order Directing The Deposit Of Funds Into The Court Registry, the lack of opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that motion is granted; and it is

FURTHER ORDERED that Plaintiff shall, as it comes due, cause to be deposited into the registry of the Court the semi-annual installment of rent under the Lease Agreement attached as Exhibit B to the Complaint that is allocable to the interests in the leased property that are the subject of the Complaint, commencing with the rental payment of $100,000 that is due with respect to these interests on July 1, 2006; and it is

FURTHER ORDERED that the Clerk of the Court shall receive and invest the funds deposited into the court registry so that interest may accrue, for ultimate disposition by order of this Court in the above-captioned action; and it is

FURTHER ORDERED that the relief granted in this motion is without prejudice to the pending motion to dismiss filed by Giuseppe Lenzo.

2

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006

Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esq.
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL 33306

Michael A. Dymersky, Esq.
Furey, Doolan & Abell, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, MD 20815