IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2420 (EGS) |
| | ) ) | |
| GIUSEPPE LENZO, *et al.* | ) ) | |
| Defendants. | ) ) | |

## *PRAECIPE*
### (NOTING WITHDRAWAL OF COUNSEL)

The Clerk of Court will please withdraw the appearance of Michael A. Dymersky, D.C. Bar No. 370593, and the law firm of Furey, Doolan & Abell, LLP., as counsel for Giuseppe Lenzo.

Robert F. Comstock, D.C. Bar No. 22483, and Joseph DeGance, *Pro Hac Vice*, will continue as counsel for Giuseppe Lenzo.

Respectfully submitted,

_____/s/_____
Michael A. Dymersky
D.C. Bar No. 370593
FUREY, DOOLAN & ABELL, LLP
8401 Connecticut Avenue
Suite 1100
Chevy Chase, Maryland 20815
Tel.:  (301) 652-6880
Fax:  (301) 652-8972

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of June 2006, copies of the foregoing were served by filing with the Court's CM/ECF System upon the following: Jeremy S. Simon, Esquire, Thompson, Loss & Judge LLP, 1919 Pennsylvania Avenue, N.W., Suite M-200, Washington, D.C., 20006, and Michael J. Pollack, Esquire, Cohen & Buckley, LLP, 1301 York Road, Suite 706, Baltimore, MD 21093, and Babak Movahedi, Esquire, 1700 Q Street N.W., Washington, D.C., 20009, and that a copy of the foregoing was served by first class mail, postage prepaid, this same date upon the following counsel of record:

> Joseph DeGance, *Pro Hac* Vice
> 3471 N. Federal Highway
> Suite 300
> Fort Lauderdale, Florida 33306
> Tel: (954) 566-1531
> Fax: (954) 566-2382
> (Lead Attorney for Giuseppe Lenzo)
>
> Robert F. Comstock, Esquire
> Comstock & Reilly, L.L.P.
> 5225 Wisconsin Avenue, N.W.
> Suite 300
> Washington, D.C. 20015
> (Local Counsel for Giuseppe Lenzo)

>                    /s/
> Michael A. Dymersky