IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Washington Square Limited
Partnership, R.L.L.P.

       Plaintiff

vs.                                :    Civil Action No. 05-2420 (EGS)

Giuseppe Lenzo, et al.

       Defendants

### PRAECIPE

### Notice Of Appearance

Now comes Robert F. Comstock, of the Law Offices of Comstock & Reilly, L.L.P., and hereby enters his appearance for Giuseppe Lenzo.

Mr. Comstock's address and telephone numbers are:
    Robert F. Comstock, Esquire
    Comstock & Reilly, L.L.P.
    5225 Wisconsin Avenue, N.W., Suite 300
    Washington, DC  20015
    202-966-5788

                                            Robert F. Comstock
                                            DC Bar #22483

LAW OFFICES
COMSTOCK &
REILLY, L.L.P.
SUITE 300
5225 WISCONSIN AVE. N.W.
WASHINGTON, D.C. 20015

Washington Square Limited Partnership, R.L.L.P.
vs. Giuseppe Lenzo, et al. – Civil Action No. 05-2420                                    Page 2

## Certificate of Service

I HEREBY CERTIFY that on this 27th day of June, 2006, copies of the foregoing were served by first class mail, postage prepaid, upon:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave NW
Suite M-200
Washington, DC  20006

Michael J. Pollack
Law Offices of Babak Movahedi
1700 Q Street, N.W.
Washington, DC  20009

Michael A. Dymersky
FUREY, DOOLAN & ABELL, LLP
8401 Connecticut Avenue, Suite 1100
Chevy Chase, MD  20815

Joseph DeGance
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL  33306

Robert F. Comstock
Comstock & Reilly, L.L.P.
5225 Wisconsin Avenue, N.W., Suite 300
Washington, DC  20015
202-966-5788

LAW OFFICES
COMSTOCK &
REILLY, L.L.P.
SUITE 300
5225 WISCONSIN AVE. N.W.
WASHINGTON, D.C. 20015