IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

### ORDER

Having considered the Unopposed Motion For Order Granting Leave To Amend Complaint To Substitute Floriana Nestore In Place Of The Jane Doe Defendant And Extending The Service Period For An Additional 30 Days, the lack of opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that the Amended Complaint of Interpleader accompanying the instant motion is deemed filed as of the date of this Order; and it is

FURTHER ORDERED that Floriana Nestore, Personal Representative for the Estate of Virginia Lenzo, is substituted as defendant in place of the defendant denominated as "Jane Doe, Personal Representative of the Estate of Virginia Lenzo," and that the clerk is directed to issue a summons to Floriana Nestore in that capacity; and it is

FURTHER ORDERED that the period for Plaintiff to effectuate service on Ms. Nestore is extended an additional thirty days from the period provided in the Order dated June 9, 2006.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006

Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esq.
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL 33306