LAST WILL AND TESTAMENT
OF
VIRGINIA DiPERNA LENZO

**FILED**

MAR 1 4 2005

Register Of Wills
Clerk of the Probate Division

I, VIRGINIA DiPERNA LENZO, a domiciliary of the District of Columbia, being of sound and disposing mind, do hereby make, publish and declare this instrument to be my Last Will and Testament, and do hereby revoke all former wills and codicils made by me at any time heretofore.

## ARTICLE I

I hereby direct my Personal Representatives, hereinafter named, to pay as promptly as may be practicable after my death, all my legal debts, all expenses of my last illness and all funeral expenses, My funeral expenses shall be in such amount as may be approved by my Personal Representative, notwithstanding any present or future limitations of law thereon.

## ARTICLE II

I direct my Personal Representatives to pay out of the assets of the residuary estate, but not from the portion of the estate qualifying for the marital deduction under the laws then in effect, to the extent such assets are available without apportionment, all estate, inheritance and succession taxes, together with any interest or penalty thereon, which are assessed by reason of my death and imposed by the Government of the United States or of

Page one of my Last Will and Testament:_____

any foreign country, in respect of all property required to be included in my gross estate for estate or like tax purposes by any of such governments, whether the property passes under this Will or otherwise.

### ARTICLE III

I give, devise and bequeath all of my estate and property of every kind and character, real, personal and mixed and wheresoever the same may be situated, of which I shall die seised and possessed, including without limitation, all property to which I may become entitled after the execution of this Will, and all property over or concerning which I may have any power of appointment to my husband, TINDARO LINZO, a/k/a LENZO TINDARO, if he shall survive me.

### ARTICLE IV

In the event my said husband shall predecease me, then I give, devise and bequeath, in fee simple, my real property (the rambler) situated at 3409 Broad Branch Terrace, N.W., Washington, D.C., to my daughter NUNZIATINA LENZO ROMANO, a/k/a LENZO NUNZIATINA ROMANO, now residing in Via Galimberti 24, Biella, 13051 Italy.

In the event my said daughter shall predecease me, then I give, devise and bequeath said Broad Branch Terrace property to her lineal descendants who survive me per stirpes and not per capita. If neither my said daughter or any of her descendants survive me, then I give said property to my son, GIUSEPPE LENZO, a/k/a/ LENZO GIUSEPPE.

Page two of My Last Will and Testament:_____

## ARTICLE V

In the event my said husband shall predecease me, then I give, devise and bequeath in fee simple, my real property situated at 5149 Linnean Terrace, Washington, D.C. to my son, GIUSEPPE LENZO, a/k/a LENZO GIUSEPPE, currently residing at Via Galimberti 24, Biella, 13051 Italy. In the event my said son shall predecease me, then I give, devise and bequeath said Linnean Terrace property to his lineal descendants who survive me *per stirpes* and not *per capita*. If neither my said son nor his lineal descendants survive me, then I give said property to my daughter, NUNZIATINA LENZO ROMANO, a/k/a LENZO NUNZIATINA ROMANO.

## ARTICLE VI

All the rest, residue and remainder of my estate and property, of every kind and character, real, personal and mixed and wheresoever the same may be situated, of which I shall die seised and possessed, including without limitation, all property to which I may become entitled after the execution of this Will, and all property over or concerning which I may have any power of appointment, I give, devise and bequeath unto my husband, LENZO TINDARO, if he shall survive me, and if he does not survive me, then to my two children, NUNZIATINA LENZO ROMANO, a/k/a LENZO NUNZIATINA ROMANO and GIUSEPPE LENZO, a/k/a/ LENZO GIUSEPPE, in equal parts, share and share alike, if both of them shall be living at the time of my death, or if one of them shall predecease me leaving issue surviving me, then such

Page three of my Last Will and Testament: _____

issue shall take by right of representation, **per stirpes** and not **per capita** the share that my predeceasing child or children would have taken had she or he survived me. In the event either of my two children predecease me leaving no lineal descendants, I give, devise and bequeath the remainder of my residuary estate to the survivor of my two children.

Any distribution of property under this my Will to be made in respect of a minor may be made, in the sole discretion of my Personal Representative, to the guardian of the person or property of such minor, or to any competent adult person with whom such minor may reside, without bond. The receipt of such guardian or other person shall be a sufficient discharge for my Personal Representative.

## ARTICLE VII

I hereby nominate, constitute and appoint my husband, TINDARO LENZO, a/k/a LENZO TINDARO, as Personal Representative under this My Last Will and Testament and in the event he shall predecease me or renounce or cease or fail to qualify or resign or otherwise cease or fail to be Personal Representative hereof, I nominate, constitute and appoint my two children, my daughter NUNZIATINA LENZO RPMANO, a/k/a LENZO NUNZIATINA ROMANO, and my son, GIUSEPPE LENZO, a/k/a LENZO GIUSEPPE to be co-Personal Representatives under this my Will.

I direct that no bond or other security shall be required of any Personal Representative in any jurisdiction for the faithful performance of her or his duties as such Personal Representative.

Page four of My Last Will and Testament:_____

I direct that my estate be administered as an "unsupervised estate".

### ARTICLE VIII

Should any taker under this Will, including any Taker under power of appointment exercised herein, become an adverse party in proceeding for its probate, such taker shall forfeit his or her entire interest hereunder and such interest shall pass as part of the residue of my estate. However, if such taker is one of the takers of the residue, his/her interest shall be divided proportionately among the other takers of the residue. This paragraph shall not be construed to limit the appearance by any taker as a witness in any proceeding for the probate of the will or to limit his or her appearance in any capacity for its construction.

IN TESTIMONY WHEREOF, I have hereunto set my hand and seal to this my Last Will and Testament, this _3rd_ day of _July_ 1995.

_Virginia DiPerna Lenzo_ (SEAL)

The foregoing instrument, consisting of five typewritten pages, each bearing the signature or initials of VIRGINIA DiPERNA LENZO was signed, sealed, published and declared by the said Virginia DiPERNA LENZO as and for her Last Will and Testament, in our presence, and we, at her request, and in her presence, and in the presence of each other, have hereunto affixed our signatures as witnesses thereto.

_Gilpin Walker_ residing at _3446 Conn Ave NW_
Notary Public    _Gilpin C. Walker_
_Jeanne D. O'Donnell_ residing at _3317 Newark St. N.W._
                                  _Washington, D.C. 20008_