IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON SQUARE LIMITED
PARTNERSHIP, R.L.L.P.,

    Plaintiff,

vs.

GIUSEPPE LENZO, individually;
GIUSEPPE LENZO, as Trustee of
The Virginia Lenzo Trust;
GIUSEPPE LENZO, as Trustee of
The Tindaro Lenzo Trust;
NUNZIATA LENZO ROMANO;
and JANE DOE, as Personal
Representative of Estate of Virginia
Di Perna Lenzo,

    Defendants.
_____/

CASE NO.: 1:05CV02420
JUDGE: Emmet G. Sullivan
DECK TYPE: General Civil
DATE STAMP: 01/12/2006

RESPONSE OF GIUSEPPE LENZO TO THE AMENDED COMPLAINT
OF INTERPLEADER FILED BY PLAINTIFF, WASHINGTON SQUARE
LIMITED PARTNERSHIP, R.L.L.P.

    Defendant, GIUSEPPE LENZO, individually, and as Trustee of the Tindaro Lenzo Trust and the Virginia Lenzo Trust, responds to the Amended Complaint of Interpleader filed by Plaintiff, WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P. alleging:

    1. The Defendant realleges the Motion to Dismiss for Lack of Subject-Matter Jurisdiction, or in the Alternative, to Stay or Abate Pending Resolution of Previously Filed Related Proceedings in other Courts, and