Supporting Memorandum and supplements the affidavits previously filed with the Declaration of Dr. Zanon Adriano dated August 7, 2006 to further the Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

                Respectfully submitted,

                *Joseph DeGance*
                Joseph DeGance, Esq.
                3471 N. Federal Highway
                Suite 300
                Fort Lauderdale, Florida 33306
                Tel.: (954) 566-1531
                Fax: (954) 566-2382
                Attorney for Defendant
                GIUSEPPE LENZO