*[signature]*

Robert F. Comstock
REILLY & COMSTOCK, L.L.P.
5225 Wisconsin Avenue, N.W.
Suite 300
Washington, DC 20015
Attorney for Defendant
GIUSEPPE LENZO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing as well as the Declaration of Dr. Zanon Adriano has been furnished by U.S. Mail to Jeremy S. Simon, Esquire, 1919 Pennsylvania Avenue, N.W., Suite M-200, Washington, D.C., 20006, and to Michael J. Pollack, Esquire, 1700 Q Street N.W., Washington, D.C., 20009 this 17 day of August, 2006.

*[signature]*
Joseph DeGance, Esq.