IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,**

    Plaintiff,

vs.

**GIUSEPPE LENZO**, individually;
**GIUSEPPE LENZO**, as Trustee of
The Virginia Lenzo Trust;
**GIUSEPPE LENZO**, as Trustee of
The Tindaro Lenzo Trust;
**NUNZIATA LENZO ROMANO**;
and **JANE DOE**, as Personal
Representative of Estate of Virginia
Di Perna Lenzo,

    Defendants.

CASE NO.: 1:05CV02420
JUDGE: Emmet G. Sullivan
DECK TYPE: General Civil
DATE STAMP: 01/12/2006

_____/

### DECLARATION OF Dr. ZANON ADRIANO

Dr. Zanon Adriano declares as follows:

1. Declarant is Dr. Zanon Adriano. Declarant is over eighteen years of age and has personal knowledge of the facts stated in this declaration. If called to testify, Declarant's testimony would be the following under oath:

2. Declarant resides at Ctra. Vittoria Veneto 17 (Vicenza, Italia), and his professional address is Corso Padova W43, Vincenza, Italia. Declarant is a medical doctor licensed to practice medicine in the country of Italy. Declarant is a general medical practitioner. Declarant is a citizen of the Republic of Italy and is not a citizen of the United States of America.

3. Declarant was the personal physician to Virginia Di Perna Lenzo from the year 2002 to her death on February 26, 2005. I know that from the