end of 2002 until September of 2004 she resided in the city of Vicenza, Italy.

    4. From approximately September 9, 2004 through her death, Virginia Di Perna Lenzo was hospitalized in the region of Sicily, Italy.

    5. Declarant treated Virginia Di Perna Lenzo professionally from the end of 2002 on a regular basis until she was hospitalized in Sicily. From the end of 2002 Declarant saw her twice a month and even more frequently beginning in 2004.

    6. In those professional visits, Virginia Di Perna Lenzo, told the Declarant that she was back in Italy to reside permanently and that she did not have any intentions of going back to America to live, maybe only for a brief visit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 4 AUGUST 2006 _____(date).

Country of Italy
City of Vicenza

_____
Dr. Zanon Adriano