IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON SQUARE LIMITED )
PARTNERSHIP, R.L.L.P. )
)
    Plaintiff, )
) Civ. Action No. 05-2420 (EGS)
    v. )
)
GIUSEPPE LENZO, et al. )
)
    Defendants. )

**PLAINTIFF'S RESPONSE TO THE RESPONSE OF
GIUSEPPE LENZO TO THE AMENDED COMPLAINT**

    Plaintiff, Washington Square Limited Partnership, R.L.L.P. (hereinafter, "Plaintiff" or "Washington Square"), submits this reply to the Response of Giuseppe Lenzo to the Amended Complaint. In that response, Mr. Lenzo states that he is "realleging the Motion to Dismiss for Lack of Subject-Matter Jurisdiction, or in the Alternative, to Stay or Abate Pending Resolution of Previously Filed Related Proceedings in other Courts" (hereinafter, the "Motion to Dismiss") and that he is supplementing "the affidavits previously filed with the Declaration of Dr. Zanon Adriano dated August 7, 2006."

    In response, Washington Square incorporates herein by reference its opposition to the Motion to Dismiss (the "Opposition") (docket entry no. 23) and its Notice of Supplemental Authority With Respect to Pending Motion to Dismiss (docket entry no. 27). As regards the Adriano declaration of August 7, 2006, Washington Square asserts that the declaration should be disregarded as hearsay as to Virginia DiPerna Lenzo's alleged stated intentions as regards her domicile at the time of her death. Moreover, the declaration is in any event immaterial to

the jurisdictional question since, as set forth more fully in the Opposition, the requisite minimum diversity for this statutory interpleader action is established as between defendant Nunziata Lenzo Romano (an Italian citizen domiciled in Italy at the time of the filing of the original interpleader complaint) and defendant Giuseppe Lenzo (a United States citizen domiciled in Florida at the time of the filing of the original interpleader complaint).

Date: August 28, 2006                            Respectfully submitted,

/s/ Jeremy S. Simon
Jeremy S. Simon
D.C. Bar No. 447956
Thompson, Loss & Judge LLP
1919 Pennsylvania Ave., N.W.
Suite M-200
Washington, D.C. 20006
(202) 772-5170 (phone)
(202) 772-5180 (fax)

Counsel for Interpleader Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28th day of August 2006, I caused to be served a true and correct copy of the foregoing, via first-class mail, postage prepaid on the following:

1. Michael Pollack, Esq.
   Law Offices of Babak Movahedi, PLLC
   1700 Q. Street, N.W.
   Washington, D.C. 20009

2. Joseph DeGance, Esq.
   3471 N. Federal Highway
   Suite 300
   Fort Lauderdale, FL 33306

3. Robert F. Comstock, Esq.
   Reilly & Comstock, LLP
   5225 Wisconsin Ave., N.W.
   Washington, D.C. 20015

/s/ Jeremy S. Simon
Jeremy S. Simon