AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Washington Square Limited Partnership,
R.L.L.P.

**SUMMONS IN A CIVIL CASE**

V.

Giuseppe Lenzo, et al.

CASE NUMBER:    05-2420 (EGS)

TO: (Name and address of Defendant)

Floriana Nestore
Personal Representative of Estate of
Virginia DiPerna Lenzo
c/o Register of Wills of the District of Columbia
500 Indiana Ave., N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremy S. Simon, Esq.
Thompson, Loss & Judge, LLP
1919 Pennsylvania Ave., N.W.
Ste. M-200
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    AUG 0 8 2006

_____                    _____
CLERK                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | August 28, 2006 |
| NAME OF SERVER *(PRINT)* Jeremy Simon | TITLE | Counsel for Plaintiff (by attached letter) (sent by messenger) |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): __ **Service accepted by counsel (see below)** _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 29, 2006
      *Date*      *Signature of Server*

THOMPSON, LOSS & JUDGE, LLP
1919 PENNSYLVANIA AVENUE, NW
SUITE M-200
*Address of Server* WASHINGTON, DC 20006-3458

I, Michael Pollack, hereby accept service of the amended complaint in the matter, Washington Square Limited Partnership v. Giuseppe Lenzo, et. al. (Civ. Act. No. 05-2420), on behalf of my client, defendant Floriana Nestore.

Executed on  8/28/06
      Date          Michael Pollack, Esq.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# THOMPSON, LOSS & JUDGE, LLP

1919 PENNSYLVANIA AVENUE, NW
SUITE M-200
WASHINGTON, DC 20006-3458
(202) 772-5170
FACSIMILE: (202) 772-5180
TLJLAW.COM

JEREMY S. SIMON
(202) 772-5169
JSIMON@TLJLAW.COM

August 9, 2006

**VIA HAND DELIVERY**

Michael Pollack, Esq.
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

> Re:    Washington Square v. Giuseppe Lenzo, et al. (05-2420)

Dear Mr. Pollack:

Enclosed please find the summons and amended complaint in the referenced matter directed to defendant Floriana Nestore. You have agreed to accept service on her behalf and, in that regard, I ask that you please execute the acknowledgment of receipt on the "Return of Service" attached to the summons and promptly return the signed acknowledgment to me.

Please feel free to contact me if you have any questions.

Very truly yours,

Jeremy S. Simon

Enclosure