IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>  Plaintiff,<br><br>  v.<br><br>GIUSEPPE LENZO, et al.<br><br>  Defendants. | Civ. Action No. 05-2420 (EGS) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of the undersigned, counsel of record for Plaintiff, Washington Square, has changed to the following:

>Thompson, Loss & Judge, LLP
>Two LaFayette Centre
>1133 21st Street, N.W.
>Suite 450
>Washington, D.C. 20036
>
>(202) 778-4060 (phone)
>(202) 778-4099 (fax)

Counsel's e-mail address has not changed.

Date: October 4, 2006                                Respectfully submitted,

/s/ Jeremy S. Simon
Jeremy S. Simon
D.C. Bar No. 447956
Thompson, Loss & Judge, LLP

Two LaFayette Centre
1133 21st Street, N.W.
Suite 450
Washington, D.C. 20036

(202) 778-4060 (phone)
(202) 778-4099 (fax)

Counsel for Interpleader Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of October, 2006, I caused to be served a true and correct copy of the foregoing via first-class mail, postage prepaid on the following:

1. Michael Pollack, Esq.
   Law Offices of Babak Movahedi, PLLC
   1700 Q. Street, N.W.
   Washington, D.C. 20009

2. Joseph DeGance, Esq.
   3471 N. Federal Highway
   Suite 300
   Fort Lauderdale, FL 33306

3. Robert F. Comstock
   Comstock & Reilly, LLP
   5225 Wisconsin Avenue, N.W.
   Washington, D.C. 20015


/s/ Jeremy S. Simon
Jeremy S. Simon