IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GIUSEPPE LENZO, et al.<br><br>　　　Defendants. | Civ. Action No. 05-2420 (EGS) |

**MOTION FOR ORDER LIFTING STAY FOR
LIMITED PURPOSE OF FILING AN APPLICATION
FOR ATTORNEYS' FEES AND COSTS**

Plaintiff, Washington Square Limited Partnership, R.L.L.P. (hereinafter, "Plaintiff" or "Washington Square"), hereby moves this Court for an order lifting the stay of the litigation to allow Washington Square to file an application for an award of attorneys' fees and costs related to this interpleader action, and as grounds, states:

　　　1.　　This is an action for statutory interpleader under 28 U.S.C. § 1335 as set forth more fully in Plaintiff's Amended Complaint of Interpleader ("Complaint"), which is incorporated herein by reference.

　　　2.　　This Court has now held that Washington Square has met the statutory prerequisites for the invocation of the interpleader remedy under 28 U.S.C. § 1335. (Order of Sept. 20, 2006)

　　　3.　　In an interpleader action, costs and attorneys' fees are generally awarded, in the discretion of the court, to the plaintiff who initiates the interpleader as a mere disinterested stakeholder. Prudential Ins. Co. v. Boyd, 781 F.2d 1494, 1497 (11th Cir.

1986); see also Septembertide Pub., B.V. v. Stein & Day, Inc., 884 F.2d 675, 683 (2d Cir. 1989).

4.  Washington Square has expended a considerable amount of attorneys' fees and costs in bringing this action, and the parties to this interpleader action are currently endeavoring to reach an agreement on the amount and terms of any award of attorneys' fees and costs to Washington Square.

5.  Washington Square, through its counsel, has contacted counsel for defendant Nunziata Lenzo Romano and defendant Floriana Nestore, and has been authorized to represent that these parties consent to a lifting of the stay to address an award of attorneys' fees and costs to Washington Square.  Plaintiff, through its counsel, has contacted counsel for defendant Giuseppe Lenzo, in his respective capacities.  Counsel for Mr. Lenzo indicated, preliminarily, his consent to the relief requested in this motion, but was not in a position to provide final consent in advance of this filing.[1]

6.  Washington Square respectfully requests that the court lift the stay of this action to permit an application by Washington Square for an award of attorneys' fees and costs, and that the court set a schedule for the filing of such application that is at least 21 days from the date of any order lifting the stay.

7.  A proposed Order is attached.

## POINTS AND AUTHORITIES

28 U.S.C. § 1335

Local Rule 54.2(c)

---

[1] Washington Square believes the provisions of Local Rule 54.2(c) apply to any fee application that may be made at this time by Washington Square, and not the provisions of Local Rule 54.2(a). However, out of an abundance of caution, Washington Square is filing this motion within the period that is 14 days after issuance of the court's order of September 20, 2006.

Prudential Ins. Co. v. Boyd, 781 F.2d 1494, 1497 (11th Cir. 1986)

Septembertide Pub., B.V. v. Stein & Day, Inc., 884 F.2d 675, 683 (2d Cir. 1989)

Date: October 4, 2006                     Respectfully submitted,

/s/ Jeremy S. Simon
Jeremy S. Simon
D.C. Bar No. 447956
Thompson, Loss & Judge, LLP
Two LaFayette Centre
1133 21st Street, N.W.
Suite 450
Washington, D.C. 20036

(202) 778-4060 (phone)
(202) 778-4099 (fax)

Counsel for Interpleader Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of October, 2006, I caused to be served a true and correct copy of the foregoing and proposed Order, via first-class mail, postage prepaid on the following:

1. Michael Pollack, Esq.
   Law Offices of Babak Movahedi, PLLC
   1700 Q. Street, N.W.
   Washington, D.C. 20009

2. Joseph DeGance, Esq.
   3471 N. Federal Highway
   Suite 300
   Fort Lauderdale, FL 33306

3. Robert F. Comstock
   Comstock & Reilly, LLP
   5225 Wisconsin Avenue, N.W.
   Washington, D.C. 20015

/s/ Jeremy S. Simon
Jeremy S. Simon