IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

### ORDER

Having considered the Motion For Order Lifting Stay for Limited Purpose of Filing an Application for Attorneys' Fees and Costs, any opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that motion is granted; and it is

FURTHER ORDERED that the stay of this action is lifted to permit Plaintiff, Washington Square, to file an application for an award of attorneys' fees and costs; and it is

FURTHER ORDERED that any such application shall be filed no later than 21 days after the date of this Order.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge, LLP
Two LaFayette Centre

Ste. 450
1133 21st Street, N.W.
Washington, D.C. 20006

Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Joseph DeGance
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL 33306

Robert F. Comstock
Comstock & Reilly, LLP
5225 Wisconsin Avenue, N.W.
Washington, D.C. 20015