IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P. | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. Action No. 05-2420 (EGS) |
| v. | ) ) | |
| GIUSEPPE LENZO, et al. | ) ) | |
| Defendants. | ) ) | |

## ORDER

Having considered the Consent Motion Of Plaintiff Washington Square For Award Of Attorneys' Fees And Costs, the lack of opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that motion is granted; and it is

FURTHER ORDERED that Plaintiff, Washington Square, is awarded the amount of $40,000 on its claim for attorneys' fees and costs in this action, and that such amount shall be disbursed to Plaintiff from the funds that have been deposited into the Registry of this Court with respect to this action (the "Interpleaded Funds"); and it is

FURTHER ORDERED that the Clerk of the Court is authorized and directed to release $40,000 from the Interpleaded Funds to the Plaintiff, Washington Square (payable to "Washington Square Limited Partnership, R.L.L.P."); and it is

FURTHER ORDERED that, as the Court finds there is no just reason for delay, the Clerk shall enter final judgment in favor of Plaintiff, Washington Square, in the

amount of $40,000, payable from the Interpleaded Funds, on Washington Square's claim for attorneys' fees and costs in this action.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge LLP
Two Lafayette Centre
1133 21st Street, NW
Ste. 450
Washington, D.C. 20036

Michael Pollack
Law Offices of Babak Movahedi, PLLC
1700 Q. Street, N.W.
Washington, D.C. 20009

Joseph DeGance, Esq.
3471 N. Federal Highway
Suite 300
Fort Lauderdale, FL 33306

Robert F. Comstock
Comstock & Reilly, LLP
5225 Wisconsin Avenue, N.W.
Washington, D.C. 20015