## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
——————————————————  )
                                )
WASHINGTON SQUARE LIMITED        )
PARTNERSHIP, R.L.L.P.            )
                                )
        Plaintiff,              )      Civ. Action No. 05-2420 (EGS)
                                )
           v.                   )
                                )
GIUSEPPE LENZO, et al.,          )
                                )
        Defendants.             )
——————————————————  )
```

### DECLARATION OF JEREMY S. SIMON

I, Jeremy S. Simon, declare as follows:

1.      I am counsel of record for the Plaintiff, Washington Square Limited

Partnership, R.L.L.P. ("Washington Square"), in the above-captioned matter.

2.      I am a 1994 graduate of the Duke University School of Law.  Since

September 1994, I have been in private practice as a commercial litigator.

3.      I was admitted to the state Bar in Maryland in 1994 and to the Bar of the

District of Columbia in 1995.  In 2001, I was admitted to the Bar of this Court and, in

2005, I was admitted to the Bar of the United States District Court, District of Colorado.

I have been admitted on a pro hac vice basis to the following federal courts, among

others, in a variety of matters:  (a) Northern District of Indiana; (b) Southern District of

New York (district court and bankruptcy); (c) Central District of California; (d) Southern

District of Texas (bankruptcy); (e) Eastern District of Pennsylvania; (f) District of

Massachusetts (bankruptcy); and (g) Southern District of Florida.

4.      Attached hereto as Exhibit A is a true and correct copy of billing statements, with certain redactions, issued by my firm to Washington Square in connection with the above-captioned matter for the period from November 30, 2005 to September 30, 2006.

5.      Attached hereto as Exhibit B is a true and correct copy of the so-called Laffey Matrix, updated as of July 13, 2006, obtained from the website of the United States Attorneys Office for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct based on my personal knowledge, information and belief.  Executed on December 5, 2006, in the District of Columbia.

/s/ Jeremy S. Simon
Jeremy S. Simon

EXHIBIT "A"

# THOMPSON, LOSS & JUDGE LLP

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12396
Date:  January 01, 2006

Re: Lenzo, Virginia
TLJ Matter No.:  9405.40

For Professional Services Rendered as of December 31, 2005

| | | Hours |
|---|---|---|
| 11/30/2005 | Review federal interpleader statute and related provisions; review draft complaint for interpleader; outline issues. | 1.10 |
| | Jeremy S. Simon | |
| 12/1/2005 | Research D.C. Superior Court rules re: interpleader actions and payments into court registry. | 0.50 |
| | Jeremy S. Simon | |
| 12/2/2005 | Review standard procedural treatise on interpleader procedure and availability of attorney fees; telecon w/ client re: ▬▬▬▬▬▬▬▬▬ research re: service of process on estate prior to appointment of personal representative; begin revisions to existing draft of complaint. | 4.70 |
| | Jeremy S. Simon | |
| 12/4/2005 | Review underlying documents received from client; continue to revise existing draft complaint. | 3.00 |
| | Jeremy S. Simon | |

# THOMPSON, LOSS & JUDGE    L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12396
Date: January 01, 2006
Page        2

|  | | Hours |
|---|---|---|
| 12/6/2005 | Review material obtained from probate division re: Lenzo estate; incorporate same into draft complaint; ▮▮▮▮▮▮▮▮▮▮▮▮. | 2.00 |
| | Jeremy S. Simon | |
| | Research at DC Superior Court Register of Wills office regarding status of probate proceeding; confer with J. Simon to discuss research results. | 2.50 |
| | Saphira A. Meas | |
| 12/7/2005 | Telecon w/ M. Pollack, counsel for daughter; research re: possible forums for filing ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮. | 2.20 |
