UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
WASHINGTON SQUARE LIMITED,          )
    PARTNERSHIP, R.L.L.P.           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civ. Action No. 05-2420
                                    )   (EGS)
GIUSEPPE LENZO, *et al.*,           )
                                    )
            Defendants.             )
_____)

**ORDER**

Upon consideration of Plaintiff's Consent Motion for Award of Attorneys' Fees and Costs, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Plaintiff, Washington Square, is awarded the amount of $40,000 on its claim for attorneys' fees and costs in this action, and that such amount shall be disbursed to Plaintiff from the funds that have been deposited into the Registry of this Court with respect to this action ("Interpleader Funds"); and it is

**FURTHER ORDERED** that the Clerk of the Court is authorized and directed to release $40,000 from the Interpleader Funds to Plaintiff, Washington Square (payable to "Washington Square Limited Partnership, R.L.L.P."); and it is

**FURTHER ORDERED** that, as the Court finds there is no just reason for delay, the Clerk shall enter final judgment in favor of Plaintiff, Washington Square, in the amount of $40,000,

payable from the Interpleader Funds, on Washington Square's claim for attorneys' fees and costs in this action; and it is

**FURTHER ORDERED** that Plaintiff, Washington Square, shall continue to deposit rental payments into the Court's Registry in accordance with the Court's September 20, 2006 Memorandum Opinion and Order until further order of this Court.

**IT IS SO ORDERED.**

**SIGNED:    EMMET G. SULLIVAN
            UNITED STATES DISTRICT JUDGE
            DECEMBER 7, 2006**