AO 458 (Rev. 10/95) Appearance

RECEIVED

# UNITED STATES DISTRICT COURT

SEP 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Federal District Court for the        DISTRICT OF        Columbia

## APPEARANCE

Washington Square Limited Partnership, R.L.L.P, Plaintiff
v. Giuseppe Lenzo, et al., Defendants

Case Number: Civ. Action 05-2420 (EGS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Floriana Denise Nestore, Personal Representative of the Estate of Virginia Di Perna Lenzo, Probate Division, Superior Court Administration No. - 1173-05

I certify that I am admitted to practice in this court.

September 12, 2007
Date

*Marsha E. Swiss* (signature)
Signature

Marsha E. Swiss                    41814
Print Name                         Bar Number

1320 19th Street NW #300
Address

Washington        DC            20036
City              State         Zip Code

(202) 833-2222              (202) 833-9700
Phone Number                Fax Number

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the _12th_ day of September, 2007, I caused a copy of the foregoing Entry of Appearance to be mailed, by first class mail, postage prepaid, to each of the following:

Jeremy S. Simon, Esq.
Thompson, Loss & Judge, LLp
Two Lafayette Center
1133 21st Street, N.W, Suite 450
Washington, DC 20036

William R. Scanlin, Esq.
4405 East West Highway, #603
Bethesda, MD 20814

Robert F. Comstock, Esq.
Comstock & Reilly, L.L.P.
5225 Wisconsin Avenue, N.W.
Suite 300
Washington, DC 20015

Ely Hurwitz, Esq.
Hurwitz & Abramson
1732 Connecticut Avenue, N.W. #300
Washington, DC 20009

*Marsha E. Swiss* (signature)
Marsha E. Swiss