AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Washington Square Limited
Partnership, R.L.L.P.          )
    Plaintiff(s)          )   **APPEARANCE**
                               )
                               )
    vs.                   )   CASE NUMBER   05-2420 (EGS)
Guiseppe Lenzo, et al.         )   Judge Emmet G. Sullivan
                               )
    Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of   William R. Scanlin   as counsel in this
                                 (Attorney's Name)

case for:   Giuseppe Lenzo
            (Name of party or parties)

9-19-2007
Date

11379
BAR IDENTIFICATION

_[signature]_
Signature

William R. Scanlin
Print Name

4405 East West Highway #603
Address

Bethesda, Maryland   20814
City       State       Zip Code

301-951-0570
Phone Number

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19__ day of __SEPT__, 2007, a copy of the foregoing Notice of Appearance was sent by first class mail, postage prepaid, to the following:

Jeremy S. Simon, Esquire
Thompson, Loss & Judge, LLP
Two Lafayette Center
1133 21st Street, N.W., Suite 450
Washington, DC 20036

Ely Hurwitz, Esquire
Hurwitz & Abramson
1732 Connecticut Avenue, N.W. #300
Washington, DC 20009

Marsha E. Swiss, Esquire
1320 19th Street, N.W. #300
Washington, DC 20036

Robert F. Comstock, Esquire
5225 Wisconsin Avenue, N.W. #300
Washington, DC 20036

Joseph DeGance
3471 N. Federal Highway, #300
Fort Lauderdale, Florida 33306

_____
William R. Scanlin
4405 East West Highway, #603
Bethesda, Maryland 20814