IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P. | : | |
| | : | |
| Plaintiff | | |
| | : | Civil Action No. 05-2420 (EGS) |
| vs | | Judge Emmet G. Sullivan |
| | : | |
| GIUSEPPE LENZO, et al. | | |
| | : | |
| Defendants | | |

PRAECIPE
(NOTING WITHDRAWAL OF COUNSEL)

The Clerk of the Court will please withdraw the appearance of Joseph DeGance as counsel for Giuseppe Lenzo.

Robert F. Comstock, D.C. Bar No. 22483, and William R. Scanlin, D.C. Bar No. 11379, will continue as counsel for Giuseppe Lenzo.

Respectfully submitted,

_____
Joseph DeGance
3471 N. Federal Highway, #300
Fort Lauderdale, Florida  33306
Phone:  (954) 566-1531

Washington Square Limited Partnership, R.L.L.P. vs.
Giuseppe Lenzo                                                                                          Page 2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 20th day of September, 2007, a copy of the foregoing Praecipe (Noting withdrawal of counsel) was sent by first class mail, postage prepaid, to the following:

Jeremy S. Simon, Esquire
Thompson, Loss & Judge, LLP
Two Lafayette Center
1133 21st Street, N.W., Suite 450
Washington, DC  20036

Ely Hurwitz, Esquire
Hurwitz & Abramson
1732 Connecticut Avenue, N.W. #300
Washington, DC  20009

Marsha E. Swiss, Esquire
1320 19th Street, N.W. #300
Washington, DC  20036

Robert F. Comstock, Esquire
5225 Wisconsin Avenue, N.W. #300
Washington, DC  20036

William R. Scanlin, Esquire
4405 East West Highway, #603
Bethesda, Maryland  20814

 

_____
Joseph DeGance
3471 N. Federal Highway, #300
Fort Lauderdale, Florida  33306