AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Washington Square Limited  
Partnership, R.L.L.P,  )  
        Plaintiff(s)  )  **APPEARANCE**  
                         )  
                         )  
             vs.  )  CASE NUMBER    Civ.Action 05-2420 (EGS)  
Giuseppe Lenzo, et al.,  )  
                         )  
       Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Ely Hurwitz    as counsel in this  
                                    (Attorney's Name)

case for:   Floriana Denise Nestore, Personal Representative of the Estate of Virginia Di Perna Lenzo, Probate Division, Superior Court Administration No. 1173-05  
                    (Name of party or parties)

September 18, 2007  
Date

*(signature)*  
Signature

34348  
BAR IDENTIFICATION

Ely Hurwitz  
Print Name

1732 Connecticut Ave., NW #300  
Address

Washington, DC   20009  
City       State      Zip Code

202-483-0001  
Phone Number

**RECEIVED**  
SEP **2 0** 2007  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on the <u>18th</u> day of September, 2007, I caused a copy of the foregoing Entry of Appearance to be mailed, by first class mail, postage prepaid, to each of the following:

Jeremy S. Simon, Esq.
Thompson, Loss & Judge, LLP
Two Lafayette Center
1133 21st Street, NW, Suite 450
Washington, DC 20036

William R. Scanlin, Esq.
4405 East West Highway, #603
Bethesda, MD 20814

Robert F. Comstock, Esq.
Comstock & Reilly, L.L.P.
5225 Wisconsin Avenue, NW
Suite 300
Washington, DC 20015

Marsha E. Swiss, Esq.
1320 19th Street, NW
Suite 300
Washington, DC 20036

_____
Ely Hurwitz