IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civ. Action No. 05-2420 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT OF THE PARTIES**

Plaintiff, Washington Square Limited Partnership, R.L.L.P. ("Plaintiff"), Defendant Nunziata Lenzo Romano, Defendant Floriana Nestore, as Personal Representative of the Estate of Virginia Di Perna Lenzo, and Defendant Giuseppe Lenzo, individually and as Trustee of the Virginia Lenzo Trust and Tindaro Lenzo Trust (collectively, "Defendants"), by and through their undersigned counsel, hereby file the following report in response to the Court's order of August 30, 2007.

**I.     Description of this Action**

1.     This is an action for statutory interpleader under 28 U.S.C. § 1335 as set forth more fully in the Complaint of Interpleader, filed on December 16, 2005 and amended on or about August 3, 2006.

2.     Plaintiff owns a commercial office building in Washington, D.C. known as "Washington Square," a portion of which is built on land that Plaintiff leases from multiple parties pursuant to a ground lease. Under the ground lease, rental payments are due in semi-

annual installments, with the next semi-annual installment of rent coming due on January 1, 2008.

3.  This interpleader action involves two, one-sixth (1/6) interests in the ground lease parcel which were formerly held of record in the name of Virginia Di Perna Lenzo, who died on or about February 26, 2005. Plaintiff instituted this action in response to competing claims by the Defendants to the semi-annual rental payments allocable to this 1/3 interest in the ground lease parcel.

4.  Plaintiff's motion to proceed with this interpleader action on a provisional basis was granted on December 22, 2005. As directed by the Court, Plaintiff made deposits of the semi-annual rental payments at issue into the Court registry that were to come due on January 1, 2006 and July 1, 2006. By order dated September 20, 2006, the Court directed Plaintiff to continue to make deposits into the Court registry, every succeeding January 1 and July 1 until further order, and directed the parties to inform the Court once the petition for standard probate of the Estate of Virginia Di Perna Lenzo has been resolved by the Probate Division of the Superior Court of the District of Columbia (the "Probate Division"). On December 13, 2006 and June 18, 2007, in compliance with the Court's order of September 20, 2006, Washington Square made deposits into the Court registry of the semi-annual rental payments allocable to the 1/3 interest in the ground lease parcel.

5.  This action otherwise has been stayed pursuant to the Court's order of September 20, 2006, with the exception of the Court's resolution of Plaintiff's motion for attorneys' fees and costs by order dated December 7, 2006 and the disbursement of funds from the Court registry to Washington Square pursuant to that order.

## II. The Status of Proceedings in the Probate Division Regarding The Estate of Virginia Di Perna Lenzo

6. On October 21, 2005, a petition for standard probate of the Estate of Virginia Di Perna Lenzo, and for the appointment of a Personal Representative, was filed in the Office of the Register of Wills of the Probate Division. Floriana Nestore subsequently was appointed Personal Representative.

7. The competing claims of the Defendants with respect to the 1/3 interest in the ground lease parcel at issue in this interpleader action are currently being litigated by the Defendants before the Probate Division under Administrative No. 1173-05. Pursuant to a scheduling order dated July 13, 2007, a pretrial conference has been scheduled in that matter for December 21, 2007. No trial date has been set as of the date of this report.

## III. The Parties' Recommendations for Proceeding

8. The parties propose that the status of this interpleader action should remain as set forth in the Court's order of September 20, 2006; that is, that Washington Square should continue to deposit into the Court registry the semi-annual rental payments with respect to the 1/3 interest in the ground lease parcel that is the subject of this action, as those payments come due beginning January 1, 2008, and each successive six month period thereafter, that the parties should advise the Court upon the Probate Division's resolution of the competing claims of the Defendants with respect to the 1/3 interest in the ground lease parcel at issue, and that this matter otherwise should remain stayed pending such resolution by the Probate Division and further order of this Court.

Respectfully submitted,

_____
Ely Hurwitz, Esq.
D.C. Bar No. 34348
Hurwitz & Abramson
Suite 300
1732 Connecticut Avenue, N.W.
Washington, D.C. 20009
(202) 483-0001 (phone)
(202) 462-0379 (fax)

Counsel for Nunziata Lenzo Romano
and Floriana Nestore, as Personal
Representative of Estate of Virginia
Di Perna Lenzo

_____
Marsha E. Swiss, Esq.
D.C. Bar No. 41814
1320 19th Street, N.W. #300
Washington, D.C. 20036
(202) 833-2222 (phone)
(202) 833-9700 (fax)

Counsel for Nunziata Lenzo Romano
and Floriana Nestore, as Personal
Representative of Estate of Virginia
Di Perna Lenzo

_____
Jeremy S. Simon, Esq.
D.C. Bar No. 447956
Thompson, Loss & Judge, LLP
Suite 450
1133 21st Street, N.W.
Washington, D.C. 20036
(202) 778-4067 (phone)
(202) 778-4099 (fax)

Counsel for Washington Square Limited
Partnership, R.L.L.P.

