AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Washington Square Ltd. Partnership
R.L.L.P.

        Plaintiff(s)       )   **APPEARANCE**

        vs.       )   CASE NUMBER   1:05-cv-2420(EFS)

Lenzo

        Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Marsha E. Swiss__ as counsel in this
(Attorney's Name)

case for: __Nunziata Lenzo Romano__
(Name of party or parties)

Sept. 27, 2007
Date

*[signature: Marsha E. Swiss]*
Signature

Marsha E. Swiss
Print Name

41814
BAR IDENTIFICATION

1320 19th Street, N.W. #300
Address

Washington   DC   20036
City   State   Zip Code

(202) 833-2222
Phone Number