AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Washington Square Limited  
Partnership, R.L.L.P. )  
       Plaintiff(s) )   **APPEARANCE**  
     )  
     )  
       vs. )   CASE NUMBER   1:05-cv-2420 (EGS)  
Giuseppe Lenzo, et al )  
     )  
       Defendant(s) )  

To the Clerk of this court and all parties of record:

Please enter the appearance of __Ely Hurwitz__ as counsel in this  
                                          (Attorney's Name)

case for: __Nunziata Lenzo Romano and Floriana Denise Nestore__  
                         (Name of party or parties)

September 28, 2007  
Date  

*(signature)*  
Signature  

34348  
BAR IDENTIFICATION  

Ely Hurwitz  
Print Name  

1732 Connecticut Ave, NW Suite 300  
Address  

Washington, D.C. 20009  
City     State     Zip Code  

202 483 0001  
Phone Number