IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIUSEPPE LENZO, et al.<br><br>　　　　Defendants. | Civ. Action No. 05-2420 (EGS) |

**JOINT MOTION FOR ORDER DISCHARGING PLAINTIFF,
DIRECTING DISTRIBUTION OF INTERPLEADED FUNDS,
AND DISMISSAL OF CASE**

Pursuant to FRCP 41(a)(2), Plaintiff, Washington Square Limited Partnership, R.L.L.P. ("Plaintiff"), Defendant Nunziata Lenzo Romano, Defendant Floriana Nestore, as Personal Representative of the Estate of Virginia Di Perna Lenzo, and Defendant Giuseppe Lenzo, individually and as Trustee of the Virginia Lenzo Trust and Tindaro Lenzo Trust (collectively, "Defendants"), by and through their undersigned counsel, hereby move for the entry of the accompanying order, and as grounds state the following:

　　1.　　This is an action for statutory interpleader under 28 U.S.C. § 1335 as set forth more fully in the Complaint of Interpleader, filed on December 16, 2005 and amended on or about August 3, 2006.

　　2.　　Plaintiff owns a commercial office building in Washington, D.C. known as "Washington Square," a portion of which is built on land that Plaintiff leases from multiple parties pursuant to a Lease Agreement dated July 24, 1980 attached as Exhibit B

to the Complaint (the "Ground Lease"). Under the Ground Lease, rental payments are due in semi-annual installments.

3. This interpleader action involves two, one-sixth (1/6) interests in the ground lease parcel which were formerly held of record in the name of Virginia Di Perna Lenzo, who died on or about February 26, 2005. Plaintiff instituted this action in response to competing claims by the Defendants to the semi-annual rental payments allocable to this one-third (1/3) interest in the ground lease parcel.

4. Plaintiff's motion to proceed with this interpleader action on a provisional basis was granted on December 22, 2005. As directed by the Court, Plaintiff made deposits of the semi-annual rental payments at issue into the Court registry as they came due on January 1, 2006 and July 1, 2006. By order dated September 20, 2006, the Court directed Plaintiff to continue to make deposits into the Court registry, every succeeding January 1 and July 1 until further order, and directed the parties to inform the Court once the petition for standard probate of the Estate of Virginia Di Perna Lenzo has been resolved by the Probate Division of the Superior Court of the District of Columbia (the "Probate Division"). On or about December 13, 2006, June 18, 2007, December 14, 2007, and June 23, 2008, in compliance with the Court's order of September 20, 2006, Plaintiff made deposits into the Court registry of the semi-annual rental payments allocable to the above-referenced one-third interest in the ground lease parcel.

5. This action otherwise has been stayed pursuant to the Court's order of September 20, 2006, with the exception of the Court's resolution of Plaintiff's motion for attorneys' fees and costs by order dated December 7, 2006 and the disbursement of funds from the Court registry in or about December 2006 to Plaintiff pursuant to that order.

6. While this action has remained stayed, the competing claims of the Defendants to the above-referenced one-third interest in the ground lease parcel have been litigated by the Defendants before the Probate Division of the Superior Court of the District of Columbia ("Probate Division") under Administrative No. 1173-05 and have now been finally resolved pursuant to a Settlement Agreement dated April 4, 2008 among the Defendants (the "Settlement Agreement") and a related Probate Division order dated May 28, 2008, which are attached hereto.

7. The Settlement Agreement contains a contingency that directly implicates this interpleader action. Paragraph 7 of the Settlement Agreement provides that, upon a default by Giuseppe Lenzo with respect to a mortgage payment on certain real property (referred to as the Broad Branch Terrace mortgage), that Nunziata Lenzo Romano shall be entitled to receive the share of the ground lease payments that otherwise would be due to the Tindaro Lenzo Trust, which is controlled by Giuseppe Lenzo, and that "[i]rrevocable instructions to Washington Square providing for this contingency shall be given by Giuseppe." To date, no such instructions have been afforded to Washington Square.

