**EXHIBIT 1**



Settlement Agreement

1. Giuseppe to retain his interest in the Tindaro Lenzo Irrevocable Trust.

2. Virginia Lenzo Revocable Trust to be reformed by the Court so that Nunziata and, upon her death, her issue are beneficiaries. Trustee to be designated by counsel for Nunziata.

3. Giuseppe to receive distribution of $100,000.00 now in the Registry of the Federal Court for the District of Columbia

4. Nunziata to receive distribution of all remaining funds held in the Registry of the said Federal Court.

5. July ground lease payment of $100,000 to be paid in equal shares to the Irrevocable Trust and to the Revocable Trust. All future payments of ground lease rentals to be split equally between the two Trusts.

6. Broad Branch Terrace to be conveyed by Giuseppe to Nunziatina. Free and clear of any liens or mortgages. Transfer, recordation and other transactional costs to be paid by Nunziata.

7. In the event the Broad Branch Terrace mortgage cannot immediately be released, Giuseppe shall be responsible for monthly note payments until a release can be effected. The release of the mortgage in any event shall be accomplished within eighteen (18) months from the date hereof. In the event of any default in monthly payments as due, Nunziata shall have the right to receive all ground lease payments due from Washington Square to the Irrevocable Trust until the mortgage obligation is paid in full, including interest, penalties attorney fees. Irrevocable instructions to Washington Square providing for this contingency shall be given by Giuseppe. Counsel for Nunziata shall have online access to the mortgage payment website to be able to verify the monthly payments, or other suitable monitoring arrangements. In the event of any default Nunziatina shall have the right to cure any default and the payments shall be made directly to her or her designee. In the event that the property is sold or otherwise refinanced and the mortgage is paid off, Giuseppe shall then make all payments to Nunziatina or her designee until the full amount, including penalty, interest, attorney fees, and related refinancing costs has been paid in full.

8. All funds remaining in the probate estate, if any after fees and expenses, shall be distributed to Nunziatina or her issue.

9. Nunziata waives all claims to the Miami, Fla Collins Avenue, Surfside Condo and to the Biella apartment formerly owned by their parents.

10. The parties agree that each side shall pay the legal fees and costs incurred by each.

In Witness Whereof the parties have signed their hands and seals this 4th day of April 2008.

Consented to and Agreed

_____
Giuseppe Lenzo

_____
Patrizia Zanetti Lenzo

_____
Floriana Nestore, PR for the
Estate of Virginia di Perna Lenzo

_____
William Scanlon, Esq
Attorney for Giuseppe Lenzo & Partrizia Zanetti Lenzo

_____
Robert Comstock
Attorney for Giuseppe Lenzo & Patrizia Zanetti Lenzo

_____
Marsha Swiss, counsel for the Estate of
Virginia Di Perna Lenzo

_____
Ely Hurwitz, counsel for the
Estate of Virginia Di Perna Lenzo
and Nunziata Lenzo Romano

Approved this 4 day of April, 2008.

_____
Judge A. Franklin Burgess, Jr.

A TRUE COPY ATTEST

Register of Wills for the District of Columbia

By_____
Clerk of the Probate Division
Deputy Clerk

**EXHIBIT 2**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Probate Division

Floriana Nestore Personal Representative )
)
V. )
)
) Re: Estate of: VIRGINIA Di PERNA LENZO
Giuseppe Lenzo ) Admin. No. 1173-05
) Hon. A. Franklin Burgess, Jr.

ORDER OF REFORMATION OF THE

VIRGINIA Di PERNA LENZO REVOCABLE TRUST DATED APRIL 15, 2003

Upon consideration of the Settlement Agreement of the parties executed April 4, 2008, and approved by the Court on that date, and upon further consideration of D.C. Code '19-1304.15, pursuant to which the Court "may reform the terms of an irrevocable trust, even if unambiguous, to conform the terms to the settlor's intention if proved by clear and convincing evidence that both the settlor's intent and the terms of the trust were affected by a mistake or fact or law, whether in expression or inducement"; and in further consideration of the Last Will of Virginia DiPerna Lenzo dated July 3, 1995, admitted to Probate on March 14, 2006, which provides clear and convincing evidence of the Settlor's intent with respect to the Virginia Di Perna Lenzo Revocable Trust, it is by the Court this 28th day of May 2008,

ORDERED, that the Virginia Di Perna Lenzo Revocable Trust dated April 15, 2003, a copy of which is attached hereto, (now irrevocable by virtue of the Settlor's death on February 26, 2005), be and the same is hereby reformed to provide as follows:

1. Effective as of the date of entry of an order dismissing the interpleader action in the U.S District Court for the District of Columbia Captioned Washington Square Limited Partnership, R.L.L.P. v. Giuseppe Lenzo, et al, Civ Action No. 05-2420 (EGS), Ely Hurwitz, Esq. shall serve as Trustee of the Virginia Di Perna Lenzo Revocable Trust dated April 15, 2003, in lieu of Giuseppe Lenzo.

2. ARTICLE FIRST 1.5 (e) shall be reformed to state as follows:

(e) Upon the death of the Settlor's husband, or upon the Settlor's death if the Settlor's husband shall not survive the Settlor, the Trustee shall administer and distribute (i) any balance of the Marital Trust remaining after the application of the preceding Paragraph or (ii) the Residuary Trust Estate, as the case may be, as follows:

(1) To the Settlor's daughter, Nunziata, if she is then living.

3. The case entitled Floriana Denise Nestore, P.R. v. Giuseppe Lenzo is hereby dismissed with prejudice.

SO ORDERED:

Hon. A. Franklin Burgess, Jr.

Consented to:

Counsel for Floriana Denise Nestore, P.R. and Nunziata Lenzo Romano:

_____
Ely Hurwitz, Esq. #34348

_____
Marsha E. Swiss, Atty at Law #41814

Counsel for Giuseppe Lenzo:

_____
William R. Scanlin, Esq. #011379

_____
Robert F. Comstock, Esq. #22483

A TRUE COPY ATTEST

Register of Wills for the District of Columbia
Clerk of the Probate Division
By _____ 6/23/08
        Deputy Clerk

MAILED From Chambers   MAY 29 2008

DOCKETED In Chambers   MAY 29 2008

2

Copies to:

Counsel for Floriana Denise Nestore, P.R.
and Nunziata Lenzo Romano:

Ely Hurwitz, Esq. #34348
1732 Connecticut Ave. N.W. #300
Washington DC 20009

Marsha E. Swiss, Atty at Law #41814
1320 19th St. NW #300
Washington DC 20036

Counsel for Giuseppe Lenzo:

William R. Scanlin, Esq. #011379
4405 East West Highway #603
Bethesda, MD 20015

Robert F. Comstock, Esq. #22483
5225 Wisconsin Ave. N.W. #300
Washington, DC 20015