IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

## ORDER

Having considered the Joint Motion For Order Discharging Plaintiff, Directing Disbursement of the Interpleaded Funds and Dismissal of Case (the "Joint Motion"), the lack of opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that Plaintiff Washington Square Limited Partnership R.L.L.P. ("Plaintiff"), having caused to be deposited into the Court registry in accordance with the orders of this Court the semi-annual installment of rent due under the Ground Lease attached to the Complaint that is allocable to the one-third interest in the leased property at issue, is hereby discharged from all liability under the Ground Lease for all such rent that came due under the Ground Lease during the pendency of this action (including, but not limited to, any such rent due with respect to the June 23, 2008 deposit by Washington Square into the Court registry); and it is

FURTHER ORDERED that, as of the date of this Order, Plaintiff shall discontinue its deposits into the Court registry with respect to any future installments of rent allocable to the referenced one-third interest that may come due under the referenced lease; and it is

FURTHER ORDERED that the funds deposited into the Court registry in connection with this action, to the extent not previously distributed pursuant to prior Court order, shall be distributed by the Clerk of Court as follows: (a) that the sum of One Hundred Fifty Thousand Dollars ($150,000.00) be distributed from the Court registry to Robert Comstock, Esq. for the benefit of Giuseppe Lenzo and (b) that all remaining funds held by the Court registry in connection with this action be distributed to the Escrow Account of Ely Hurwitz, Esq., attorney for Floriana Denise Nestore, Personal Representative, and Nunziata Lenzo Romano; and it is

FURTHER ORDERED that, the Defendants having resolved their respective claims to the semi-annual installment of rent under the referenced lease, the claims asserted by the Defendants in this action are dismissed with prejudice; and it is

FURTHER ORDERED that this Court retains jurisdiction over the parties and the attached Settlement Agreement with respect to any dispute that may arise regarding Paragraph 7 of the Settlement Agreement; and it is

FURTHER ORDERED that this Order incorporates by reference the parties' agreement, as referenced in paragraph 8 of the Joint Motion, that, in the event of any dispute regarding Paragraph 7 of the Settlement Agreement, service of process on Nunziata Lenzo Romano, Floriana Nestore, or Giuseppe Lenzo (individually and as

Trustee) may be effectuated by service on any attorney who is listed as counsel of record for such person as of the date of this Order; and it is

FURTHER ORDERED that this action is otherwise dismissed without prejudice, each party to bear its own costs and attorneys' fees incurred in this action to the extent not previously awarded by prior court order.

IT IS SO ORDERED.

_____
United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, D.C. 20036

Ely Hurwitz, Esq.
Hurwitz & Abramson
Suite 300
1732 Connecticut Avenue, N.W.
Washington, D.C. 20009

Robert F. Comstock, Esq.
Reilly & Comstock, LLP
5225 Wisconsin Ave., N.W.
Washington, D.C. 20015

Marsha E. Swiss, Esq.
1320 19th Street, N.W. #300
Washington, D.C. 20036

William R. Scanlin, Esq.
4405 East West Highway #603
Bethesda, MD 20814

DOCKETED   SCANNED   FILED
APR 04 2008
Register of Wills
Office of the Probate Division

## Settlement Agreement

1. Giuseppe to retain his interest in the Tindaro Lenzo Irrevocable Trust.

2. Virginia Lenzo Revocable Trust to be reformed by the Court so that Nunziata and, upon her death, her issue are beneficiaries. Trustee to be designated by counsel for Nunziata.

3. Giuseppe to receive distribution of $100,000.00 now in the Registry of the Federal Court for the District of Columbia

4. Nunziata to receive distribution of all remaining funds held in the Registry of the said Federal Court.

5. July ground lease payment of $100,000 to be paid in equal shares to the Irrevocable Trust and to the Revocable Trust. All future payments of ground lease rentals to be split equally between the two Trusts.

6. Broad Branch Terrace to be conveyed by Giuseppe to Nunziatina. Free and clear of any liens or mortgages. Transfer, recordation and other transactional costs to be paid by Nunziata.

7. In the event the Broad Branch Terrace mortgage cannot immediately be released, Giuseppe shall be responsible for monthly note payments until a release can be effected. The release of the mortgage in any event shall be accomplished within eighteen (18) months from the date hereof. In the event of any default in monthly payments as due, Nunziata shall have the right to receive all ground lease payments due from Washington Square to the Irrevocable Trust until the mortgage obligation is paid in full, including interest, penalties attorney fees. Irrevocable instructions to Washington Square providing for this contingency shall be given by Giuseppe. Counsel for Nunziata shall have online access to the mortgage payment website to be able to verify the monthly payments, or other suitable monitoring arrangements. In the event of any default Nunziatina shall have the right to cure any default and the payments shall be made directly to her or her designee. In the event that the property is sold or otherwise refinanced and the mortgage is paid off, Giuseppe shall then make all payments to Nunziatina or her designee until the full amount, including penalty, interest, attorney fees, and related refinancing costs has been paid in full.

8. All funds remaining in the probate estate, if any after fees and expenses, shall be distributed to Nunziatina or her issue.

9. Nunziata waives all claims to the Miami, Fla Collins Avenue, Surfside Condo and to the Biella apartment formerly owned by their parents.

10. The parties agree that each side shall pay the legal fees and costs incurred by each.

In Witness Whereof the parties have signed their hands and seals this 4th day of April 2008.

Consented to and Agreed

_____
Giuseppe Lenzo

_____
Patrizia Zanetti Lenzo

_____
Floriana Nestore, PR for the
Estate of Virginia di Perna Lenzo

_____
William Scanlon, Esq
Attorney for Giuseppe Lenzo & Partrizia Zanetti Lenzo

_____
Robert Comstock
Attorney for Giuseppe Lenzo & Patrizia Zanetti Lenzo

_____
Marsha Swiss, counsel for the Estate of
Virginia Di Perna Lenzo

_____
Ely Hurwitz, counsel for the
Estate of Virginia Di Perna Lenzo
and Nunziata Lenzo Romano

Approved this __4__ day of April, 2008.

_____
Judge A. Franklin Burgess, Jr.

A TRUE COPY ATTEST

Register of Wills for the District of Columbia

By _____  6/23/08
    Clerk of the Probate Division
    Deputy Clerk