IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS)<br><br>**FILED**<br>JUL 1 5 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Having considered the Joint Motion For Order Discharging Plaintiff, Directing Disbursement of the Interpleaded Funds and Dismissal of Case (the "Joint Motion"), the lack of opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that Plaintiff Washington Square Limited Partnership R.L.L.P. ("Plaintiff"), having caused to be deposited into the Court registry in accordance with the orders of this Court the semi-annual installment of rent due under the Ground Lease attached to the Complaint that is allocable to the one-third interest in the leased property at issue, is hereby discharged from all liability under the Ground Lease for all such rent that came due under the Ground Lease during the pendency of this action (including, but not limited to, any such rent due with respect to the June 23, 2008 deposit by Washington Square into the Court registry); and it is

FURTHER ORDERED that, as of the date of this Order, Plaintiff shall discontinue its deposits into the Court registry with respect to any future installments of rent allocable to the referenced one-third interest that may come due under the referenced lease; and it is

FURTHER ORDERED that the funds deposited into the Court registry in connection with this action, to the extent not previously distributed pursuant to prior Court order, shall be distributed by the Clerk of Court as follows: (a) that the sum of One Hundred Fifty Thousand Dollars ($150,000.00) be distributed from the Court registry to Robert Comstock, Esq. for the benefit of Giuseppe Lenzo and (b) that all remaining funds held by the Court registry in connection with this action be distributed to the Escrow Account of Ely Hurwitz, Esq., attorney for Floriana Denise Nestore, Personal Representative, and Nunziata Lenzo Romano; and it is

FURTHER ORDERED that, the Defendants having resolved their respective claims to the semi-annual installment of rent under the referenced lease, the claims asserted by the Defendants in this action are dismissed with prejudice; and it is

FURTHER ORDERED that this Court retains jurisdiction over the parties and the attached Settlement Agreement with respect to any dispute that may arise regarding Paragraph 7 of the Settlement Agreement; and it is

FURTHER ORDERED that this Order incorporates by reference the parties' agreement, as referenced in paragraph 8 of the Joint Motion, that, in the event of any dispute regarding Paragraph 7 of the Settlement Agreement, service of process on Nunziata Lenzo Romano, Floriana Nestore, or Giuseppe Lenzo (individually and as

2

Trustee) may be effectuated by service on any attorney who is listed as counsel of record for such person as of the date of this Order; and it is

FURTHER ORDERED that this action is otherwise dismissed without prejudice, each party to bear its own costs and attorneys' fees incurred in this action to the extent not previously awarded by prior court order.

IT IS SO ORDERED.

7/9/08

United States District Judge

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge, LLP
Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, D.C. 20036

Ely Hurwitz, Esq.
Hurwitz & Abramson
Suite 300
1732 Connecticut Avenue, N.W.
Washington, D.C. 20009

Robert F. Comstock, Esq.
Reilly & Comstock, LLP
5225 Wisconsin Ave., N.W.
Washington, D.C. 20015

Marsha E. Swiss, Esq.
1320 19th Street, N.W. #300
Washington, D.C. 20036

William R. Scanlin, Esq.
4405 East West Highway #603
Bethesda, MD 20814