IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.<br><br>  Plaintiff,<br><br>  v.<br><br>GIUSEPPE LENZO, et al.<br><br>  Defendants. | Civ. Action No. 05-2420 (EGS) |

**UNOPPOSED MOTION FOR CORRECTION OF
JULY 15, 2008 ORDER OF DISMISSAL**

Pursuant to FRCP 60(a), Plaintiff, Washington Square Limited Partnership, R.L.L.P. ("Plaintiff"), by and through its undersigned counsel, hereby moves for an order correcting an omission in this Court's Order of July 15, 2008, and as grounds states:

1. By joint motion dated June 26, 2008, the parties moved for dismissal of this interpleader action subject to certain terms and conditions, including, among other things, that the Court would retain jurisdiction over the parties and the Defendants' Settlement Agreement dated April 4, 2008 with respect to any disputes regarding paragraph 7 of the Settlement Agreement.

2. The referenced Settlement Agreement was included as an exhibit to the joint motion and also was attached to the proposed Order that was submitted with the joint motion.

3. The Court granted the joint motion and, by Order dated July 9, 2008 and entered on July 15, 2008, dismissed this action under the terms and conditions requested

by the parties. Among other things, the Order provides that "this Court retains jurisdiction over the parties and the attached Settlement Agreement with respect to any dispute that may arise regarding Paragraph 7 of the Settlement Agreement." However, the Settlement Agreement, although referenced as an attachment in the Order, is not attached to the Order. This appears to have been a clerical oversight.

4. FRCP 60 provides, in relevant part, that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record."

5. Plaintiff respectfully requests that the Court correct its Order of July 15, 2008 so that the Settlement Agreement is deemed to be an actual attachment to that order. A proposed Order is attached.

6. Plaintiff's counsel has conferred with counsel for the other parties to this action and has been advised that they do not object to the relief requested in this motion.

Dated: July 24, 2008                                Respectfully submitted,

/s/ Jeremy S. Simon
Jeremy S. Simon
D.C. Bar No. 447956
Thompson, Loss & Judge LLP
Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, D.C. 20036
(202) 778-4067 (phone)
(202) 778-4099 (fax)

Counsel for Interpleader Plaintiff