IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WASHINGTON SQUARE LIMITED PARTNERSHIP, R.L.L.P.,<br><br>Plaintiff,<br><br>v.<br><br>GIUSEPPE LENZO, et al.<br><br>Defendants. | Civ. Action No. 05-2420 (EGS) |

## ORDER

Having considered the Unopposed Motion for Correction of July 15, 2008 Order of Dismissal, the lack of opposition thereto, and the evidence and argument presented, it is hereby:

ORDERED that the motion is granted; and it is

FURTHER ORDERED that the Settlement Agreement dated April 4, 2008 attached to this Order shall be deemed to be the attachment to the Court's Order dated July 9, 2008, and entered on the docket on July 15, 2008 as docket entry number 56, that is referenced therein but that was inadvertently omitted from the Order.

IT IS SO ORDERED.

_____
United States District Judge

7/24/08

Notice to:

Jeremy S. Simon
Thompson, Loss & Judge, LLP

Two Lafayette Centre
1133 21st Street, NW
Suite 450
Washington, D.C. 20036

Ely Hurwitz, Esq.
Hurwitz & Abramson
Suite 300
1732 Connecticut Avenue, N.W.
Washington, D.C. 20009

Robert F. Comstock, Esq.
Reilly & Comstock, LLP
5225 Wisconsin Ave., N.W.
Washington, D.C. 20015

Marsha E. Swiss, Esq.
1320 19th Street, N.W. #300
Washington, D.C. 20036

William R. Scanlin, Esq.
4405 East West Highway #603
Bethesda, MD 20814

 

Settling Agreement

1. Giuseppe to retain his interest in the Tindaro Lenzo Irrevocable Trust.

2. Virginia Lenzo Revocable Trust to be reformed by the Court so that Nunziata and, upon her death, her issue are beneficiaries. Trustee to be designated by counsel for Nunziata.

3. Giuseppe to receive distribution of $100,000.00 now in the Registry of the Federal Court for the District of Columbia

4. Nunziata to receive distribution of all remaining funds held in the Registry of the said Federal Court.

5. July ground lease payment of $100,000 to be paid in equal shares to the Irrevocable Trust and to the Revocable Trust. All future payments of ground lease rentals to be split equally between the two Trusts.

6. Broad Branch Terrace to be conveyed by Giuseppe to Nunziatina. Free and clear of any liens or mortgages. Transfer, recordation and other transactional costs to be paid by Nunziata.

7. In the event the Broad Branch Terrace mortgage cannot immediately be released, Giuseppe shall be responsible for monthly note payments until a release can be effected. The release of the mortgage in any event shall be accomplished within eighteen (18) months from the date hereof. In the event of any default in monthly payments as due, Nunziata shall have the right to receive all ground lease payments due from Washington Square to the Irrevocable Trust until the mortgage obligation is paid in full, including interest, penalties attorney fees. Irrevocable instructions to Washington Square providing for this contingency shall be given by Giuseppe. Counsel for Nunziata shall have online access to the mortgage payment website to be able to verify the monthly payments, or other suitable monitoring arrangements. In the event of any default Nunziatina shall have the right to cure any default and the payments shall be made directly to her or her designee. In the event that the property is sold or otherwise refinanced and the mortgage is paid off, Giuseppe shall then make all payments to Nunziatina or her designee until the full amount, including penalty, interest, attorney fees, and related refinancing costs has been paid in full.

8. All funds remaining in the probate estate, if any after fees and expenses, shall be distributed to Nunziatina or her issue.

9. Nunziata waives all claims to the Miami, Fla Collins Avenue, Surfside Condo and to the Biella apartment formerly owned by their parents.



10. The parties agree that each side shall pay the legal fees and costs incurred by each.

In Witness Whereof the parties have signed their hands and seals this 4th day of April 2008.

Consented to and Agreed

_____
Giuseppe Lenzo

_____
Patrizia Zanetti Lenzo

_____
Floriana Nestore, PR for the
Estate of Virginia di Perna Lenzo

_____
William Scanlon, Esq
Attorney for Giuseppe Lenzo & Partrizia Zanetti Lenzo

_____
Robert Comstock
Attorney for Giuseppe Lenzo & Patrizia Zanetti Lenzo

_____
Marsha Swiss, counsel for the Estate of
Virginia Di Perna Lenzo

_____
Ely Hurwitz, counsel for the
Estate of Virginia Di Perna Lenzo
and Nunziata Lenzo Romano

Approved this  4  day of April, 2008.

_____
Judge A. Franklin Burgess, Jr.

A TRUE COPY ATTEST

Register of Wills for the District of
Columbia
By_____  6/23/08
    Clerk of the Probate Division
    Deputy Clerk