| | Jeremy S. Simon | |
| 12/8/2005 | Obtain copies from DC Superior Court of sample interpleader filings. | 2.00 |
| | Saphira A. Meas | |
| | Draft comprehensive email to client ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; telecon with investigation company re: Lenzo search; draft letter to same; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 3.50 |
| | Jeremy S. Simon | |
| 12/9/2005 | Research venue and jurisdictional issues related to a federal court filing; call with client re: ▮▮▮▮; research interpleader procedure in federal district court; ▮▮▮▮▮▮▮▮▮▮. | 4.00 |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12396
Date: January 01, 2006
Page      3

|  |  | Hours |
|---|---|---|
| | Jeremy S. Simon | |
| 12/11/2005 | Continue to draft complaint and make modifications for federal court filing. | 4.50 |
| | Jeremy S. Simon | |
| 12/12/2005 | Finalize draft complaint; email to client███████. | 2.00 |
| | Jeremy S. Simon | |
| 12/13/2005 | Draft motion and supporting memorandum seeking order directing defendants to interplead and for authority to deposit funds into court registry. | 5.50 |
| | Jeremy S. Simon | |
| 12/14/2005 | Continue to prepare motions related to filing of interpleader complaint, including motion directing defendants to interplead, for authority to deposit funds into court registry and for expedited consideration. | 2.90 |
| | Jeremy S. Simon | |
| 12/15/2005 | Continue to draft motions related to filing of interpleader action; multiple tasks re: preparation for filing of same. | 3.00 |
| | Jeremy S. Simon | |
| 12/16/2005 | Assist J. Simon with filing of Interpleader Complaint and Motions. | 1.80 |
| | Saphira A. Meas | |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12396
Date: January 01, 2006
Page      4

|  |  | Hours |
|---|---|---|
| 12/16/2005 | Finalize complaint and related motions for filing; draft cover letters to Pollack and Lenzo re: same; email to client re:██████████. | 3.30 |
|  | Jeremy S. Simon |  |
| 12/22/2005 | Review court order authorizing interpleader action and deposit of funds; email to client re:█████, draft letters to Pollack and Lenzo re: service of order; review service rules for D.C. and Florida. | 0.70 |
|  | Jeremy S. Simon |  |
| 12/23/2005 | Prepare complaint for service on Giuseppe Lenzo, individually and as trustee; email client re: ██████████████████; draft letter to process server and Lenzo to accompany complaint. | 2.00 |
|  | Jeremy S. Simon |  |
| 12/29/2005 | Draft notice of service of court's December 21 order and file same; email to client re:████████████. | 0.50 |
|  | Jeremy S. Simon |  |

|  |  | Amount |
|---|---|---|
| Total Fees | 51.70 | $16,967.50 |

Disbursements

| Copying Charges | 70.50 |
|---|---|
| Filing Fees | 250.00 |
| Local Travel | 28.50 |
| Miscellaneous Expenses | 250.00 |

**THOMPSON, LOSS & JUDGE  L.L.P.**

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12396
Date: January 01, 2006
Page        5

|  | Amount |
|---|---|
| Total Disbursements | $599.00 |
| Total Fees and Disbursements | $17,566.50 |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12396
Date: January 01, 2006
Page      6

## TIME AND FEE SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeremy S. Simon | 45.40 | 355.00 | $16,117.00 |
| Saphira A. Meas | 6.30 | 135.00 | $850.50 |
| | | | Amount |
| TOTAL AMOUNT DUE | | | $17,566.50 |

**THOMPSON, LOSS & JUDGE**   L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12396
Date: January 01, 2006
Page       7

PLEASE SEND REMITTANCE TO:

Thompson, Loss & Judge, L.L.P.
Attention: Accounts Receivable
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Tax Identification Number: 36-4537726

**PLEASE REFERENCE INVOICE NUMBER(S) ON YOUR CHECK FOR ACCURATE PROCESSING.**

# THOMPSON, LOSS & JUDGE LLP

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12449