_____
William R. Scanlin, Esq.
D.C. Bar No. 11379
4405 East West Highway #603
Bethesda, MD 20814
(301) 951-0570 (phone)
(301) 951-7230 (fax)

Counsel for Giuseppe Lenzo, individually,
and as Trustee of the Tindaro Lenzo Trust
and the Virginia Lenzo Trust

_____
Robert F. Comstock, Esq.
D.C. Bar No. 22483
5225 Wisconsin Ave., N.W. #300
Washington, D.C. 20015
(202) 966-5788 (phone)
(202) 966-1068 (fax)

Counsel for Giuseppe Lenzo, individually,
and as Trustee of the Tindaro Lenzo Trust
and the Virginia Lenzo Trust

- 4 -

Respectfully submitted,

_____
Ely Hurwitz, Esq.
D.C. Bar No. 34348
Hurwitz & Abramson
Suite 300
1732 Connecticut Avenue, N.W.
Washington, D.C. 20009
(202) 483-0001 (phone)
(202) 462-0379 (fax)

Counsel for Nunziata Lenzo Romano and Floriana Nestore, as Personal Representative of Estate of Virginia Di Perna Lenzo

/s/ Marsha E. Swiss
_____
Marsha E. Swiss, Esq.
D.C. Bar No. 41814
1320 19th Street, N.W. #300
Washington, D.C. 20036
(202) 833-2222 (phone)
(202) 833-9700 (fax)

Counsel for Nunziata Lenzo Romano and Floriana Nestore, as Personal Representative of Estate of Virginia Di Perna Lenzo

_____
Jeremy S. Simon, Esq.
D.C. Bar No. 447956
Thompson, Loss & Judge, LLP
Suite 450
1133 21st Street, N.W.
Washington, D.C. 20036
(202) 778-4067 (phone)
(202) 778-4099 (fax)

Counsel for Washington Square Limited Partnership, R.L.L.P.

_____
William R. Scanlin, Esq.
D.C. Bar No.11379
4405 East West Highway #603
Bethesda, MD 20814
(301) 951-0570 (phone)
(301) 951-7230 (fax)

Counsel for Giuseppe Lenzo, individually, and as Trustee of the Tindaro Lenzo Trust and the Virginia Lenzo Trust

_____
Robert F. Comstock, Esq.
D.C. Bar No. 22483
5225 Wisconsin Ave., N.W. #300
Washington, D.C. 20015
(202) 966-5788 (phone)
(202) 966-1068 (fax)

Counsel for Giuseppe Lenzo, individually,

Respectfully submitted,

_____
Ely Hurwitz, Esq.
D.C. Bar No. 34348
Hurwitz & Abramson
Suite 300
1732 Connecticut Avenue, N.W.
Washington, D.C. 20009
(202) 483-0001 (phone)
(202) 462-0379 (fax)

Counsel for Nunziata Lenzo Romano
and Floriana Nestore, as Personal
Representative of Estate of Virginia
Di Perna Lenzo

_____
Jeremy S. Simon, Esq.
D.C. Bar No. 447956
Thompson, Loss & Judge, LLP
Suite 450
1133 21st Street, N.W.
Washington, D.C. 20036
(202) 778-4067 (phone)
(202) 778-4099 (fax)

Counsel for Washington Square Limited
Partnership, R.L.L.P.

_____
Marsha E. Swiss, Esq.
D.C. Bar No. 41814
1320 19th Street, N.W. #300
Washington, D.C. 20036
(202) 833-2222 (phone)
(202) 833-9700 (fax)

Counsel for Nunziata Lenzo Romano
and Floriana Nestore, as Personal
Representative of Estate of Virginia
Di Perna Lenzo

_____
William R. Scanlin, Esq.
D.C. Bar No. 11379
4405 East West Highway #603
Bethesda, MD 20814
(301) 951-0570 (phone)
(301) 951-7230 (fax)

Counsel for Giuseppe Lenzo, individually,
and as Trustee of the Tindaro Lenzo Trust
and the Virginia Lenzo Trust

_____
Robert F. Comstock, Esq.
D.C. Bar No. 22483
5225 Wisconsin Ave., N.W. #300
Washington, D.C. 20015
(202) 966-5788 (phone)
(202) 966-1068 (fax)

Counsel for Giuseppe Lenzo, individually,
and as Trustee of the Tindaro Lenzo Trust
and the Virginia Lenzo Trust