8. To facilitate resolution of any dispute that may arise with respect to paragraph 7 of the Settlement Agreement, including, but not limited to, any subsequent interpleader action, the parties agree that this Court should retain jurisdiction over that aspect of the Settlement Agreement as permitted by *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994), and the parties further agree that Defendants' undersigned counsel are authorized to accept service of process for the Defendants with respect to any dispute regarding paragraph 7 of the Settlement Agreement.

9. Paragraph 5 of the Settlement Agreement contemplated that the applicable July 2008 ground lease payment would be paid in equal shares of $50,000 to the benefit of Giuseppe Lenzo and Nunziata Lenzo Romano respectively, and not paid into the Court registry. For various reasons, this motion could not be filed sufficiently in advance of the due date for the July 2008 payment so as to afford this Court an opportunity to rule on the motion before that payment came due and, as a result, Washington Square, as indicated above, deposited the $100,000 July payment into the Court registry in accordance with prior Court orders. However, to effectuate the intent of the Settlement Agreement, the accompanying proposed Order provides that Giuseppe Lenzo will receive a distribution of $150,000 from the Court registry (instead of the $100,000 referenced in paragraph 3 of the Settlement Agreement) and Nunziata Lenzo Romano will receive all remaining funds held in the Court registry (as provided in paragraph 4 of the Settlement Agreement).

10. As the Defendants' competing claims to the interpleaded funds have been resolved, subject to the contingency set forth in paragraph 7 of the Settlement Agreement, the parties jointly request that this Court enter the accompanying order (a) discharging Plaintiff for all liability under the Ground Lease for the rental payments paid into the Court registry with respect to the above-referenced one-third interest in the ground lease parcel; (b) directing distribution of the remaining interpleaded funds (*i.e.*, the amount remaining after the distribution to Plaintiff referenced in paragraph 5 above) in accordance with paragraphs 3 and 4 of the Settlement Agreement, as modified pursuant to paragraph 9 above; (c) dismissing the interpleader action, each party to bear its own costs and attorneys' fees to the extent not previously awarded by prior Court order; (d) retaining jurisdiction over the parties and the Settlement Agreement with respect to any

disputes regarding paragraph 7 of the Settlement Agreement; and (e) incorporating the parties' agreement that, with respect to any dispute regarding paragraph 7 of the Settlement Agreement, service of process on any Defendant may be effectuated by service upon that Defendant's undersigned counsel.

|  | Respectfully submitted, |
|---|---|
| *[signature]* | *[signature]* |
| Ely Hurwitz, Esq. | Jeremy S. Simon, Esq. |
| D.C. Bar No. 34348 | D.C. Bar No. 447956 |
| Hurwitz & Abramson | Thompson, Loss & Judge, LLP |
| Suite 300 | Suite 450 |
| 1732 Connecticut Avenue, N.W. | 1133 21st Street, N.W. |
| Washington, D.C. 20009 | Washington, D.C. 20036 |
| (202) 483-0001 (phone) | (202) 778-4067 (phone) |
| (202) 462-0379 (fax) | (202) 778-4099 (fax) |
| Counsel for Nunziata Lenzo Romano and Floriana Nestore, as Personal Representative of Estate of Virginia Di Perna Lenzo | Counsel for Washington Square Limited Partnership, R.L.L.P. |

*[signature]* Marsha E. Swiss, Esq.
D.C. Bar No. 41814
1320 19th Street, N.W. #300
Washington, D.C. 20036
(202) 833-2222 (phone)
(202) 833-9700 (fax)

Counsel for Nunziata Lenzo Romano and Floriana Nestore, Personal Representative Of Estate of Virginia Di Perna Lenzo

*[signature]* William R. Scanlin, Esq.
D.C. Bar No.11379
4405 East West Highway #603
Bethesda, MD 20814
(301) 951-0570 (phone)
(301) 951-7230 (fax)

Counsel for Giuseppe Lenzo, individually and as Trustee of the Tindaro Lenzo Trust and the Virginia Lenzo Trust

*[signature]* Robert F. Comstock, Esq.
D.C. Bar No. 22483
5225 Wisconsin Ave., N.W. #300
Washington, D.C. 20015
(202) 966-5788 (phone)

5

(202) 966-1068 (fax)

Counsel for Giuseppe Lenzo, individually, and as Trustee of the Tindaro Lenzo Trust and the Virginia Lenzo Trust