Date: February 07, 2006

Re: Lenzo, Virginia
TLJ Matter No.: 9405.40

For Professional Services Rendered as of    January 31, 2006

|  |  | Hours |
|---|---|---:|
| 1/3/2006 | Telecon w/ process server re: G. Lenzo; email to client re: ▮▮▮▮ draft subpoena to Continental Group, property manager for Mirage condominiums. | 1.00 |
|  | Jeremy S. Simon |  |
| 1/5/2006 | Draft correspondence to Mirage condominium and Continental Group re: subpoena; coordinate service of subpoena with Capitol Process; finalize subpoena for service. | 2.00 |
|  | Jeremy S. Simon |  |
| 1/6/2006 | Draft letter to Register of Wills re: service of complaint and December 21, 2005 order. | 0.50 |
|  | Jeremy S. Simon |  |
| 1/9/2006 | Trip to probate division of Superior Court to check on status of probate proceeding and to serve papers on "Jane Doe" defendant. | 1.40 |
|  | Saphira A. Meas |  |
| 1/13/2006 | Telecon w/ attorney for Continental Group re: subpoena; review rules for international service; email to client re: ▮▮▮▮ telecon w/ Pollack re: status; telecon w/ international process service company; call w/ client re: ▮▮▮▮ | 3.50 |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12449
Date: February 07, 2006
Page        2

|  |  | Hours |
|---|---|---|
| | Jeremy S. Simon | |
| 1/18/2006 | Research options for alternative methods of service under Hague Convention, including the option of service via "postal channels;" draft detailed email to client re:███; outline motion for service by mail under Rule 4(f)(3); begin drafting same. | 7.00 |
| | Jeremy S. Simon | |
| 1/19/2006 | Telecon w/ Florida process server; draft declaration re: same for service motion. | 0.70 |
| | Jeremy S. Simon | |
| 1/20/2006 | Draft motion for service by mail under Rule 4(f)(3); finalize Frew declaration re: same████████ | 1.50 |
| | Jeremy S. Simon | |
| 1/22/2006 | Draft brief in support of motion for service by mail under Rule 4(f)(3). | 2.00 |
| | Jeremy S. Simon | |
| 1/23/2006 | Continue to draft brief in support of motion for service by mail under Rule 4(f)(3). | 3.00 |
| | Jeremy S. Simon | |
| 1/24/2006 | Draft supporting memorandum of law for motion to authorize service by mail; draft accompanying motion and proposed order; continue to research issues re: same. | 6.00 |

# THOMPSON, LOSS & JUDGE    L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12449
Date: February 07, 2006
Page        3

| | Hours |
|---|---|
| Jeremy S. Simon | |
| 1/25/2006 Finalize draft of motion to authorize service by mail and supporting documents and send to client ▮▮▮▮▮. | 2.30 |
| Jeremy S. Simon | |
| 1/26/2006 Prepare motion to authorize service by mail for filing; file same. | 0.50 |
| Jeremy S. Simon | |
| 1/31/2006 Review court order authorizing service; confer w/ S. Meas re: commercial carrier options; draft cover letter to Lenzo. | 0.80 |
| Jeremy S. Simon | |

| | | Amount |
|---|---|---|
| Total Fees | 32.20 | $11,137.00 |

Disbursements

| | |
|---|---|
| Court Document Retrieval | 6.96 |
| Legal Research | 124.99 |
| Postage & Delivery Services | 8.00 |
| Service of Process | 413.85 |
| Total Disbursements | $553.80 |

| | |
|---|---|
| Total Fees and Disbursements | $11,690.80 |

**THOMPSON, LOSS & JUDGE**  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12449
Date: February 07, 2006
Page       4

### TIME AND FEE SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jeremy S. Simon | 30.80 | 355.00 | $10,934.00 |
| Saphira A. Meas | 1.40 | 145.00 | $203.00 |

| | Amount |
|--|--|
| Previous balance | $17,566.50 |
| TOTAL AMOUNT DUE | $29,257.30 |

**THOMPSON, LOSS & JUDGE**  L.L.P.

Washington Square LP                          Invoice No.: 12449
Attn: Joel N. Simon, Special Counsel          Date: February 07, 2006
Lerner Entertprises, LLC                      Page       5
11501 Huff Court
North Bethesda, MD 20895-1094

PLEASE SEND REMITTANCE TO:

Thompson, Loss & Judge, L.L.P.
Attention: Accounts Receivable
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Tax Identification Number: 36-4537726

**PLEASE REFERENCE INVOICE NUMBER(S) ON YOUR CHECK FOR ACCURATE PROCESSING.**

# THOMPSON, LOSS & JUDGE LLP

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12506
Date:  March 01, 2006

Re: Lenzo, Virginia
TLJ Matter No.:  9405.40

For Professional Services Rendered as of   February 28, 2006

| | | Hours |
|---|---|---|
| 2/3/2006 | Email to client re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.30 |
| | Jeremy S. Simon | |
| 2/10/2006 | Prepare return of service for G. Lenzo and file same. | 0.80 |
| | Jeremy S. Simon | |
| 2/20/2006 | Telecon w/ M. Pollack re: proposed cross-claim. | 0.20 |
| | Jeremy S. Simon | |
| 2/23/2006 | Review motion to dismiss; multiple emails to client re: ▮▮▮; research regarding the issuance of a subpoena for Lenzo's 2005 Florida homestead exemption application; issue subpoena re: same; research effect of dual citizenship on diversity jurisdiction; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 3.50 |
| | Jeremy S. Simon | |
| 2/24/2006 | Research re: probate exception doctrine; outline response to same; finalize subpoena for homestead exemption application. | 2.80 |
| | Jeremy S. Simon | |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12506
Date: March 01, 2006
Page     2

|  |  | Hours |
|---|---|---|
| 2/27/2006 | Telecon w/ Florida process server; email to client re: ▓▓▓▓; telecon w/ Tax Collector's office re: subpoena; revise subpoena for homestead exemption information. | 1.00 |
| | Jeremy S. Simon | |
| 2/28/2006 | Telecon w/ property tax appraiser's office re: subpoena; prepare cover letter to same; coordinate service of subpoena with local counsel; telecon w/ M. Pollack; telecon w/ J. DeGance and letter to same re: contradictions in Lenzo affidavit; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 2.80 |
| | Jeremy S. Simon | |

| | | Amount |
|---|---|---|
| Total Fees | 11.40 | $4,047.00 |
| Disbursements | | |
| Legal Research | | 154.90 |
| Telephone | | 0.07 |
| Total Disbursements | | $154.97 |
| Total Fees and Disbursements | | $4,201.97 |

# THOMPSON, LOSS & JUDGE    L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12506
Date: March 01, 2006
Page        3

### TIME AND FEE SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jeremy S. Simon | 11.40 | 355.00 | $4,047.00 |

| | Amount |
|---|---|
| Previous balance | $29,257.30 |
| TOTAL AMOUNT DUE | $33,459.27 |

# THOMPSON, LOSS & JUDGE   L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12506
Date: March 01, 2006
Page       4

PLEASE SEND REMITTANCE TO:

Thompson, Loss & Judge, L.L.P.
Attention: Accounts Receivable
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Tax Identification Number: 36-4537726

**PLEASE REFERENCE INVOICE NUMBER(S) ON YOUR CHECK FOR ACCURATE PROCESSING.**

## THOMPSON, LOSS & JUDGE  LLP

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12567
Date:  April 01, 2006

Re: Lenzo, Virginia
TLJ Matter No.: 9405.40

For Professional Services Rendered as of        March 31, 2006

|  |  | Hours |
|---|---|---|
| 3/3/2006 | telecon w/ client re: ▬▬▬▬▬▬▬▬▬, telecon w/ J. DeGance re: withdrawal of motion to dismiss and discharge of Washington Square, including resolution of attorneys' fees; telecon w/ M. Pollack re: same; draft consent motion for extension to respond to motion to dismiss.<br><br>Jeremy S. Simon | 2.00 |
| 3/7/2006 | Review supplemental affidavit of G. Lenzo and analyze relevance to motion to dismiss; telecon re: subpoena to property appraiser's office.<br><br>Jeremy S. Simon | 0.70 |
| 3/8/2006 | Respond to email from J. DeGance; conduct follow up research re: homestead exemption in Florida; research re: factors for determining domicile.<br><br>Jeremy S. Simon | 1.80 |
| 3/13/2006 | Review and analyze relevance of additional affidavit filed by Lenzo re: motion to dismiss.<br><br>Jeremy S. Simon | 0.30 |

**THOMPSON, LOSS & JUDGE** L.L.P.

Washington Square LP                          Invoice No.: 12567
Attn: Joel N. Simon, Special Counsel          Date: April 01, 2006
Lerner Entertprises, LLC                      Page       2
11501 Huff Court
North Bethesda, MD 20895-1094

|  |  | Hours |
|---|---|---|
| 3/14/2006 | Email to client re: ██████████████; telecon w/ client re: ████; monitor probate hearing in Superior Court. | 2.70 |
| | Jeremy S. Simon | |
| 3/15/2006 | ██████████████████████████, ████ | 1.30 |
| | Jeremy S. Simon | |
| 3/17/2006 | Outline response to motion to dismiss of G. Lenzo. | 2.00 |
| | Jeremy S. Simon | |
| 3/19/2006 | Begin drafting response to motion to dismiss by G. Lenzo, focusing on section pertaining to issue of domicile; research re: same. | 4.80 |
| | Jeremy S. Simon | |
| 3/20/2006 | Continue to draft section of response to motion to dismiss filed by G. Lenzo re: domicile. | 2.70 |
| | Jeremy S. Simon | |
| 3/21/2006 | Research re: response to motion to dismiss of G. Lenzo re: probate exception and domicile issues; continue to draft response to same; focusing on probate exception section. | 9.80 |
| | Jeremy S. Simon | |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12567
Date: April 01, 2006
Page        3

| | | Hours |
|---|---|---|
| 3/22/2006 | Additional research in connection with response to motion to dismiss; continue to draft response to same. | 8.00 |
| | Jeremy S. Simon | |
| 3/23/2006 | Complete response to motion to dismiss; draft declaration in support of same; draft response to motion for leave to file cross-claim. | 6.00 |
| | Jeremy S. Simon | |
| 3/28/2006 | Telecon w/ DeGance and Pollack re: report to court and proposed schedule; draft Rule 26(f) report and proposed scheduling report. | 1.30 |
| | Jeremy S. Simon | |
| 3/29/2006 | Finalize draft of Rule 26 report and proposed joint schedule and email client re: ▬▬▬. | 0.70 |
| | Jeremy S. Simon | |

| | | Amount |
|---|---|---|
| Total Fees | 44.10 | $15,655.50 |

Disbursements

| | |
|---|---|
| Copying Charges | 0.13 |
| Legal Research | 100.62 |
| Postage & Delivery Services | 24.37 |
| Service of Process | 264.85 |
| Telephone | 2.04 |

**THOMPSON, LOSS & JUDGE   L.L.P.**

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12567
Date: April 01, 2006
Page      4

| | Amount |
|---|---|
| Total Disbursements | $392.01 |
| Total Fees and Disbursements | $16,047.51 |

**THOMPSON, LOSS & JUDGE** L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12567
Date: April 01, 2006
Page     5

### TIME AND FEE SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jeremy S. Simon | 44.10 | 355.00 | $15,655.50 |

|  | Amount |
|--|--------|
| Previous balance | $33,459.27 |
| Total payments and adjustments | ($33,459.27) |
| TOTAL AMOUNT DUE | $16,047.51 |

**THOMPSON, LOSS & JUDGE**   L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12567
Date: April 01, 2006
Page        6

PLEASE SEND REMITTANCE TO:

Thompson, Loss & Judge, L.L.P.
Attention: Accounts Receivable
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Tax Identification Number: 36-4537726

**PLEASE REFERENCE INVOICE NUMBER(S) ON YOUR CHECK FOR ACCURATE PROCESSING.**

# THOMPSON, LOSS & JUDGE  LLP

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12622
Date:  July 01, 2006

Re: Lenzo, Virginia
TLJ Matter No.: 9405.40

For Professional Services Rendered as of        June 30, 2006

| | | Hours |
|---|---|---|
| 4/7/2006 | Telecon w/ Dymersky re: motion to extend service period (.1); telecon w/ Pollack and Austin re: status of probate (.3); draft motion to extend service date (.5); research re: substitution of personal representative as party once appointed (.5). | 1.40 |
| | Jeremy S. Simon | |
| 4/17/2006 | Telecon w/ DeGance attorney (Dymersky) re: status. | 0.30 |
| | Jeremy S. Simon | |
| 4/20/2006 | ██████████████████████ | 0.20 |
| | Jeremy S. Simon | |
| 5/2/2006 | Review Marshall decision by United States Supreme Court on probate exception; prepare notice of supplemental authority for filing with court. | 1.00 |
| | Jeremy S. Simon | |
| 5/11/2006 | Telecon w/ client re: ██████ | 0.30 |
| | Jeremy S. Simon | |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12622
Date: July 01, 2006
Page        2

|  |  | Hours |
|---|---|---|
| 5/31/2006 | Revise draft motion to substitute F. Nestore for Jane Doe defendant. | 0.50 |
|  | Jeremy S. Simon |  |
| 6/1/2006 | Research procedure for substituting real party in place of Jane Doe defendant; draft motion and proposed order re: authorization to deposit next rental installment into court registry; draft proposed amended complaint; draft motion for substitution and extension; email to client; email to opposing counsel for consent. | 3.50 |
|  | Jeremy S. Simon |  |
| 6/6/2006 | Telecon w/ J. DeGance; email to client re: ▇▇▇▇▇▇▇▇▇▇▇▇▇; research re: status of probate proceeding. | 0.60 |
|  | Jeremy S. Simon |  |
| 6/8/2006 | Research federal court decisions awarding fees to interpleader plaintiff; telecon w/ client re: ▇▇▇▇▇▇▇▇▇; file motions to deposit rent into court registry and for extension of service period. | 1.10 |
|  | Jeremy S. Simon |  |
| 6/22/2006 | Telecon w/ M. Pollack re: status. | 0.30 |
|  | Jeremy S. Simon |  |
| 6/23/2006 | Arrange for deposit of rental check into court registry; ▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ | 0.50 |
|  | Jeremy S. Simon |  |

**THOMPSON, LOSS & JUDGE   L.L.P.**

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Entertprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12622
Date: July 01, 2006
Page        3

|  | Hours | Amount |
|---|---|---|
| Total Fees | 9.70 | $3,443.50 |

Disbursements

| | Amount |
|---|---|
| Legal Research | 89.76 |
| Postage Expense | 11.70 |
| Record Retrieval | 8.80 |
| Telephone | 11.80 |
| Total Disbursements | $122.06 |

| | |
|---|---|
| Total Fees and Disbursements | $3,565.56 |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Joel N. Simon, Special Counsel
Lerner Enterprises, LLC
11501 Huff Court
North Bethesda, MD 20895-1094

Invoice No.: 12622
Date: July 01, 2006
Page      4

### TIME AND FEE SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jeremy S. Simon | 9.70 | 355.00 | $3,443.50 |

| | Amount |
|--|--------|
| Previous balance | $16,047.51 |
| Total payments and adjustments | ($16,047.51) |
| TOTAL AMOUNT DUE | $3,565.56 |

**THOMPSON, LOSS & JUDGE**   L.L.P.

Washington Square LP                                  Invoice No.: 12622
Attn: Joel N. Simon, Special Counsel                 Date: July 01, 2006
Lerner Entertprises, LLC                             Page        5
11501 Huff Court
North Bethesda, MD 20895-1094

PLEASE SEND REMITTANCE TO:

Thompson, Loss & Judge, L.L.P.
Attention: Accounts Receivable
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Tax Identification Number: 36-4537726

**PLEASE REFERENCE INVOICE NUMBER(S) ON YOUR CHECK FOR ACCURATE PROCESSING.**

# THOMPSON, LOSS & JUDGE LLP

Washington Square LP
Attn: Arnold J. Kohn
The Tower Companies
11501 Huff Court
North Bethesda, MD 20895

Invoice No.: 12790
Date:  October 01, 2006

Re: Lenzo, Virginia
TLJ Matter No.: 9405.40

For Professional Services Rendered as of September 30, 2006

|  |  | Hours |
|---|---|---|
| 7/5/2006 | Telecon w/ J. DeGance re: request for documents and email to client re:████. | 0.20 |
|  | Jeremy S. Simon |  |
| 8/2/2006 | Finalize motion to amend complaint and file same. | 0.40 |
|  | Jeremy S. Simon |  |
| 8/4/2006 | Draft cover letter to J. DeGance re: documents; prepare documents for production to Mr. DeGance. | 0.50 |
|  | Jeremy S. Simon |  |
| 8/7/2006 | Revise draft order for discharge; draft email to opposing counsel re: same. | 0.60 |
|  | Jeremy S. Simon |  |
| 8/9/2006 | Telecon w/ J. DeGance (.2); email to client re████████ ████████(.8). | 1.00 |
|  | Jeremy S. Simon |  |

**THOMPSON, LOSS & JUDGE**  L.L.P.

Washington Square LP                          Invoice No.: 12790
Attn: Arnold J. Kohn                          Date: October 01, 2006
The Tower Companies                           Page        2
11501 Huff Court
North Bethesda, MD 20895

|  |  | Hours |
|---|---|---|
| 8/10/2006 | Finalize email re: proposal for addressing fee issue as part of Washington Square's discharge from interpleader action. | 0.50 |
|  | Jeremy S. Simon |  |
| 8/15/2006 | Telecon w/ Pollack re: status; email to client re:▆▆. | 0.30 |
|  | Jeremy S. Simon |  |
| 8/28/2006 | Finalize response to Lenzo filing re: amended complaint and file same. | 0.40 |
|  | Jeremy S. Simon |  |
| 9/11/2006 | Telecon w/ Pollack re: status of probate and related issues. | 0.20 |
|  | Jeremy S. Simon |  |
| 9/19/2006 | Review file re: status (.2); telecon w/ M. Pollack re: requested extension to answer (.1). | 0.30 |
|  | Jeremy S. Simon |  |
| 9/20/2006 | Review court decision on motion to dismiss and analyze case status in light of same (.7); email to client re: ▆▆ (.5). | 1.20 |
|  | Jeremy S. Simon |  |
| 9/21/2006 | ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | 0.90 |

# THOMPSON, LOSS & JUDGE  L.L.P.

Washington Square LP
Attn: Arnold J. Kohn
The Tower Companies
11501 Huff Court
North Bethesda, MD 20895

Invoice No.: 12790
Date: October 01, 2006
Page       3

                                                                                                Hours

Jeremy S. Simon

9/26/2006   Supplement research on availability of attorneys' fees in interpleader action (.5);        2.50
            draft motion to lift stay for limited purpose of considering interim attorney fee
            application (2.0).

Jeremy S. Simon

9/27/2006   Telecon w/ J. DeGance re: requesting consent to motion to lift stay and to assess        0.60
            his position on fee issue (.1); email to client re: ▇▇▇(.2); draft email to DeGance
            setting forth revised proposal to address fee issue (.3).

Jeremy S. Simon

9/28/2006   Respond to email from DeGance re: settlement issue.        0.20

Jeremy S. Simon

9/29/2006   Telecon w/ Pollack re: proposed resolution of fee issue (.2); ▇▇▇▇▇▇▇        1.00
            ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
            ▇▇

Jeremy S. Simon

                                                                                            Amount
Total Fees                                                        10.80        $3,834.00

# THOMPSON, LOSS & JUDGE L.L.P.

Washington Square LP
Attn: Arnold J. Kohn
The Tower Companies
11501 Huff Court
North Bethesda, MD 20895

Invoice No.: 12790
Date: October 01, 2006
Page     4

Disbursements

| | Amount |
|---|---|
| Copying Charges | 78.40 |
| Court Document Retrieval | 4.72 |
| Delivery | 8.46 |
| Legal Research | 125.38 |
| Postage Expense | 31.02 |
| Telephone | 1.19 |
| Total Disbursements | $249.17 |
| | |
| Total Fees and Disbursements | $4,083.17 |

**THOMPSON, LOSS & JUDGE** L.L.P.

Washington Square LP
Attn: Arnold J. Kohn
The Tower Companies
11501 Huff Court
North Bethesda, MD 20895

Invoice No.: 12790
Date: October 01, 2006
Page       5

TIME AND FEE SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Jeremy S. Simon | 10.80 | 355.00 | $3,834.00 |

| | Amount |
|--|--------|
| Previous balance | $3,565.56 |
| Total payments and adjustments | ($3,565.56) |
| TOTAL AMOUNT DUE | $4,083.17 |

# THOMPSON, LOSS & JUDGE    L.L.P.

Washington Square LP
Attn: Arnold J. Kohn
The Tower Companies
11501 Huff Court
North Bethesda, MD 20895

Invoice No.: 12790
Date: October 01, 2006
Page        6

PLEASE SEND REMITTANCE TO:

Thompson, Loss & Judge, L.L.P.
Attention: Accounts Receivable
1919 Pennsylvania Avenue, N.W.
Suite M-200
Washington, D.C. 20006

Tax Identification Number: 36-4537726

**PLEASE REFERENCE INVOICE NUMBER(S) ON YOUR CHECK FOR ACCURATE PROCESSING.**

EXHIBIT "B"

United States Attorney's Office for the District of Columbia        Page 1 of 2



# UNITED STATES ATTORNEY'S OFFICE
## FOR THE DISTRICT OF COLUMBIA

555 4TH STREET, NW
WASHINGTON, DC 20530
(202) 514-7566

SEARCH

HOME

U.S. ATTORNEY

ABOUT US

DIVISIONS

COMMUNITY
PROSECUTION

PROGRAMS
FOR YOUTH

VICTIM WITNESS
ASSISTANCE

PARTNERSHIPS

PRESS RELEASES

EMPLOYMENT

ESPAÑOL

CONTACT US

LINKS

SITE MAP

**LAFFEY MATRIX 2003 - 2006**

| Experience | 03-04 | 04-05 | 05-06 |
|---|---|---|---|
| 20+ years | 380 | 390 | 405 |
| 11-19 years | 335 | 345 | 360 |
| 8-10 years | 270 | 280 | 290 |
| 4-7 years | 220 | 225 | 235 |
| 1-3 years | 180 | 185 | 195 |
| Paralegals & Law Clerks | 105 | 110 | 115 |

Years (Rate for June 1 – May 31, based on prior year's CPI-U)

**Explanatory Notes**

1. This matrix of hourly rates for attorneys of varying experience levels and paralegals/law clerks has been prepared by the Civil Division of the United States Attorney's Office for the District of Columbia. The matrix is intended to be used in cases in which a "fee-shifting" statute permits the prevailing party to recover "reasonable" attorney's fees. *See, e.g.,* 42 U.S.C. § 2000e-5(k) (Title VII of the 1964 Civil Rights Act); 5 U.S.C. § 552(a)(4)(E) (Freedom of Information Act); 2 U.S.C. § 2412 (b) (Equal Access to Justice Act). The matrix does not apply in cases in which the hourly rate is limited by statute. See 28 U.S.C. § 2412(d).

2. This matrix is based on the hourly rates allowed by the District Court in *Laffey v. Northwest Airlines, Inc.,* 572 F. Supp. 354 (D.D.C. 1983), *aff'd in part, rev'd in part on other grounds,* 746 F.2d 4 (D.C. Cir. 1984), *cert. denied,* 472 U.S. 1021 (1985). It is commonly referred to by attorneys and federal judges in the District of Columbia as the "Laffey Matrix" or the "United States Attorney's Office Matrix." The column headed "Experience" refers to the years following the attorney's graduation from law school. The various "brackets" are intended to correspond to "junior associates" (1-3 years after law school graduation), "senior associates" (4-7 years), "experienced federal court litigators" (8-10 and 11-19 years), and "very experienced federal court litigators" (20 years or more). *See Laffey,* 572 F. Supp. at 371.

3. The hourly rates approved by the District Court in *Laffey* were for work done principally in 1981-82. The Matrix begins with those rates. *See Laffey,* 572 F. Supp. at 371 (attorney rates) & 386 n.74 (paralegal and law clerk rate). The rates for subsequent yearly periods were determined by adding the change in the cost of living for the Washington, D.C. area to the applicable rate for the prior year, and then rounding to the nearest multiple of $5 (up if within $ of the next multiple of $5). The result is subject to adjustment if appropriate to ensure that the relationship between the highest rate and the lower rates remains reasonably constant. Changes in the cost of living are measured by the Consumer Price Index for All Urban Consumers (CPI-U) for Washington-Baltimore, DC-MD-VA-WV, as announced by the Bureau of Labor Statistics for May of each year.

4. Use of an updated *Laffey* Matrix was implicitly endorsed by the Court of Appeals in *Save Our*

United States Attorney's Office for the District of Columbia                  Page 2 of 2



*Cumberland Mountains v. Hodel*, 857 F.2d 1516, 1525 (D.C. Cir. 1988) (en banc). The Court of Appeals subsequently stated that parties may rely on the updated *Laffey* Matrix prepared by the United States Attorney's Office as evidence of prevailing market rates for litigation counsel in the Washington, D.C. area. See *Covington v. District of Columbia*, 57 F.3d 1101, 1105 & n. 14, 1109 (D.C. Cir. 1995), *cert. denied*, 516 U.S. 1115 (1996). Lower federal courts in the District of Columbia have used this updated *Laffey* Matrix when determining whether fee awards under fee-shifting statutes are reasonable. See, e.g., *Blackman v. District of Columbia* 59 F. Supp. 2d 37, 43 (D.D.C. 1999); *Jefferson v. Milvets System Technology, Inc.*, 986 F. Supp. 6, 11 (D.D.C. 1997); *Ralph Hoar & Associates v. Nat'l Highway Transportation Safety Admin.*, 985 F. Supp. 1, 9-10 n.3 (D.D.C. 1997); *Martini v. Fed. Nat'l Mtg Ass'n*, 977 F. Supp. 482, 485 n.2 (D.D.C. 1997); *Park v. Howard University*, 881 F. Supp. 653, 654 (D.D.C. 1995).

**Last Updated on 07/13/2006**

Department of Justice | FirstGgov | USA | Privacy Policy | PSN | PSN Grants | www.regulations.gov | DOJ/Kids